You Deserve the Best

Your Blue Cross and Blue Shield of Florida Contract Package has been specially prepared for you by a Membership and Billing Representative. To assist us in our continuing efforts in providing you the best service, we welcome your comments or questions.  Please send them to:

ATTN: Direct Membership and Billing/Under 65 Unit
Blue Cross and Blue Cross Blue Shield of Florida, Inc.
P.O. Box 45037
Jacksonville, Florida 32232-9943

14

Redacted                                      5929050
Redacted Redacted
Redacted             Redacted

SOUTHERN REGION
99999 HPA

UJX1
DUP

APPENDIX A1(i)



*Florida Blue*

In the pursuit of health®

**Welcome to Florida Blue!**

Dear Valued Member,

Thank you for choosing Florida Blue. Inside you'll find important health plan information that opens the door to so much more!

When you have health care decisions to make, no one knows more about your health than you. We're here to help you choose well, spend well and live well.

**Getting started...**

- Review the information in your **benefit booklet** and call us if you have any questions about care you're currently receiving or care you plan to receive.

- Sign up for **your member account** at **floridablue.com**. Find doctors in your plan's network, see your benefits at a glance, estimate the costs for certain services and learn about exclusive member programs to help you stay healthy.

- Take your **member ID card** to every doctor's visit. Many providers can swipe the card to access your plan information and tell you what you owe right away.

- Get answers to everyday health concerns and help with ongoing medical conditions. Call the 24-hour nurse line at **1-877-789-2583** or visit a **Florida Blue Center** near you (find locations at **floridablue.com**).

We're here to help you in your pursuit of health. When you have questions, please call us Monday through Friday, at the toll-free Customer Service number on your ID card.

Sincerely,

Darnell Smith
Group Vice President, Service Organization

P.S. If you would like additional ID cards, simply log in at floridablue.com to submit your request.

Si desea hablar sobre esta carta en español con uno de nuestros representantes, por favor llame al número de atención al cliente indicado en su tarjeta de asegurado y pida ser transferido a un representante bilingüe.

Florida Blue is a trade name of Blue Cross and Blue Shield of Florida , an Independent Licensee of the Blue Cross and Blue Shield Association.
67807 0612

# ESSENTIAL

## HOSPITAL AND SURGICAL COVERAGE
### Preferred Patient Care<sup>SM</sup>



---

**IMPORTANT NOTICE**

Please carefully read the copy of your Application which is attached to this Contract, and notify Blue Cross and Blue Shield of Florida, within 10 days of the receipt of this Contract if any of the information on it is incorrect or incomplete, or if any past medical history has been left out of the Application. Your Application is a part of your Contract, which has been issued on the basis that the answers to all questions and all information shown on the Application are correct and complete.

---

**Limited Benefits**

This Contract provides certain benefits for Hospital admissions, Surgical Services, and related services. It does not cover most services received in a Physician's office, nor does it cover all services received in an Ambulatory Surgical Center, or the Outpatient department of a Hospital. Please read your Contract carefully for complete information on your benefits. This Contract is not a major medical type Contract, but a limited benefits hospital and surgical product.

## This Contract Contains A Deductible Provision

Redacted
RedactedRedacted
Redacted            Redacted

5929050    14

CONTRACT NUMBER:  XJWH14674915                     GROUP  99999 HPA
CONTRACT TYPE:    0003YPI1 3YPI1
EFFECTIVE DATE:   07/15/02
MONTHLY RATE:                                      FAMILY

During the terms of this Contract, Blue Cross and Blue Shield of Florida agrees to provide to covered individuals the health insurance benefits specifically provided in this Contract, subject to all the terms, conditions, limitations, and exclusions.

**ARE YOU SATISFIED?**

**IF, AFTER EXAMINATION OF THIS CONTRACT AND COPY OF YOUR APPLICATION, YOU ARE NOT FULLY SATISFIED FOR ANY REASON, YOUR PREMIUM PAYMENT WILL BE REFUNDED TO YOU PROVIDED YOU RETURN THE CONTRACT AND IDENTIFICATION CARDS TO BLUE CROSS AND BLUE SHIELD OF FLORIDA WITHIN 10 DAYS OF THE DATE THIS CONTRACT IS DELIVERED TO YOU. (THIS REFUND DOES NOT INCLUDE A REFUND OF THE APPLICATION FEE.)**

**CANCELLABLE AT THE OPTION
OF THE COMPANY**

This Contract may stay in effect as long as you remain eligible for coverage and you pay your Premiums on time. This Contract can be cancelled, however, if we terminate the Contract for everyone covered by it, or for any other reason specified in this Contract.

Blue Cross and Blue Shield of Florida, Inc. is an Independent Licensee of the Blue Cross and Blue Shield Association
® Registered marks of the Blue Cross and Blue Shield Association
SM SERVICE MARK OF BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

9068-890SR

We have prepared this Contract document in everyday language so that you will more easily understand your benefits, rights and obligations as well as the exclusions and limitations of your coverage. We urge you to read it carefully to be sure you fully understand the coverage it provides.

We will provide you with an identification card. Your identification card will be issued in your name and this card may be used by you or any of your Covered Dependents.

We want you to understand and be satisfied with the terms of this Contract. As you read through it, remember that the words "we", "us" and "our" refer to Blue Cross and Blue Shield of Florida, the insurer. We use the words "you" and "your" to mean you, the Contract Holder and your Covered Dependents.

*M Cascone, Jr*

**M. Cascone, Jr.**
**President**

## CONFORMITY WITH FLORIDA STATUTES

Any provision of this Contract which, on its Effective Date or anytime thereafter, is in conflict with the statutes of the State of Florida, or Federal law, is hereby amended to conform to the minimum requirements of such statutes.

## DISCRETIONARY AUTHORITY

Blue Cross and Blue Shield of Florida has the discretionary authority to determine eligibility for benefits, and to construe the terms of this Contract.

# TABLE OF CONTENTS

SCHEDULE OF BENEFITS .................................................................................................... 1

BASIC TERMS ................................................................................................................... 3

ENROLLMENT ................................................................................................................... 7

CONTRACT CHANGES ....................................................................................................... 9

PAYMENT OF PREMIUMS ................................................................................................ 10

YOUR OBLIGATIONS ....................................................................................................... 11

MEDICAL NECESSITY ..................................................................................................... 12

PROVIDER ALTERNATIVES ............................................................................................. 13

COVERED FACILITY BENEFITS ....................................................................................... 14

COVERED PHYSICIAN BENEFITS .................................................................................... 15

OTHER COVERED BENEFITS .......................................................................................... 17

COST CONTAINMENT PROGRAMS .................................................................................. 20

GENERAL LIMITATIONS .................................................................................................. 21

LIMITATION OF COVERAGE FOR COVERED SERVICES AND SUPPLIES .................... 24

GENERAL EXCLUSIONS .................................................................................................. 24

CONDITIONS EXCLUDED BY MEDICAL RIDER ............................................................... 27

MEMBERSHIP PROVISION .............................................................................................. 27

TERMINATION OF COVERAGE UNDER THIS CONTRACT ............................................. 27

EXTENSION OF BENEFITS .............................................................................................. 29

CONVERSION .................................................................................................................. 29

THE PROCESSING OF YOUR CLAIM .............................................................................. 29

GENERAL PROVISIONS ................................................................................................... 31

# SCHEDULE OF BENEFITS

**TOTAL LIFETIME MAXIMUM BENEFIT PER INSURED**..................................................................$1,000,000

**HOSPITAL INPATIENT DAYS PER INSURED PER CALENDAR YEAR**.............................................Unlimited

**CALENDAR YEAR DEDUCTIBLE FOR OUTPATIENT SERVICES**............................................................ $250

**MAXIMUM DEDUCTIBLE AMOUNT PER ADMISSION**............................................................................ $250

**COINSURANCE PERCENTAGE PAYABLE BY BLUE CROSS AND BLUE SHIELD OF FLORIDA**
**FOR COVERED SERVICES AND/OR SUPPLIES**

> For Insureds who resided in a Service Area at the time the service or supply was rendered, and for Insureds who received the service or supply in a Service Area:
>
> — Preferred Patient Care (PPC) Hospitals, Preferred Patient Care (PPC) Physicians, Preferred Patient Care (PPC) Independent Clinical Laboratories (ICLs), and all Suppliers....80% of the applicable Preferred Patient Care (PPC) Schedule;
>
> — Non-PPC Hospitals, Non-PPC Physicians, Non-PPC ICLs ...60% of the average of the PPC Schedule(s) for the applicable Service Area;
>
> — Services or Supplies rendered by a Non-PPC Hospital, or a Non-PPC Physician, which arose directly from an Accident/Emergency, as determined by Blue Cross and Blue Shield of Florida...80% of the Allowance.
>
> For Insureds who did not reside in a Service Area at the time the service or supply was rendered and did not receive the service or supply in a Service Area:
>
> — All services and supplies from all Providers...80% of the Allowance.

**NOTE:** Please refer to your PPC Directory (and updates) to determine which Providers are PPC Providers. The status of PPC Providers is subject to change, therefore, we recommend that you contact your local Blue Cross and Blue Shield of Florida office to verify a Provider's participation.

**MAXIMUM OUT OF POCKET COINSURANCE EXPENSE AMOUNT PER CALENDAR YEAR\***

**INDIVIDUAL MAXIMUM** ...................................................................................................................... $2,500

\*(Maximum Out-of-Pocket Coinsurance Expense does not include the amount applied toward the Per Admission Deductible amount, the Outpatient Calendar Year Deductible amount, any benefit reduction, non-covered charges, your Coinsurance amount for covered services of a Non-Preferred Patient Care Hospital or Physician, or charges in excess of the PPC Schedule or Allowance (whichever is applicable), unless related to covered Emergency services and supplies. These amounts are always your responsibility.)

## COST CONTAINMENT PROGRAMS WITH POTENTIAL PENALTIES

— **Pre-admission Certification** is required on all Planned Admissions to a Preferred Patient Care Hospital.

— *Planned Surgical Admissions to a PPC Hospital*

The penalty for non-certified Planned Surgical Admissions to a PPC Hospital is a 20% reduction of the PPC Schedule and is the responsibility of the PPC Hospital and Physician. This reduction will not affect your benefits.

— *Planned Medical Admissions to a PPC Hospital*

There is no benefit (i.e., it is a non-covered service) under this Contract for a **non-certified** Planned Medical Admission to a PPC Hospital. **The Insured is responsible for all charges (Hospital and Physician) in connection with this admission.**

— **All Admission Certification** is required on all admissions (Planned and Unplanned) to a Non-PPC Hospital in the State of Florida.

— *Surgical Admissions to a Non-PPC Hospital*

The penalty for a non-certified Surgical Admission to a non-PPC Hospital is a 25% reduction in the average PPC Schedule for the applicable Service Area, **and is the responsibility of the Insured.**

— *Medical Admissions to a Non-PPC Hospital*

There is no benefit (i.e., it is a non-covered service) under this Contract for a **non-certified** Medical Admission to a Non-PPC Hospital. **The Insured is responsible for all charges (Hospital and Physician), in connection with this admission.**

# BASIC TERMS

The following section provides you with the definition of many health care Providers and the meaning of many of the terms we use in this Contract. If you read this section carefully, you will understand the rest of this Contract better. The first part of this section defines those health care Providers who are recognized for payment by the Contract, and the second part of this section defines general terms.

Terms used in this Contract which begin with capital letters are defined terms and have the meanings set forth in this Section.

## HEALTH CARE PROVIDERS

**Ambulatory Surgical Center** is a Facility licensed and operated pursuant to law, the primary purpose of which is to provide elective Surgical Services, in which the patient is admitted to and discharged from such Facility within the same day.

A **Facility** is any duly licensed Hospital, or Ambulatory Surgical Center, provided that the Facility has been approved for payment by us.

The term **Hospital** means an institution which is licensed as a Hospital, operates pursuant to law, and which has been recognized as a Hospital approved for payment by us and which:

— provides Inpatient services and is compensated by or on behalf of its patients;

— primarily provides medical and surgical facilities to diagnose, treat, and care for the injured and sick;

— has a staff of Physicians licensed to practice medicine; and,

— provides nursing care by or under the supervision of Registered Nurses on duty twenty-four (24) hours a day.

The term **Hospital** does not include:

— a psychiatric Hospital;

— a convalescent, rest, or nursing home;

— facilities for the care of Alcohol and Drug Dependency;

— facilities primarily providing custodial, educational or Rehabilitative Care;

— Ambulatory Surgical Center;

— birthing centers; or

— a Veterans Hospital or a Hospital contracted for or operated by the national government for treatment of members or ex-members of the Armed Forces.

**NOTE: If services specifically for the treatment of a physical disability are provided in a licensed Hospital which is accredited by the Joint Commission on the Accreditation of Hospitals, The American Osteopathic Association, or the Commission on the Accreditation of Rehabilitative Facilities, payment for these services will not be denied solely because such Hospital lacks major surgical facilities and is primarily of a rehabilitative nature. Recognition of these facilities does not expand the scope of benefits provided by this Contract, it only expands the settings where covered Contract services may be performed.**

An **Independent Clinical Laboratory** is an entity which is licensed and operated pursuant to law to provide diagnostic laboratory services and is independent of both the attending and consulting Physicians.

3

A **Non-Preferred Patient Care Provider** is a Provider who has not entered into an agreement with Blue Cross and Blue Shield of Florida, to participate in our Preferred Provider Organization.

The term **Physician** includes individuals practicing medicine and licensed as a:

— Doctor of Medicine (M.D.) or Doctor of Osteopathy (D.O.);

— Doctor of Dental Surgery (D.D.S.) or (D.M.D.);

— Doctor of Podiatric Medicine (D.P.M.);

— Optometrist (O.D.); and

— Chiropractor (D.C.)

   when acting within the scope of their licenses.

A **Preferred Patient Care (PPC) Provider** is a Provider who has an agreement with Blue Cross and Blue Shield of Florida to participate in our Preferred Provider Organization.

A **Provider** is a Hospital, Ambulatory Surgical Center, Supplier, Physician, or other health care Provider who has been appropriately licensed and is recognized by Blue Cross and Blue Shield of Florida for purposes of payment.

**Supplier** is any entity, other than a Hospital, or a Physician, which is duly licensed by the state in which the entity is engaged in the practice of supplying health care goods, and is recognized by Blue Cross and Blue Shield of Florida for payment purposes (for example, Ambulance companies).

We do not supply you with or recommend a Provider. You may select your own Provider. We are not responsible for any injuries or damages you may suffer due to the actions or inactions of a Provider.

## GENERAL TERMS

An **Accidental Injury** is an unintentional, unplanned event, sustained by an Insured which is independent of disease, bodily infirmity or other causes and occurs while this Contract is in force.

**Adopted** means the act of creating a legal relationship between a parent and child where it did not exist, thereby declaring the child to be legally the child of the adoptive parents.

**Alcohol or Drug Dependency** is a Condition where a person's alcohol or drug use injures his or her health; interferes with his or her social economic functioning, or causes the individual to lose self-control.

**All Admission Certification** is a cost containment program under which each Insured must obtain certification from Blue Cross and Blue Shield of Florida for all Hospital admissions to a Non-PPC Hospital in the State of Florida. Insureds are responsible for a 25% benefit reduction(s) associated with a non-certified Surgical Admission and the Insured will be responsible for all charges (Hospital and Physician) in connection with a non-certified Medical Admission.

**Allowance** is the maximum amount Blue Cross and Blue Shield of Florida will pay for covered services and/or supplies under this Contract. This amount is determined solely by Blue Cross and Blue Shield of Florida, and may vary depending upon many factors, including but not limited to: the type of Provider rendering the service or supply; the type of service or supply rendered; the geographic area in which the service or supply was rendered; the charge(s) of the Provider rendering the service or supply; the charge(s) of similar Providers within a particular geographic area as established by Blue Cross and Blue Shield of Florida; various pre-negotiated payment allowances; and the cost of providing the service or supply. The Allowance will not exceed the amount actually charged (the amount the Insured is obligated to pay) by the Provider, unless Blue Cross and Blue Shield of Florida has contractually agreed to pay the Provider amounts in excess of such charges.

An **Ambulance** is a vehicle, equipped to transport and staffed to provide Medically Necessary care. The Ambulance must be state-certified. This Contract only provides Ambulance benefits for newborn transportation.

4

The **Anniversary Date** is the annual return of the Effective Date of this Contract.

An **Application** is the Blue Cross and Blue Shield of Florida form that individuals must submit when applying for or terminating coverage under this Contract.

**Assignment of Benefits** is a procedure where you assign your benefits to certain Providers. In those instances where such assignment is allowed under this Contract, you must sign the claim form in the appropriate space indicating that you want payment to be made directly to the Provider.

A **Calendar Year** begins January 1st and ends December 31st in any given year.

A **Calendar Year Deductible** means the amount, up to the applicable Allowance, of charges for covered Outpatient services and supplies that you must pay each Calendar Year before our reimbursement for covered Outpatient services begins. The Calendar Year Deductible amount applies to each Insured each Calendar Year.

**Coinsurance** means the sharing of expenses by Blue Cross and Blue Shield of Florida and the Insured. After you satisfy the applicable Deductible(s), we pay the percentage of Allowance as specified on the Schedule of Benefits. The unpaid portion of the Allowance constitutes your Coinsurance obligation.

A **Condition** means any covered disease, illness, ailment, sickness, injury, or bodily malfunction of an Insured.

**Conditional Receipt** is a process by which the proposed Insured/applicant signs and receives a copy of a receipt for Premium collected and is assigned a proposed Effective Date of coverage contingent upon the proposed Insured/applicant being Medically Acceptable to Blue Cross and Blue Shield of Florida.

The **Contract** includes this document, the Application for coverage signed by the Contract Holder, the identification card(s) issued to the Contract Holder, and any Rider(s) and Endorsement(s) which are then in effect.

The **Contract Holder** is the person who has contracted with Blue Cross and Blue Shield of Florida to receive health care benefits.

A **Covered Dependent** is a family member of the Contract Holder who meets and continues to meet each of the eligibility requirements set forth in this Contract and is actually covered by this Contract. A Covered Dependent must be the Contract Holder's spouse or unmarried natural child(ren), newborn child(ren), Adopted child(ren) or stepchild(ren). (Children must be under the limiting age specified in the Eligibility section of this Contract.)

The **Effective Date** means 12:01 a.m. Eastern Standard Time, on the date this Contract is issued as it appears on the cover of this document.

An **Emergency** is the sudden, unexpected onset of a Condition of such a severe nature that immediate care must be given to prevent death of the Insured or serious impairment of the Insured's health or bodily function as determined by Blue Cross and Blue Shield of Florida. Some examples of Emergency include but are not limited to the following: unusual or excessive bleeding; serious burns; poisoning; unconsciousness, and convulsions.

An **Endorsement** is an amendment to this Contract.

**Experimental** means the use of any treatment, procedure, Facility, equipment, drug, device or supply not generally recognized as accepted medical practice in that they have not been shown to be consistently effective for the diagnosis or treatment of your Condition, including any such service or supply which does not meet Federal or other governmental agency approval at the time the service was rendered.

The **Grace Period** is the thirty-one (31) day period immediately following the applicable Premium due date. The Premium due date is indicated on the label which is affixed on the front of the Contract.

An **Inpatient** means a patient who is admitted to a Hospital as a bed patient and is charged for room and board for Medically Necessary care or treatment upon the orders of a Physician working within the scope of his/her license.

An **Insured** is the Contract Holder (the person purchasing this Contract) and any of the Contract Holder's Covered Dependent(s).

**Investigative** means techniques which have progressed to limited human application, but lack wide recognition as proven and effective procedures in clinical medicine or surgery for the treatment of your Condition.

**Medical Admission** - An Inpatient Hospital confinement which is not primarily for a Surgical Service.

A **Medical Rider** is an amendment we add to this document where the scope of coverage under this Contract is restricted by excluding coverage for a certain medical Condition(s) for an Insured.

**Medically Acceptable** means that you have submitted an Application to us, which provides your medical history, and based on our underwriting regulations, you have been approved by us to be acceptable for coverage.

**Medically Necessary** means that in the opinion of Blue Cross and Blue Shield of Florida, a specific medical service, care, or supply is required for the identification, treatment, or management of a medical symptom or Condition. A service, care, or supply is Medically Necessary if, in the opinion of Blue Cross and Blue Shield of Florida, it is: (1) consistent with the symptom, diagnosis, and treatment of the Insured's Condition; (2) in accordance with standards of good medical practice; (3) approved by the appropriate medical body or board for the Condition in question; (4) not primarily for the convenience of the Insured, a Physician, or other Provider; and (5) the most appropriate, efficient, and economical medical supply, service, or level of care which can be safely provided.

**Medicare** means the two programs of health insurance provided under Title XVIII of the Social Security Act. The two programs are sometimes referred to as Health Insurance for the Aged and Disabled Act. Medicare also includes any later amendments to the initial law.

**Mental and Nervous Disorder** - The term 'mental and nervous disorder(s)' means any and all disorders set forth in the diagnostic categories of the most recently published edition of the American Psychiatric Association's Diagnostic and Statistical Manual of Mental Disorders, regardless of the underlying cause, or effect, of the disorder. Examples include but are not limited to attention-deficit hyperactivity, anorexia nervosa, bulimia, bipolar affective disorder, autism, mental retardation, and Tourette's disorder.

**One Person Contract** is a Contract covering only the individual named on the identification card.

**Organ/Tissue Transplants** are defined as a transfer of a structural unit (human organ) or tissue.

An **Orthotic Device** is any rigid or semi-rigid device needed to support a weak or deformed body member or restrict or eliminate body movement.

An **Outpatient** means a patient who receives care or treatment in a Hospital (without being charged for room and board), Ambulatory Surgical Center, or Physician's office.

**Per-Admission Deductible (PAD)** - The PAD will be applied to each admission to a Hospital. The amount of the PAD is indicated on the Schedule of Benefits.

**Physical Therapy** is the treatment of disease or injury by physical or mechanical means. Such therapy may include traction, active or passive exercises, or heat treatment.

A **Planned Admission** is an Inpatient Hospital admission which is not of an urgent or emergency nature and can be scheduled in advance at a time which is convenient for you and your Physician without risking your well being.

The **Premium** is the total amount you must pay Blue Cross and Blue Shield of Florida for your coverage under this Contract. The Premium is determined on the basis of the applicable Rate(s) and the number of individuals covered under your Contract.

**Pre-admission Certification** is a cost containment program whereby a PPC Hospital must obtain certification from Blue Cross and Blue Shield of Florida, for all Planned Admissions to the PPC Hospital.

A **Pre-existing Condition** is any Condition which manifested itself, or of which there were symptoms which would cause a reasonable person to seek diagnosis or treatment, or which was the subject of medical advice or treatment by a Provider during the twenty-four (24) month period immediately preceding the effective date of the Insured's coverage.

**Preferred Patient Care (PPC) Schedule** is, when applicable as indicated on the Schedule of Benefits, the maximum benefit Blue Cross and Blue Shield of Florida will provide for covered services and/or supplies under this Contract. The schedule is a list of pre-negotiated fees. The fee schedule is determined solely by Blue Cross and Blue Shield of Florida, and may vary depending upon many factors, including but not limited to: the Provider, and the geographic area in which the service was rendered or the supply was furnished.

A **Preferred Provider Organization (PPC)** is a network of Providers with which Blue Cross and Blue Shield of Florida has entered into an agreement to provide services to you at a pre-negotiated fee.

A **Prosthetic Device** is equipment which replaces all or part of a permanently inoperative or malfunctioning body organ.

The **Rate(s)** is the amount(s) Blue Cross and Blue Shield of Florida charges Contract Holders for coverage. The Rate will vary depending upon the Insured's Risk Class. The Rates are on file with the Florida Department of Insurance.

A **Risk Class** is a grouping of Insureds who have similar characteristics. For example, Insureds who: are the same sex; in the same age bracket; have similar medical conditions (including whether they use tobacco products); live in the same geographical area; and who have selected the same benefit plan may be grouped into a Risk Class. Your Risk Class is determined by Blue Cross and Blue Shield of Florida.

**Surgical Admission** An Inpatient Hospital confinement which is primarily for a Surgical Service.

A **Surgical Service** is an operative procedure by a Physician which includes cutting, suturing, (destruction, electro-cauterization, cryosurgery), or treatment by endscoptic means.

**Totally Disabled** means that you are unable to work at any gainful job for which you are suited by education, training, or experience due to an illness or injury. This would also apply to an Insured who, although not engaged in an occupation (i.e., student, non-working spouse, or children), might be in such condition as to be unable to perform those normal day to day activities which they would otherwise be able to perform. Blue Cross and Blue Shield of Florida determines if an Insured is Totally Disabled.

An **Unplanned Admission** is an Inpatient Hospital admission which is of an urgent or emergency nature and cannot be scheduled in advance.

---

# ENROLLMENT

### Representation by Applicants and Insureds

Blue Cross and Blue Shield of Florida relies on the information that individuals provide on the Application. All such information must be accurate, truthful, and complete. However, statements made on the Application are representations and not warranties.

Eligibility for coverage and the Rates to be charged for coverage under this Contract are determined by Blue Cross and Blue Shield of Florida based upon the information provided on the Application. Among the factors we consider are the medical information provided on the Application, the age and sex of the applicant and his/her dependents, the geographic area in which the applicant resides, and whether an individual uses tobacco products.

Any misrepresentation, omission, concealment of facts, or any incorrect statement on the Application may result, at Blue Cross and Blue Shield of Florida's sole discretion, in a denial of the claim, cancellation or rescission of this Contract, or cancellation or rescission of an individual's coverage under this Contract if such misrepresentation, omission, concealment of facts or incorrect statement is:

– fraudulent;

– material to our decision to issue this Contract to the Contract Holder;

– relevant to our decision to issue this Contract to the Contract Holder for the Rates charged; or

– relevant to our decision to provide coverage under this Contract for any individual.

Alternatively, in the event of any misrepresentation, omission, concealment of facts, or any incorrect statement on the Application regarding the age, sex, geographic area, medical condition, or smoking status of any individual, Blue Cross and Blue Shield of Florida may elect to continue coverage under this Contract at the Rate(s) that would have been charged in the absence of the misrepresentation, omission, concealment of facts, or incorrect statement.

## Eligibility for Coverage/Initial Enrollment

The following individuals are eligible to apply for coverage under this Contract:

1. the applicant, provided the applicant is a Florida resident under age sixty-five (65);

2. the applicant's present spouse, provided the spouse is under age sixty-five (65); and

3. the applicant's unmarried natural, Adopted, or step-child(ren) who are under age nineteen (19).

**Note: A child only contract may be issued to an unmarried child under age 19.**

These individuals will be covered as of the Effective Date of this Contract provided:

1. the individual(s) was listed on the initial Application;

2. the individual(s) was Medically Acceptable as determined by Blue Cross and Blue Shield of Florida; and

3. Blue Cross and Blue Shield of Florida received the applicable Premium payment.

**Note: In an instance where an individual is replacing other similar coverage with this Contract, an individual may request a later Effective Date, provided that such Effective Date is within ninety (90) days of what otherwise would be the Effective Date.**

## Adding a Dependent to Your Coverage After Initial Enrollment

(a) Newborn Child(ren)

A newborn child(ren) of an Insured is automatically covered from the moment of birth. Blue Cross and Blue Shield of Florida will notify the Contract Holder of any additional Premium amount due on behalf of the newborn child(ren). In the event the additional Premium amount is not received by Blue Cross and Blue Shield of Florida within thirty-one (31) days of the date of our notice to you of the additional Premium amount, coverage for the newborn child(ren) will automatically terminate as of the end of such thirty-one (31) day period.

**Note: Coverage for a newborn child(ren) of a Covered Dependent other than the Contract Holder or the Contract Holder's spouse will automatically terminate eighteen (18) months from the date of the birth.**

8

(b) Adopted Child(ren)

The Contract Holder may apply to add an eligible Adopted child(ren) to his or her coverage by submitting an Application to Blue Cross and Blue Shield of Florida. In the event the Adopted child(ren) is Medically Acceptable, as determined by Blue Cross and Blue Shield of Florida, and Blue Cross and Blue Shield of Florida receives the additional Premium payment, the Adopted child(ren) will be covered under this Contract effective as of the date the child(ren) is placed in the Contract Holder's residence in compliance with Florida law. Coverage for newborn Adopted child(ren), however, will begin at the moment of birth if a written agreement to adopt the child(ren) has been entered into by the Contract Holder prior to the birth of the child(ren). However, there shall be no coverage under this Contract for the newborn Adopted child(ren) if the child(ren) is not ultimately placed in the residence of the Contract Holder.

(c) Dependent Child(ren)

The Contract Holder may apply to add a dependent child(ren), other than a newborn child(ren) or Adopted child(ren), to his or her coverage by submitting an Application to Blue Cross and Blue Shield of Florida. In the event the child(ren) is Medically Acceptable, as determined by Blue Cross and Blue Shield of Florida, and Blue Cross and Blue Shield of Florida receives the additional Premium payment, the child(ren) will be covered under this Contract effective as of the first billing date after the receipt date by Blue Cross and Blue Shield of Florida, or the Conditional Receipt date, if applicable.

(d) Spouse

The Contract Holder may apply to add a spouse, provided the spouse is under age sixty-five (65), to his or her coverage by submitting an Application to Blue Cross and Blue Shield of Florida. In the event the spouse is Medically Acceptable, as determined by Blue Cross and Blue Shield of Florida, and Blue Cross and Blue Shield of Florida receives the additional Premium payment, the spouse will be covered under this Contract effective as of the first billing date after the receipt date by Blue Cross and Blue Shield of Florida, or the Conditional Receipt date, if applicable.

**Termination of a Dependent's Coverage**

The Contract Holder may terminate a Covered Dependent's coverage by submitting an Application to Blue Cross and Blue Shield of Florida. The effective date of such termination shall be the first billing date following our receipt of your Application.

## CONTRACT CHANGES

This Contract is the entire agreement between Blue Cross and Blue Shield of Florida and the Contract Holder. No change can be made to this Contract except by a written Endorsement or Medical Rider, or by a replacement Contract, signed by a duly authorized officer of Blue Cross and Blue Shield of Florida. No agent may change this Contract or waive any of its provisions. This Contract cannot be modified by any oral statement by any person.

Blue Cross and Blue Shield of Florida may modify this Contract at any time by providing at least thirty (30) days prior written notice of such modification to the Contract Holder at the last address for the Contract Holder as indicated in Blue Cross and Blue Shield of Florida's records.

**Change In Coverage**

A Contract Holder may apply to change benefit plans (e.g., a change in the deductible amount) on the Anniversary Date only. To apply for a change in benefit plans, the Contract Holder must submit an Application to Blue Cross and Blue Shield of Florida at least sixty (60) days prior to the Anniversary Date. In the event your Application is approved, you will receive full credit for the coverage you had under the prior benefit plan.

# PAYMENT OF PREMIUMS

Blue Cross and Blue Shield of Florida requires the regular and timely payment of Premiums on a prospective basis. This Contract will not be effective until we have received the initial Premium payment. After this first payment, all Premium payments are due on or before the applicable due date. Failure on our part, for any reason, to provide you with a Notice of Payment due does not relieve you of your obligation to make your Premium payment on a timely basis. Blue Cross and Blue Shield of Florida is not obligated to provide any coverage for any individual for whom Premiums have not been received by Blue Cross and Blue Shield of Florida in advance.

Your Premium payments are payable to:

Blue Cross and Blue Shield of Florida

P. O. Box 1798

Jacksonville, Florida 32231-0014

**Change In Premiums**

Your Premium amount automatically changes if your Risk Class changes, or if the number of Insureds covered under this Contract changes. For example, the Premium amount may change if you move to a different geographic area, add or delete an individual from your coverage, or change benefit plans. Additionally, the Premium amount may change each year on your Anniversary Date due to an increase in the age of the Contract Holder or the Contract Holder's spouse.

**Refund of Premiums**

In the event this Contract is terminated for any reason, Blue Cross and Blue Shield of Florida will refund any unearned Premium to the Contract Holder. If the Contract is terminated retrospectively or is rescinded by Blue Cross and Blue Shield of Florida due to a misrepresentation, omission or concealment of facts or any incorrect statement by an individual, Blue Cross and Blue Shield of Florida shall refund the unearned Premium less any claims paid by Blue Cross and Blue Shield of Florida, and we shall have no other obligations.

**Grace Period**

Blue Cross and Blue Shield of Florida allows a thirty-one (31) day Grace Period for the payment of Premiums. Any Premium payment which is not paid by the applicable due date may be paid within the thirty-one (31) day period immediately following such due date. During this thirty-one (31) day period this Contract shall remain in force. In the event Blue Cross and Blue Shield of Florida does not receive the Premium payment within the Grace Period, this Contract will automatically terminate as of the end of the Grace Period. This Grace Period will not apply if you notify us that you are canceling this Contract of if we notify you of our intent to cancel this Contract.

### Reinstatement of Coverage

In the event the Premium payment is not received by Blue Cross and Blue Shield of Florida within the Grace Period, this Contract will automatically terminate. Later acceptance of the Premium payment by Blue Cross and Blue Shield of Florida, or by an agent authorized to accept payment without requiring an application for reinstatement, will reinstate this Contract. If Blue Cross and Blue Shield of Florida or its agent requires an Application, the Contract Holder will be given a Conditional Receipt for the Premium. If the Application is approved, the Contract will be reinstated as of the approval date. Lacking such approval, the Contract will be reinstated on the forty-fifth (45) day after the date of the Conditional Receipt unless Blue Cross and Blue Shield of Florida has previously written the Contract Holder of its disapproval. The reinstated Contract will cover only loss that results from an injury sustained after the date of reinstatement or sickness that starts more than ten (10) days after such date. In all other respects, the rights of the Contract Holder and Blue Cross and Blue Shield of Florida will remain the same, subject to any provisions noted on or attached to the reinstated Contract. Any Premiums Blue Cross and Blue Shield of Florida accepts for a reinstatement will be applied to a period for which Premiums have not been paid. No Premiums will be applied to any period more than sixty (60) days before the reinstatement date.

### Change In Rates

Blue Cross and Blue Shield of Florida may modify the Rates at any time by providing at least forty-five (45) days prior written notice of such modification to the Contract Holder at the last address for the Contract Holder as indicated in Blue Cross and Blue Shield of Florida's records.

# YOUR OBLIGATIONS

## DEDUCTIBLE REQUIREMENTS

Under this Contract, the Per Admission Deductible amount for each Hospital admission per Insured and the Calendar Year Deductible amount for Outpatient services per Insured, as specified on the Schedule of Benefits, must be satisfied before our reimbursement for services and supplies begins for the Insured.

**Note:** Any charges we apply toward the Individual Outpatient Calendar Year Deductible requirement for covered services received during the last three months of the preceding Calendar Year, will be carried over to reduce that Individual's Deductible requirement amount for the next Calendar Year.

## COINSURANCE

After you satisfy the applicable Deductibles, the Allowance for covered services and supplies will be paid at the percentage specified on the Schedule of Benefits. The unpaid portion of the PPC Schedule or Allowance, (whichever is applicable), constitutes your Coinsurance obligation. Your choice of a Provider will determine the percentage we pay of the PPC Schedule or Allowance, (whichever is applicable), and will determine your obligation.

## MAXIMUM OUT-OF-POCKET COINSURANCE EXPENSE

This is an accumulation of the Coinsurance amount not paid under this Contract for covered services and supplies only provided by the following:

— PPC Providers;

— Supplies in or out of a Service Area;

— Non-Preferred Patient Care Provider services for Insureds residing out of a Service Area only; and

— Covered Emergency related services.

The maximum Out-of-Pocket Coinsurance expense does not include the amount applied toward the Per Admission Deductible, the Outpatient Calendar Year Deductible, any benefit reduction, non-covered services, your Coinsurance amount for covered services of a Non-Preferred Patient Care Hospital or Physician, or charges in excess of the PPC Schedule or Allowance, (whichever is applicable). These amounts are always your responsibility. This amount per Insured is indicated on the Schedule of Benefits.

Once the Maximum Out-of-Pocket Coinsurance Expense is met for an Insured, we will pay all other covered services and supplies at one hundred (100) percent of the PPC Schedule or Allowance, (whichever is applicable), for that Insured only, for the remainder of that Calendar Year.

## LIFETIME MAXIMUM

The total lifetime maximum benefit per Insured payable under this Contract by Blue Cross Blue Shield of Florida is specified on the Schedule of Benefits.

## RESTORATION OF BENEFITS

The total lifetime maximum benefit you have used can be restored. If you receive more than $1,000 in benefits during a Calendar Year, we will automatically restore your lifetime maximum by $1,000 on the next January 1st.

At any time $1,000 or more in benefits has been paid during a Calendar Year, you can restore the full lifetime maximum by sending proof of your good health to us. If we accept your proof, your lifetime maximum will be restored.

# MEDICAL NECESSITY

This Contract does not provide benefits for any service rendered or any supply furnished by a Hospital, Physician, or other Provider which, in the opinion of Blue Cross and Blue Shield Florida, is not Medically Necessary as defined in the General Terms Section of this Contract. Examples of hospitalization and other health care services and supplies that are not Medically Necessary include, but are not limited to:

- Continued hospitalization because arrangements for discharge have not been completed.

- Use of laboratory, x-ray, or other diagnostic testing that has no clear indication, or is not expected to alter the management plan, e.g. repetitive services.

- Hospitalization because care in the home is unavailable or unsuitable; or hospitalization for any service which could have been provided safely and adequately in an alternate setting; e.g., Hospital Outpatient department.

- Hospitalization for the purpose of custodial care, convalescent care, or any other service primarily for the convenience of the patient and/or his/her family members.

Blue Cross and Blue Shield of Florida makes the decision whether hospitalization or other health care services or supplies are/were Medically Necessary, and therefore eligible for payment under the terms of this Contract. In some instances, this decision is made by Blue Cross and Blue Shield of Florida after you have been hospitalized or have received other health care services or supplies and after a claim for payment has been submitted.

**NOTE: The fact that a Provider may prescribe, recommend, approve, or furnish a service or supply does not, of itself, make it Medically Necessary or a covered service; nor does it make the charge an Allowance under this Contract, even though it is not specifically listed as an exclusion.**

# PROVIDER ALTERNATIVES

The benefits Blue Cross and Blue Shield of Florida provide under this Contract vary depending on where you reside, where the services or supplies are rendered, and the type of Provider who renders the service or supply.

This Contract is designed to encourage the use of Preferred Patient Care (PPC) Providers. Therefore, you will generally find that a greater percentage of your medical expenses are covered when you utilize Preferred Patient Care Providers. To determine if a health care Provider is a Participating Provider, consult your PPC Directory which is provided with this Contract. However, should you decide to use a Non-Preferred Patient Care Provider, payment is made for covered medical expenses at a reduced percentage. These percentages are set forth in the Schedule of Benefits.

Blue Cross and Blue Shield of Florida does not provide health care services or a health care Provider to you. You may select the Provider of your choice. This Section outlines the payment program for various Providers.

## PROFESSIONAL HEALTH CARE PROVIDERS

### -- PREFERRED PATIENT CARE PROVIDERS

Preferred Patient Care Providers are those Hospitals, Physicians, and Independent Clinical Laboratories that have entered into an agreement with Blue Cross and Blue Shield of Florida to participate in our Preferred Provider Organization (PPO) program, Preferred Patient Care. Preferred Patient Care Providers have agreed to file your claims with Blue Cross and Blue Shield of Florida on your behalf. Additionally, Preferred Patient Care Providers have agreed to accept the Preferred Patient Care Schedule amount as payment in full, therefore, your responsibility is limited to payment of the Deductible and Coinsurance amounts and for the payment of charges for any non-covered services and supplies. Blue Cross and Blue Shield of Florida's payment for covered services and supplies rendered by a Preferred Patient Care Provider, if any, will be made directly to the Provider.

### -- NON-PREFERRED PATIENT CARE PROVIDERS

Non-Preferred Patient Care Providers are those Hospitals, Physicians, and Independent Clinical Laboratories that have not entered into an agreement with Blue Cross and Blue Shield of Florida to participate in our Preferred Provider Organization (PPO) program, Preferred Patient Care. You are responsible for filing your claims for services or supplies rendered by Non-Preferred Patient Care Providers with Blue Cross and Blue Shield of Florida. Additionally, you are responsible for the difference between our payment and the Non-Preferred Patient Care Providers' charges, including responsibility for the payment of the applicable Deductibles and Coinsurance amounts, the payment of charges for non-covered services, and for the payment of the difference, if any, between the Preferred Patient Care Schedule amount and the Providers' charge.

Blue Cross and Blue Shield of Florida's payment for covered services and supplies rendered by a Non-Preferred Patient Care Provider, if any, will be made directly to you. Blue Cross and Blue Shield of Florida will not honor any of the following assignments to a Non-Preferred Patient Care Provider: an assignment of any benefits due under this Contract; an assignment of the right to receive payments due under this Contract; or an assignment of a claim for damages resulting from a breach, or an alleged breach, of this Contract.

**– OTHER PROVIDERS**

Other Providers include all health care Providers recognized for payment under this Contract which are not a Hospital, Physician, or Independent Clinical Laboratory. You are responsible for filing your claims for services or supplies rendered by Other Providers with Blue Cross and Blue Shield of Florida. Additionally, you are responsible for the difference between our payment and the Other Providers' charge, including responsibility for the payment of the applicable Deductibles and Coinsurance amounts, the payment of charges for non-covered services, and for the payment of the difference between our Allowance and the Other Providers' charge. Our payment for covered services and supplies rendered by Other Providers, if any, will be made directly to you, unless you have properly assigned your benefits to the Other Provider who rendered the service or supply.

---

# COVERED FACILITY BENEFITS

---

This section describes your benefits for covered services and supplies received in a Hospital or Ambulatory Surgical Center, when, in the opinion of Blue Cross and Blue Shield of Florida, the services and supplies are Medically Necessary. All of the benefits will be subject to the PPC Schedule or Allowance, (whichever is applicable), applicable deductibles, Coinsurance, and other limitations and exclusions set forth in this Contract.

---

**Inpatient Hospital Benefits**

Covered services and supplies include the following when you are an Inpatient in a Hospital. You must be an Inpatient in a Hospital when the service is provided or the supply is furnished to receive these benefits:

– room and board (a private room will be covered only when isolation is required);

– intensive care units (including cardiac, progressive care and neonatal care units);

– use of emergency room (only when the Insured is admitted to the Hospital immediately following the emergency room treatment);

– Physical Therapy (in connection with a covered Condition);

– dialysis treatment;

– use of operating and recovery rooms;

– drugs and medicines for your use in a Hospital;

– intravenous solutions;

– dressings, including ordinary casts;

– anesthetics and their administration by a regularly salaried Hospital employee;

– respiratory therapy, (example: oxygen);

– transfusion supplies and equipment;

– diagnostic x-rays, ultrasound, and computerized tomography (CAT Scan);

– chemotherapy treatment for a proven malignant Condition if the Condition for which the drug or biological product is being administered is an indication for which the drug or biological product has received approval from the Federal Food and Drug Administration;

– laboratory and pathology services;

– medical/surgical supplies and devices (i.e. Prosthetic Devices, Orthotic Devices, pacemakers, implants);

- other approved machine testing (i.e., electrocardiograms (EKG), electroencephalograms (EEG), echocardiography, mammography, etc.);
- durable medical equipment; and
- x-ray, cobalt and other acceptable forms of radiation therapy for treatment of a proven malignant disease.

## Ambulatory Surgical Center and Outpatient Hospital Surgical Benefits

Covered services or supplies include the following only when the service is provided in or the supply is used in an Ambulatory Surgical Center or the Outpatient unit of a Hospital, and only when in connection with a Surgical Service.

- use of operating and recovery rooms;
- drugs and medicines for your use while in the Facility;
- intravenous solutions;
- dressings, including ordinary casts;
- anesthetics and their administration by a regular salaried Facility employee;
- respiratory therapy (example: oxygen);
- transfusion supplies and equipment;
- diagnostic x-rays;
- durable medical equipment;
- medical/surgical supplies and devices (i.e. Prosthetic Devices, pacemakers, implants);
- x-ray, cobalt, and other acceptable forms of radiation therapy for treatment of a proven malignant disease;
- laboratory and pathology services; and
- electrocardiograms (EKG) and electroencephalograms (EEG).

# COVERED PHYSICIAN BENEFITS

This section describes your benefits for covered services and supplies provided by a Physician when, in the opinion of Blue Cross and Blue Shield of Florida, the services and supplies are Medically Necessary.

All of the benefits will be subject to the PPC Schedule or Allowance, (whichever is applicable), applicable deductibles, Coinsurance, and other limitations and exclusions set forth in this Contract.

## Inpatient Physician Visits

When you are an Inpatient in a Hospital, this Contract covers your attending Physician's charges for care, including critical care.

Benefits are provided for only one Physician's visit each day you are in the Hospital.

Coverage for all Physicians' visits is excluded when in connection with a Surgical Service. The Physician's fee for a Hospital visit in connection with his/her Surgical Service, is included in his/her fee for the Surgical Service.

**Consultations**

Consultations by a Physician are covered on an Inpatient basis only if:

– your attending Physician requests a consultation; and

– the consulting Physician includes a written report in your Hospital record or provides your Physician with a written report.

Only one consultation from one consulting Physician will be covered per Condition, per Hospital admission.

**Concurrent Care Benefits**

During an Inpatient Hospital stay, you may receive services by more than one Physician. We will provide benefit payment to more than one Physician only if your Condition:

– involves more than one body system; or

– is so severe or complex that one Physician cannot provide your care unassisted.

In addition, the Physicians must:

– have different specialties or have the same specialty with different sub-specialties; and

– actively participate in your treatment.

**Surgical Services**

This Contract covers Surgical Services needed to diagnose or treat a Condition, or for an Accidental Injury, when performed by a Physician.

<u>Facility Surgical Services</u>

This Contract provides benefits for Medically Necessary covered Surgical Services rendered by a Physician in a Facility. Benefits include Facility charges, and Medically Necessary diagnostic, x-ray, and laboratory charges.

<u>Physician's Office</u>

This Contract provides benefits for Medically Necessary covered Surgical Services rendered by a Physician in a Physician's office. **However, all related services, including but not limited to, Facility, diagnostic, x-ray and pathology charges will not be covered.**

**Simultaneous Surgical Services**

- Multiple Surgical Services
  Multiple Surgical Services are more than one surgical procedure performed on different areas of the body during the same operative session by the same Physician. When the Physician performs more than one procedure during a single operative session, benefits will be provided at the Allowance for the primary Surgical Service. Additional procedures will be reimbursed at 50% of the Allowance.

- Incidental Surgical Services
  Incidental Surgical Services are multiple (more than one) Surgical procedures which are performed through the same incision. If the Surgical Services are not clearly identified or do not add significant time or complexity to the surgical session, these procedures are considered to be incidental to the major Surgical Service. Incidental Surgical Services are covered services but no separate reimbursement will be made for this Service. The Allowance for an incidental Surgical Service will be included in the Allowance for the major

Surgical Service. An example of an incidental Surgical Service is the removal of an appendix during the same operative session in which a hysterectomy is performed. The Allowance for the removal of the appendix is included in the Allowance for hysterectomy. No additional benefit will be extended for the removal of the appendix.

## Physician Surgical Assistant

This Contract provides benefits for the services of a Physician who acts as a surgical assistant provided:

– the assistance is Medically Necessary; and

– no intern, resident, or other staff Physician is available.

The Allowance for such surgical assistant is 20% of the Physician's surgical Allowance. Benefits will be paid at the percentage of the Allowance specified on the Schedule of Benefits.

## Anesthesia

This Contract provides benefits for general anesthesia services when administered by a Physician, other than the operating Physician or his or her partner or associate, for covered Surgical Services.

# OTHER COVERED BENEFITS

This section describes benefits for other covered services and supplies when, in the opinion of Blue Cross and Blue Shield of Florida, the services and supplies are Medically Necessary. All of the benefits are subject to the PPC Schedule or Allowance, (whichever is applicable), Per Admission Deductible, Outpatient Calendar Year Deductible, Coinsurance, and other limitations and exclusions set forth in this Contract.

## Screening Services

This Contract provides benefits for mammogram screening services, including Physician's interpretation, for female Insureds as follows:

– Age 35 to 39, a baseline mammogram, inclusive;

– Age 40 to 49, a mammogram every two (2) years, inclusive, or more frequently, based on the patient's Physician's recommendation; and

– Age 50 and over, a mammogram every year.

These benefits will be provided when a female Insured is referred by a Physician for breast cancer screening or when she utilizes a health testing service whose equipment is registered with the Department of Health and Rehabilitative services.

## Complications of Pregnancy

This Contract provides Facility and Physician benefits for complications of pregnancy on the same basis as for any other Condition. See the sections in this Contract which list the Covered Facility and Covered Physician benefits.

By Complications of Pregnancy, we mean a Condition diagnosed as separate from the pregnancy. Complications include, but are not limited to, the following:

– acute nephritis;

– nephrosis;

— cardiac decompensation;

— missed abortion;

— therapeutic abortion;

— non-elective Caesarean section;

— tubal pregnancy which is terminated;

— miscarriages; or

— medical and surgical Conditions of similar severity.

Complications of Pregnancy do not include:

— false labor;

— occasional spotting;

— bed rest prescribed by a Physician;

— morning sickness;

— uncontrolled vomiting;

— convulsions and high blood pressure; or

— similar conditions associated with a difficult pregnancy.

**NOTE: This Contract does not provide maternity/obstetrical benefits.**

## Newborn Care

This Contract provides Facility and Physician benefits for the newborn of an Insured from the moment of birth on the same basis as any other Condition. See the sections in this Contract which list the Covered Facility and Covered Physician benefits. This coverage includes, but is not limited to, the following:

— congenital defects;

— birth abnormalities; and

— prematurity.

### Newborn Transportation

This Contract provides benefits for the transportation of a covered newborn Insured to the nearest Hospital appropriately staffed and equipped to treat the child's Condition. The need for transportation must be certified by the attending Physician as needed to protect the child's health and safety.

## Services Outside Of The United States Associated With An Accidental Injury

This Contract provides the benefits described in this Contract when you are admitted to a Hospital, or for services or supplies received in an Outpatient Hospital setting, or Ambulatory Surgical Center in connection with an Accidental Injury while you are traveling outside the United States. In order for the services to be covered, the bills must be itemized and translated into English.

## Organ/Tissue Transplant Coverage

This Contract provides certain benefits for Medically Necessary services or supplies in a Facility only when provided in connection with the following major human Organ/Tissue Transplants:

- heart          - liver                    - kidney              - heart-lung        - cornea          - bone marrow

In order to receive covered Contract benefits, the human Organ/Tissue Transplant procedure must be performed in a Facility that meets the criteria established by the National Institute of Heart, Blood and Lung or the National Institutes of Health or the Facility must be recognized for coverage by the Blue Cross and Blue Shield Plan in the area where the transplant Facility is located.

The following services are covered when performed in a Facility:

— diagnostic lab and x-ray, including necessary tissue typing;

— electrocardiograms;

— psychological evaluation;

— cardiac catheterization;

— biopsy, for purpose of tissue analysis; and

— socio-economic evaluation.

Due to the extensive nature of the services related to heart, liver, and heart-lung transplants, you must obtain a pre-determination (or pre-authorization) for benefit eligibility and coverage.

The pre-determination (or pre-authorization) process is as follows:

Once the Provider has determined that you are a suitable candidate for the procedure, they must contact our home office and provide the following information. We will contact the Facility directly to provide the coverage information and benefits.

— the patient's name, employer's name, Contract information, (i.e., I.D. number, home address);

— the name of the transplant Facility; and

— the name and location of the Physician who is referring the patient for the Organ/Tissue Transplant procedure.

When the transplant recipient is an eligible Blue Cross and Blue Shield of Florida Insured, entitled to transplant coverage, benefits will be provided for the acquisition of the Medically Necessary organ/tissue. When the Organ/Tissue is obtained from a live donor, cost related to the acquisition of the Organ/Tissue will be covered by the recipient's applicable Contract benefits.

**Immunosuppressant therapy,** which is maintenance therapy following major human Organ/Tissue transplantation, is a covered benefit up to the limits of this Contract.

Any Organ/Tissue Transplant or combination of Organ/Tissue Transplants other than those listed are excluded from coverage.

## Therapeutic Services

This Contract provides benefits for chemotherapy treatment when Blue Cross and Blue Shield of Florida has determined the service provided is an alternative to Inpatient treatment in a Hospital and when the service is Medically Necessary and rendered in the Outpatient department of the Hospital or Ambulatory Surgical Center. Chemotherapy treatment is for a proven malignant Condition if the Condition for which the drug or biological product is being administered is an indication for which the drug or biological product has received approval from the Federal Food and Drug Administration.

# COST CONTAINMENT PROGRAMS

**Pre-admission Certification for All Planned Admissions to a PPC Hospital**

Under this program, all Planned Admissions to a PPC Hospital must be certified by us as being appropriate for purposes of determining your payment to a PPC Provider prior to the admission.

*Planned Surgical Admissions to PPC Hospital*

Completing the process for obtaining certification for Planned Surgical Admissions to a PPC Hospital is the PPC Hospital's and/or PPC Physician's responsibility, and failure to do so will result in a reduction in our payment to the PPC Hospital and Physician in an amount equal to 20% of the PPC Schedule. This reduction will be the responsibility of the PPC Hospital and Physician, and will not affect your benefits.

*Planned Medical Admissions to a PPC Hospital*

Completing the process for obtaining certification for Planned Medical Admissions to a PPC Hospital is the PPC Hospital's and/or PPC Physician's responsibility. In the event that an admission is primarily for medical services, (no Surgical Service indicated), and is **not** certified as needing Inpatient care by us, there will be no benefits for that admission. The Insured is responsible for all charges (Hospital and Physician) in connection with this Admission.

**All Admission Certification Program for Admissions to Non-PPC Hospitals**

The All Admission Certification Program is a cost containment program under which Insureds must obtain certification from Blue Cross and Blue Shield of Florida for all Hospital admissions (i.e., Planned Admissions and Unplanned Admissions), to a Non-PPC Hospital.

*Surgical Admissions to a Non-PPC Hospital*

In the event an admission which is primarily for a Surgical Service is not certified by us, the Hospital charges will be reduced by twenty-five (25%) percent of the average PPC Schedule for the applicable Service Area, and is the responsibility of the Insured.

*Medical Admissions to a Non-PPC Hospital*

In the event that an admission is primarily for medical services, (no Surgical Service indicated), and is **not certified** as needing Inpatient care by us, there will be no benefits for that admission. The Insured is always responsible for all charges (Hospital and Physician) in connection with that admission.

Requirements for Planned Surgical and Medical Admissions

To initiate the All Admission Certification process for a Planned Admission, you must present a 'Request for Admission Certification' form as soon as possible after you are informed by the attending Physician that services are to be performed in a Non-PPC Hospital. We will provide the form to you.

Your Physician must submit the information requested on the form and forward it to us so that we receive it at least two (2) working days before the admission date for a Planned Admission. The medical information and the need for hospitalization will be evaluated based on established clinical criteria.

Based on these criteria, the Planned Admission will either be certified or non-certified. We will notify you, your Physician, and the Non-PPC Hospital by letter, if your certification is denied before the admission is scheduled to take place. In the event you have not received notification of the decision prior to the time scheduled for admission, you should contact the Non-PPC Hospital, Physician, or Blue Cross and Blue Shield of Florida.

Requirements for Unplanned Admissions (Medical and Surgical) to a Non-PPC Hospital

For all Unplanned Admissions, it is your responsibility to see that your Physician or Non-PPC Hospital contacts us within twenty-four (24) hours of the admission or on the first business day following a weekend admission. However, if your medical Condition makes it impossible to ensure that we are notified within these limits, you must see that we are notified as soon as reasonably possible.

Your Physician or Non-PPC Hospital must provide the information noted on the Request for Admission Certification form. The medical information and the need for hospitalization will be based on established clinical criteria.

Based on these criteria, the Hospital admission will either be certified or non-certified. We will immediately notify you, your Physician and the Non-PPC Hospital of the certification decision in writing.

Appeal Process for both Preadmission Certification and All Admission Certification Programs

You and your Physician have the right to appeal the Preadmission or All Admission Certification decision. The appeal request must be submitted to us in writing, within ninety (90) days of the decision notice. A request should include any additional information pertinent to the admission and/or medical services in question. The information should be sent to the following address:

Utilization Management Department
Blue Cross and Blue Shield of Florida, Inc.
P. O. Box 43237
Jacksonville, Florida 32203-9958

The Utilization Management Department will review the appeal to determine if the admission met the established clinical criteria. If the criteria were met, the admission will be certified. If we determine there is no additional information which would allow the admission to be certified, the initial decision will be upheld.

**Individual Benefits Management Program**

Blue Cross and Blue Shield of Florida may elect to offer alternative benefits through its voluntary Individual Benefits Management Program for services not otherwise specified as covered services under your Contract. Alternative benefits may be made available on a case-by-case basis to Insureds who meet certain pre-established eligibility requirements. All eligibility decisions will be made solely by Blue Cross and Blue Shield of Florida in a manner consistent with such eligibility requirements. Such alternative benefits will be offered in accordance with an alternative treatment plan with which you, or your representative, and your Physician concur in writing.

Offering to provide or the providing of alternative benefits in one instance shall not obligate Blue Cross and Blue Shield of Florida to provide the same or similar benefits to you, or to any other Insured, in another instance. Nothing herein shall be deemed a waiver of Blue Cross and Blue Shield of Florida's right to enforce your Contract in strict accordance with its express terms and conditions, and all provisions in your Contract, except those specifically changed under this program, continue to apply.

# GENERAL LIMITATIONS

**Pre-Existing Conditions**

This Contract does not provide any benefits for the treatment of a Pre-Existing Condition for any Insured until the Insured has been continuously covered under this Contract for a twenty-four (24) month period.

## Waiting Period for Certain Conditions

Services or supplies in connection with the following conditions are not covered for the first six (6) months, regardless of whether or not the Condition is a Pre-existing Condition. However, a waiting period will not apply if the service or supply results from an Accidental Injury.

— Hernia

— Hemorrhoidectomy

— Cholecystectomy (gall bladder)

— Tonsillectomy and adenoidectomy

— Disorder of the reproduction organs

— Varicose veins

Note: All newly added family members will be subject to the Pre-Existing Condition limitation and waiting period limitation, which will begin on the effective date of their coverage. **EXCEPTION:** A newborn child is not subject to the Pre-Existing Condition limitation if the Contract Holder had dependent coverage in effect prior to the birth of the newborn.

## Coordination of Benefits

Coordination of Benefits (also referred to as COB) is a limitation of the benefits provided under this Contract, and is designed to avoid the costly duplication of payment for institutional and professional services and supplies.

COB is applied when an Insured is covered under other contracts providing health care benefits which contain a COB provision or is construed by law to contain a COB provision. The benefits Blue Cross and Blue Shield of Florida pays may be reduced so that when combined with the Insured's primary benefits, total payment under both contracts will not exceed one hundred percent (100%) of the total reasonable expenses actually incurred. Such other contracts may include, but are not limited to, the following:

— Any group or individual insurance, group type self-insurance, or Health Maintenance Organization plan;

— Any group or individual contract issued by any Blue Cross and/or Blue Shield Plan(s);

— Any plan, program, or insurance policy which provides for Hospital, medical, or other health care benefits.

When a claim is submitted in accordance with this Contract and the claim involves another policy or plan, payment will be based on whether Blue Cross and Blue Shield of Florida is the primary or secondary payor.

When we are primary, we will pay benefits for covered services without regard to the Insured's coverage under other contracts providing health care benefits.

When we are secondary, the benefits we will pay for covered services will be reduced so that when combined with the Insured's primary benefits, total payment under both policies will not exceed 100% of the total reasonable expenses actually incurred (the amount the Insured is obligated to pay).

The following rules shall be used to determine the order in which benefits under the respective health policies or plans will be determined.

(a) The benefits of a policy or plan which covers the person as an employee, member, or Contract Holder, other than as a dependent, are determined before those of the policy or plan which covers the person as a dependent.

(b) Except as stated in paragraph (c), when two or more policies or plans cover the same child as a dependent of different parents:

1. The benefits of the policy or plan of the parent whose birthday, excluding the year of birth, falls earlier in a year are determined before those of the policy or plan of the parent whose birthday, excluding year of birth, falls later in that year; but,

2. If both parents have the same birthday, the benefits of the policy or plan which covered the parent for a longer period of time are determined before those of the policy or plan which covered the parent for a shorter period of time.

   However, if a policy or plan subject to the rule based on the birthday of the parents as stated above coordinates with an out-of-state policy or plan which contains provisions under which the benefits of a policy or plan which covers a person as a dependent of a male are determined before those of a policy or plan which covers the person as a dependent of a female and if, as a result, the policies or plans do not agree on the order of benefits, the provisions of the other policy or plan shall determine the order of benefits.

(c) If two or more policies or plans cover a dependent child of divorced or separated parents, benefits for the child are determined in this order:

1. First, the policy or plan of the parent with custody of the child.

2. Second, the policy or plan of the spouse of the parent with custody of the child.

3. Third, the policy or plan of the parent not having custody of the child.

   However, if the specific terms of a court decree state that one of the parents is responsible for the health care expenses of the child and if the entity obliged to pay or provide the benefits of the policy or plan of that parent has actual knowledge of those terms, the benefits of that policy or plan are determined first. This does not apply with respect to any claim determination period or plan or policy Year during which any benefits are actually paid or provided before that entity has the actual knowledge.

(d) The benefits of a policy or plan which covers a person as an employee who is neither laid off nor retired, or as that employee's dependent, are determined before those of a policy or plan which covers that person as a laid off or retired employee or as that employee's dependent. If the other policy or plan is not subject to this rule, and if, as a result, the policies or plans do not agree on the order of benefits, this paragraph shall not apply.

(e) If none of the rules in paragraph (a), paragraph (b), paragraph (c), or paragraph (d) determine the order of benefits, the benefits of the policy or plan which covered an employee, member, or Insured for a longer period of time are determined before those of the policy or plan which covered that person for the shorter period of time.

Coordination of Benefits shall not be permitted against an indemnity-type policy, an excess insurance policy as defined in Florida Statute 627.635, a policy with coverage limited to specified illnesses or accidents, or a Medicare supplement policy.

## Subrogation

In the event any payment for benefits provided to an Insured under this contract is made to or on behalf of an Insured on account of a Condition resulting from the negligence or fault of or from a third party, Blue Cross and Blue Shield of Florida, to the extent of such payment, shall be subrogated to all causes of action and all rights of recovery such Insured has against any person or organization. Such subrogation rights shall extend and apply to any settlement of a claim irrespective of whether litigation has been initiated. The Insured shall execute and deliver such instruments and papers pertaining to such settlement of claims, settlement negotiations, or litigation as may be requested by Blue Cross and Blue Shield of Florida, and shall do whatever is necessary to

enable us to exercise our rights of subrogation and shall do nothing to prejudice such rights. Further, the Insured or the Insured's legal representative shall promptly notify us of any settlement negotiations prior to entering into any settlement agreement, shall disclose to us any amount recovered from any person or organization that may be liable for bodily injuries, and shall not make any settlements without our written consent. No waiver, release of liability, or other documents executed by you without such notice to us and cooperation by you, if requested, shall be binding upon Blue Cross and Blue Shield of Florida.

Any such right of subrogation or reimbursement provided to Blue Cross and Blue Shield of Florida under this Contract shall not apply or shall be limited to the extent that the Florida Statutes or the courts of Florida eliminate or restrict such rights.

## LIMITATION OF COVERAGE FOR COVERED SERVICES AND SUPPLIES

All coverage for services and supplies is limited to coverage which, in the opinion of Blue Cross and Blue Shield of Florida, is for the most cost-effective setting, procedure, treatment, level of supply, or level of service. For example, coverage is limited to the most cost-effective, Medically Necessary Prosthetic Device, or Orthotic Device, which, in the opinion of Blue Cross and Blue Shield of Florida, will restore to the Insured the function lost through a covered Condition.

## GENERAL EXCLUSIONS

This Contract does not provide benefits for:

- services or supplies which are, in our opinion, not Medically Necessary;

- services and supplies not specifically covered by this Contract;

- services or supplies provided to you in a Physician's office, except for covered Surgical Services;

- transportation by Ambulance except for newborn transportation;

- services and supplies which are, in our opinion, Experimental in nature;

- drugs and medicines, including prescription drugs, purchased prescribed or dispensed while other than an Inpatient in a Hospital, Ambulatory Surgical Center, or Outpatient department of a Hospital, except for Immunosuppressant therapy following a major human Organ/Tissue transplant, or chemotherapy drugs or medicines in connection with a diagnosed malignancy;

- all Outpatient diagnostic and therapeutic services, including radiology and pathology, except for services in connection with a covered admission to a Hospital or a covered Surgical Service performed in an Ambulatory Surgical Center or Outpatient department of a Hospital, or a covered mammogram screening service;

- emergency room visits unless the Insured is immediately admitted to the Hospital directly from the emergency room;

- the charges for rental or purchase of durable medical equipment, unless billed by the Hospital or Ambulatory Surgical Center;

- the purchase, fitting, adjustment, repair or replacement of orthotic devices, unless administered when you are an Inpatient in a Hospital;

- the purchase, fitting, adjustment, repair or replacement of a Prosthetic Device, unless administered in a Facility, or the initial Prosthetic Device following a covered mastectomy;

- admissions to a Hospital primarily for Physical Therapy;

- all admissions and all treatment of Mental and Nervous disorders;

- all admissions for and all services and supplies for the treatment of Alcohol and Drug Dependency;

- Diagnostic admissions;

- services rendered or supplies furnished either prior to the Effective Date or subsequent to the termination date of this Contract;

- services or supplies for any accidental bodily injury connected with employment, including any services which are or would be covered by Workers Compensation;

- Physical Therapy, except while an Inpatient;

- non-certified Hospital admissions which are not primarily for a Surgical Service;

- all obstetrical/maternity benefits in connection with or as the result of a normal delivery, except as specified in the section "Complications of Pregnancy";

- services or supplies provided to you as either an Inpatient or Outpatient in a Hospital, primarily to provide Rehabilitative Services;

- skilled nursing facility admissions and services;

- training and educational programs primarily for pain management or vocational rehabilitation;

- home health care services;

- speech therapy;

- occupational therapy;

- dental care and treatment including treatment of or removal of the teeth, and the immediately adjacent structures, i.e., gingiva, and any services for orthodontia, prosthodontia, peridontia and preparation for dentures;

- services and supplies for which there is no charge;

- personal comfort articles such as beauty and barber services, radio, television;

- services by a Physician or other professional related to you by blood or marriage;

- treatment and/or drugs received in a Veterans Hospital or government Facility due to a service connected disability;

- a Condition resulting from war or an act of war, whether declared or not;

- a Condition resulting from your participation in a felony, riot, or rebellion;

- a Condition resulting from your engaging in an illegal occupation;

- a Condition resulting from your service in the armed forces;

- intentionally self-inflicted injuries, suicide or attempted suicide, whether sane or insane;

- a Condition resulting from you being under the influence of alcohol, or any narcotic, unless taken on the advice of a Physician;

- services associated with autopsy or postmortem examination, including the autopsy, except if requested by us;

- blood and blood plasma;

- Cosmetic Surgery -- defined as surgery primarily to improve the appearance of the individual but not to restore bodily function or to correct deformity. However, we do pay for the surgery needed to restore or correct a part of the body that has been altered by injury, disease, or surgery that occurred while you were covered under this Contract;

- bypass procedures performed for obesity -- except if Medically Necessary;

- nicotine withdrawal programs, facilities and supplies;

- custodial care such as that provided at health resorts, rest homes, nursing homes, and health spas. Custodial Care is care comprised of services and supplies, including room and board and other institutional or home services, which are provided to an individual, whether disabled or not, primarily to assist him or her in the activities of daily living;

- biofeedback and other forms of self-care or self-help training and any related diagnostic testing;

- private duty nursing by an RN or LPN whether in an Inpatient Hospital setting, at home, or in a skilled nursing facility;

- human Organ/Tissue Transplant services for which the cost is covered/funded by governmental, foundation or charitable grants. This includes services performed on potential or actual living donors, recipients and cadavers;

- any organs/tissues or combination of organs/tissues other than those specifically listed as covered;

- any organ or tissue which is sold rather than donated to the Insured;

- any Surgical Service, including but not limited to, Radial Keratotomy, performed primarily to correct or improve myopia, or other refractive disorders not a consequence of trauma or prior ophthalmic surgery;

- all services and supplies in connection with hospice care, treatment, or programs;

- eye glasses, contact lens, hearing aids, or examinations for their prescription or fitting;

- eye exercise, visual training or orthoptics;

- dental care -- unless needed to repair an Accidental Injury to natural (not artificial) teeth and jaws, mouth or face which was initiated within ninety (90) days of the Accidental Injury, unless needed for medical conditions caused by temporomandibular joint dysfunction (TMJ) as determined by Blue Cross and Blue Shield of Florida;

- dental appliances;

- outpatient foot care not related to a Surgical Service;

- therapeutic devices or appliances, regardless of the intended use (i.e., arch supports, orthopedic shoes, or support hose);

- elective abortions;

- sterilization - vasectomies and tubal ligations;

- birth control pills when used as contraception;

- contraceptive devices or appliances;

- all services and supplies in connection with infertility including but not limited to testing, artificial insemination, or in-vitro fertilization;

- reversal procedures of previous sterilization to allow fertilization;

- medical treatment of obesity by exercise, dietary program, and environmental control;

- services or supplies related to sexual reassignment (sex transformations) or modifications;

- immunizations (injections to prevent contagious disease);

- vitamins, mineral supplements, fluoride drugs or appetite suppressants;
- exercise programs of any kind;
- travel expenses -- even if prescribed by your Physician;
- physical examinations (annual or routine);
- services associated with a home health aid (sitter), home maker, or domestic maid; and
- services for allergy testing and allergy therapy.

## CONDITIONS EXCLUDED BY MEDICAL RIDER

An Insured will not be eligible to receive any benefits for any treatment of any Condition that we excluded from coverage by a Medical Rider(s) when the Insured accepted coverage under this Contract.

After two (2) years following the effective date of that Insured's coverage, that Insured may request that we remove the Medical Rider(s) limiting the coverage. If we approve the request, we will advise you when the Medical Rider(s) will no longer be in effect.

## MEMBERSHIP PROVISION

Blue Cross and Blue Shield of Florida, Inc. is a not-for-profit mutual insurance company.

All holders of insurance policies issued by Blue Cross and Blue Shield of Florida, Inc. (the "Corporation") and in force, shall be members of the Corporation except that reinsurance may be effected without membership. Members shall have all the rights, privileges, and obligations provided in the Articles of Incorporation and Bylaws of the Corporation as now in force and as the same may be amended from time to time.

The Annual Meeting of the members shall be held for the purpose of electing the Board of Directors and transacting such other business as may be properly brought before the meeting.

At all meetings of the members of the Corporation, each member of the Corporation shall be entitled to cast a number of votes equal to the amount of premiums attributed to such member in the month of record (i.e., a premium of $64.40 in that month will be equal to 64.40 votes). All proxies shall be filed with the Secretary of the Corporation before the meeting at which the proxy is to be voted.

## TERMINATION OF COVERAGE UNDER THIS CONTRACT

This Contract will automatically terminate:

1. Effective as of the end of the Grace Period, if Blue Cross and Blue Shield of Florida does not receive the applicable Premium payment within the Grace Period. Blue Cross and Blue Shield of Florida will provide at least ten (10) days prior written notice to the Contract Holder if this Contract is terminated under this provision,

2. Effective as of the date indicated on the termination notice, if Blue Cross and Blue Shield of Florida elects to cancel all contracts with the same form number as the form number on this Contract. Blue Cross and Blue Shield of Florida will provide at least forty-five (45) days prior written notice to the Contract Holder if this Contract is terminated under this provision.

3. Effective as of the date indicated on the termination notice, if Blue Cross and Blue Shield of Florida determines that any Insured has misrepresented, omitted or concealed any facts, or made any fraudulent or incorrect statement on the Application or in submitting claims for benefits under this Contract. Blue Cross and Blue Shield of Florida will provide at least forty-five (45) days prior written notice to the Contract Holder if this Contract is terminated under this provision;

4. Without notice, effective as of the first day of the month the Contract Holder first attains age sixty-five (65), (the contract Holder will be entitled to an appropriate refund of unearned premium upon attaining age 65);

5. Without notice, effective as of the first day of the month the Contract Holder first ceases to be a resident of the State of Florida; or

6. Without notice, effective as of the first day of the month the Contract Holder is eligible for benefits similar to the benefits provided by this Contract under any state or federal program or law (e.g., COBRA, Medicare, Medicaid, Champus).

7. Additionally, coverage for a Covered Dependent will automatically terminate without notice:

   (1) For all Covered Dependents, effective as of the date this Contract terminates for any reason;

   (2) For the Contract Holder's spouse, effective the first day of the month the Contract Holder's spouse reaches age sixty-five (65), or is divorced from the Contract Holder; or

   (3) For the Contract Holder's child(ren), effective as of the last day of the Calendar Year in which an individual covered as a child reaches the limiting age of nineteen (19), unless the child is entitled to an extension of coverage as set forth below.

NOTE: The Contract Holder must immediately notify us if an Insured moves out of the State of Florida, becomes eligible under another plan or program for benefits similar to the benefits provided under this Contract, or gets divorced. In accordance with the Blue Cross and Blue Shield Association's inter-plan agreement, an insured who ceases to be a Florida resident will be transferred to the Blue Cross and/or Blue Shield Plan(s) serving the area in which they reside. Notice must be sent to:

Blue Cross and Blue Shield of Florida, Inc.

P. O. Box 1798

Jacksonville, Florida 32203-3357

---

**Extension of Coverage for A Handicapped Child**

A child who is a Covered Dependent is eligible for an extension of coverage beyond age nineteen (19) if the child is a handicapped child while covered under this Contract. A child is a handicapped child if the child is both incapable of self-sustaining employment by reason of mental retardation or physical handicap and is chiefly dependent on the Contract Holder for support and maintenance. It is the Contract Holder's responsibility to submit documentation acceptable to Blue Cross and Blue Shield of Florida, after a claim is denied, showing that the child meets these requirements. The extension of coverage will continue until the first day of the month that the child is no longer a handicapped child. Blue Cross and Blue Shield of Florida may request that the Contract Holder provide documentation that the child continues to be handicapped at any time.

# EXTENSION OF BENEFITS

The termination of this Contract by us shall be without prejudice to any continuous loss which commenced while the Contract was in force, but the extension of benefits beyond the period this Contract was in force will be predicated upon the continuous Total Disability of the Insured, and the extension of benefits is limited to a maximum period of ninety (90) days, beginning on the termination date. This extension of benefits is only for the Condition which caused the disability for that Insured. Blue Cross and Blue Shield of Florida will determine if an Insured is totally disabled.

Written documentation from your Physician regarding the extent of your disability will be required.

# CONVERSION

If coverage ceases because of termination of eligibility prior to becoming eligible for Medicare or Medicaid, you shall be entitled to a conversion contract issued pursuant to Florida Statutes Section 627.646, without evidence of insurability, provided that Blue Cross and Blue Shield of Florida receives an Application and the applicable Premium payment within thirty-one (31) days after the termination date of this Contract. There will be continuous coverage during the thirty-one (31) day period, if such coverage is selected and the Premiums are paid.

# THE PROCESSING OF YOUR CLAIM

This section is an explanation of how to file a claim and how your claim is handled after it is received by Blue Cross and Blue Shield of Florida.

### Written Notice of a Claim and Claim Forms

In all cases, the Preferred Patient Care Provider will file the necessary claim for you. You will only be responsible for any Coinsurance amount and non-covered charges when you use a Preferred Patient Care Provider. Our payment for eligible services will go directly to the Provider. They will bill you directly for any balance.

In most cases, the Non-Preferred Patient Care Hospital will file claims on your behalf for both covered Inpatient and Outpatient services. Simply present your identification card at the time of service. Our payment for eligible services will be made directly to the Hospital. The Hospital will bill you directly for any balance.

If a Provider does not file the claim for you, a written notice of a claim should be sent to Blue Cross and Blue Shield of Florida within twenty (20) days after the service or supply has been provided to you, or as soon after that as is reasonably possible. The notice should include the name of the Insured and the Contract number and should be sent to our home office at the following address:

Blue Cross and Blue Shield of Florida, Inc.

P. O. Box 1798

Jacksonville, Florida 32203-3357

When we receive your written notice of a claim, we will send you a claim form for filing as proof of loss. You must obtain an itemized statement from the Provider which contains the following information: the date of service; the description of the service; the amount charged for each service; a diagnosis; location of service;

the Provider's name and address; and the patient's name. The itemized statement should be attached to the completed claim form and sent to our home office at the above address within ninety (90) days after the date the services or supplies were rendered.

If you do not receive the claim form within fifteen (15) days, you may meet the proof of loss requirement by sending us a written statement of the nature and extent of the loss and attaching the itemized statement, within ninety (90) days of the date services were rendered.

## Proof of Loss

The completed claim for benefits (a proof of loss) must be sent to our home office at the above address by you or your Provider within ninety (90) days of the date services or supplies were rendered.

If you fail to file proof of loss within ninety (90) days after the date a service or supply was rendered, you will not be eligible for benefits for that service or supply, unless it was not reasonably possible for you to give us proof of loss within such ninety (90) day period. In any event, the proof required must be received no later than one year from the date the services or supplies were rendered, unless the Insured was legally incapacitated.

## Time of Payment of Claims and Claims Review

After receiving the required written proof of loss, Blue Cross and Blue Shield of Florida will pay any benefits due under this Contract within thirty (30) working days of our receipt of the proof of loss, provided all of the required information, as determined by us, has been provided to us and the claim is an uncontested claim. In the event we do not pay such claim within thirty (30) days, we will pay ten (10%) per annum simple interest on such claim.

In order to process your claim, we may need information from you or the Provider that supplied the service or supply. As an Insured under this Contract, you agree to authorize the Provider to release any necessary information and records to us, including, but not limited to, any records or information associated with (or with reference to) the following Conditions: positive exposure to HIV infection, ARC, AIDS, Alcohol or Drug Dependency, and Mental and Nervous Disorders. Additionally, we may require you to be examined by a Physician chosen by us at our expense. We have the right to require this as often as is reasonably necessary while a claim is pending.

After your claim has been processed, we will send you an explanation of benefits (EOB) form indicating the amount, if any, that we have paid on the claim.

If we contest or deny a claim or a portion of a claim, it will be indicated on the EOB form. You will receive the EOB form within thirty (30) working days after our receipt of the claim. If you do not agree with our decision to deny all or part of your claim, you may write to us at our home office address within sixty (60) days after your receipt of the EOB form. Your request for review should include any additional information that we require or that you would like us to consider in reviewing your claim. If you supply additional information for a contested or denied claim, we will notify you within sixty (60) working days of our receipt of this additional information as to our decision regarding this claim. If the claim is subsequently paid after sixty (60) working days of our receipt of adequate additional information, as determined by us, we will pay ten (10%) per annum simple interest on such claim.

You have the right to designate a representative to act for you in the review procedure. This representative must have a written statement signed by you designating him/her to represent you in the review of your claim. You or your authorized representative will have up to forty-five (45) days after we receive your request for review to review pertinent documents, and submit written issues and comments to us, at a Blue Cross and Blue Shield of Florida office during regular office hours.

**Payment of Claims**

Payment for covered services, if any, will be made to the Provider or the Contract Holder, as specified in this Contract. Any benefit(s) unpaid at the death of an Insured, will be paid at our option, either to the Insured's beneficiary or estate.

# GENERAL PROVISIONS

**Physical Examination and Autopsy**

We reserve the right, at our expense, to have you submit to a physical examination as often as reasonably necessary while a claim is pending. We also reserve the right, if the law permits, to make an autopsy in case of death.

**Legal Action**

No legal action may be brought to recover on this Contract within the sixty (60) day period after written proof of loss has been given to us as required under this Contract. No such action may be brought after the expiration of the applicable statute of limitations from the time the written proof of loss is required to be given. Any legal dispute involving this Contract shall be brought to court in the State of Florida.

**Survivor Rights**

In the event the Contract Holder dies, the Covered Dependents may continue the Contract by timely payment of Premiums, or any of the Contract Holder's surviving Covered Dependents can purchase a new Contract. The Covered Dependents should contact us within thirty-one (31) days after the death of the Contract Holder.

**Time Limit on Certain Defenses**

After two (2) years from the Effective Date of this Contract, only fraudulent misstatements or omissions on your Application may be used to rescind or terminate the policy or to deny any claim for benefits starting after the two (2) year period.

In addition, after two (2) years from the Effective Date of this Contract, we will not deny a claim for benefits for any covered service rendered to you for a Condition that existed before you became covered under this Contract. This does not apply, however, to any Condition that we specifically identified and excluded from coverage by a Medical Rider(s) at the time your coverage took effect.

**Fraudulent Submission of Claim**

If, in the opinion of Blue Cross and Blue Shield of Florida, any Insured commits fraud, misrepresents or omits material information in requesting the receipt of benefits, that Insured's coverage may be canceled or rescinded at any time by Blue Cross and Blue Shield of Florida. This remedy is available in addition to any other remedies which may be available to Blue Cross and Blue Shield of Florida.

**Notice**

Any notice which is required or permitted by this Contract shall be deemed given if hand delivered or if mailed by United States Mail, postage pre-paid and addressed as indicated in our files. Such notice shall be deemed given and effective as of the date delivered or so deposited in the mail.

### Waiver of Breach

Waiver of a breach of any provision of this agreement shall not be deemed a waiver of any other breach of the same or a different provision, nor shall it affect our right at any time to strictly enforce the provisions of this Contract or to enforce or avail ourselves of any remedies we may have under this contract or otherwise.

### Assignment of Delegation

This Contract and the obligations hereunder may not be assigned, delegated or otherwise transferred by either party without the written consent of the other party; provided, however, that we may assign this Contract to our successor in interest or an affiliated entity at any time. Any assignment, delegation, or transfer made in violation of this provision shall be void.

### Compliance With State and Federal Laws and Regulations

The provisions of this Contract shall be deemed to have been modified by the parties, and shall be interpreted, so as to comply with applicable state or federal laws and regulations dealing with rates, benefits, eligibility, enrollment, termination, conversion, or other rights and duties of the Contract Holder, Insured or Blue Cross and Blue Shield of Florida.

### Severability

In the event any provision of this Contract is deemed to be invalid or unenforceable, all other provisions shall remain in full force and effect.

### Identification Cards

We will provide the Contract Holder with one (1) identification card. Your identification card will be issued in the Contract Holder's name and may be used by your Covered Dependents. The identification card in no way creates, or serves to verify, coverage under this Contract. The identification card remains Blue Cross and Blue Shield of Florida property and shall be promptly returned to Blue Cross and Blue Shield of Florida upon termination of coverage.

# OUTLINE OF COVERAGE
# PREFERRED PATIENT CARE<sup>SM</sup>
# HOSPITAL AND SURGICAL INSURANCE
# Non-Conventional Coverage

### Policy Form Number 9068-890SR

Redacted                                                                      **14**

MONTHLY RATE:

**BE CERTAIN TO READ YOUR CONTRACT THOROUGHLY**

**THIS OUTLINE IS ONLY A BRIEF SUMMARY OF YOUR HEALTH COVERAGE PROGRAM AND IS NOT THE CONTRACT OF INSURANCE. THE CONTRACT ITSELF SETS FORTH THE RIGHTS AND OBLIGATIONS OF THE INSURED AND BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. IN THE EVENT OF ANY INCONSISTENCIES BETWEEN THE PROVISIONS CONTAINED IN THIS OUTLINE OF COVERAGE AND YOUR CONTRACT, THE PROVISIONS CONTAINED IN YOUR CONTRACT SHALL GOVERN.**



**Blue Cross Blue Shield** of Florida

532 Riverside Avenue

Jacksonville, Florida 32231

(Non-Profit Corporation)

Blue Cross and Blue Shield of Florida, Inc. is an Independent Licensee of the Blue Cross and Blue Shield Association
® Registered marks of the Blue Cross and Blue Shield Association
SM SERVICE MARK OF BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

9069-890SR

## TABLE OF CONTENTS

WELCOME TO BLUE CROSS AND BLUE SHIELD OF FLORIDA.................................... 1

HERE IS HOW THE PROGRAM WORKS ........................................................................ 2

COVERED EXPENSES ................................................................................................. 3

COST CONTAINMENT PROGRAMS............................................................................. 5

GENERAL LIMITATIONS ............................................................................................... 6

CONDITIONS EXCLUDED BY MEDICAL RIDER.......................................................... 6

LIMITATION OF COVERAGE FOR COVERED SERVICES AND SUPPLIES...................... 6

EXCLUSIONS.............................................................................................................. 7

WHO IS ELIGIBLE FOR COVERAGE .......................................................................... 10

RENEWABILITY .......................................................................................................... 11

PREMIUMS................................................................................................................. 11

HOW CLAIMS ARE FILED.......................................................................................... 11

# WELCOME TO BLUE CROSS AND BLUE SHIELD OF FLORIDA

We are pleased to provide you with a Preferred Patient Care Hospital and Surgical program underwritten by Blue Cross and Blue Shield of Florida. This program provides certain benefits for Hospital Admissions, Surgical Services, and related services. It does not cover most services received in a Physician's office or all services received in an Ambulatory Surgical Center, or the Outpatient department of a Hospital. This Contract is not a major medical type Contract, but a limited hospital and surgical product.

Your Essential Hospital and Surgical Contract is designed to encourage the use of Preferred Patient Care (PPC) Providers. Therefore, you will generally find that a greater percentage of your medical expenses are covered when you utilize Preferred Patient Care Providers.

Please read your Contract thoroughly. Also, you should keep this Outline of Coverage and your Contract in a safe and convenient place so you can refer to them when needed.

Blue Cross and Blue Shield of Florida agrees to provide to covered individuals the health insurance benefits specifically provided in this Contract, subject to all the terms, conditions, limitations and exclusions contained in the Contract.

# HERE IS HOW THE PROGRAM WORKS

PLEASE REFER TO THE "BASIC TERMS" SECTION OF THE CONTRACT FOR COMPLETE DEFINITIONS.

**PER ADMISSION DEDUCTIBLE:** Your Contract has a $250 Per Admission Deductible for each Insured. This means that before our reimbursement of covered services for an Inpatient admission begins, the Per Admission Deductible must be satisfied.

**CALENDAR YEAR DEDUCTIBLE:** Your Contract has a $250 Calendar Year Deductible for Outpatient services. The deductible means the amount of Outpatient charges for covered services and supplies, up to the relevant Allowance, that you must pay each Calendar Year before our reimbursement for covered Outpatient services begins. The deductible amount applies to each Insured, each Calendar Year.

**COINSURANCE:** Percentage payable by Blue Cross and Blue Shield of Florida for covered services and/or supplies.

For Insureds who resided in a Service Area at the time the service or supply was rendered, and for Insureds who received the service or supply in a Service Area.

-- Preferred Patient Care (PPC) Hospitals, Preferred Patient Care (PPC) Physicians, Independent Clinical Laboratories (ICLs), and Suppliers...80% of the applicable Preferred Patient Care (PPC) Schedule; (Admissions will be subject to the Per Admission Deductible)

-- Non-PPC Hospitals and Non-PPC Physicians...60% of the average of the PPC Schedule(s) for the applicable Service Area;

-- Services or Supplies rendered by a Non-PPC Hospital or a Non-PPC Physician which arose directly from an Accident/Emergency, as determined by Blue Cross and Blue Shield of Florida...80% of the PPC Schedule.

For Insureds who did not reside in a Service Area at the time the service or supply was rendered and did not receive the service or supply in a Service Area.

-- All services and supplies from all Providers...80% of the Allowance.

**MAXIMUM OUT-OF-POCKET COINSURANCE EXPENSE FEATURE:** After you have paid $2,500 in Coinsurance amounts during a Calendar Year, we will pay 100% of the PPC Schedule or Allowance, (whichever is applicable), for your covered services for the remainder of that Calendar Year.

Maximum Out-of-Pocket Coinsurance expense does not include the amounts applied toward the Per Admission Deductible, Outpatient Calendar Year Deductible, any benefit reduction, non-covered charges, your Coinsurance amount for covered services or supplies of a Non-Preferred Patient Care Hospital or Physician, or charges in excess of the PPC Schedule or Allowance, (whichever is applicable), unless related to covered Emergency services and supplies. These amounts are always your responsibility.

**LIFETIME MAXIMUM:** Each Insured has a total lifetime maximum benefit of $1,000,000.

2

**RESTORATION OF BENEFITS:** If you receive more than $1,000 in benefits during a Calendar Year, we will automatically restore your lifetime maximum by $1,000 on the next January 1st.

Additionally, if you receive $1,000 or more in benefits during a Calendar Year, you can restore the full lifetime maximum by sending proof of your good health to us. If we accept your proof, your lifetime maximum will be restored.

**COORDINATION OF BENEFITS** (also referred to as COB): This is a limitation of benefits provided under this Contract and is designed to avoid the cost of duplication of payments for services and supplies when you are covered by two or more insurance plans, policies, or programs which provide health care benefits.

**SUBROGATION:** Should you incur Medically Necessary health care expenses and receive benefits under this Contract, we will acquire all rights of recovery or causes of action you may have against any person or organization, up to the amount of benefits we have paid. You must sign and deliver to us any documents we need, and do whatever else is necessary to protect our subrogation rights.

# COVERED EXPENSES

The following services and supplies are covered benefits subject to the PPC Schedule or Allowance, (whichever is applicable), Per Admission Deductible, Outpatient Calendar Year Deductible, Coinsurance, and other limitations and exclusions set forth in the Contract.

**Inpatient Hospital Services**

-- room and board (a private room will be allowed only when the patient's isolation is required to prevent contagion);

-- intensive care units (including cardiac, progressive care and neonatal care units);

-- use of emergency room (only when the Insured is admitted to the Hospital immediately following the emergency room treatment);

-- Physical Therapy (in connection with a covered Condition);

-- dialysis treatment;

-- use of Hospital operating and recovery rooms, including Outpatient surgery;

-- drugs and medicines for your use while in the Hospital;

-- intravenous solutions;

-- dressings, including ordinary casts;

-- anesthetics and their administration by a regularly salaried Hospital employee;

-- respiratory therapy (i.e., oxygen);

-- transfusion supplies and equipment;

-- diagnostic x-rays, ultrasound, and computerized tomography (CAT Scan);

-- chemotherapy treatment for a proven malignant Condition when the drugs used are approved by the Federal Food and Drug Administration;

-- laboratory and pathology services;

3

-- medical/surgical supplies and devices (i.e. Prosthetic Devices, Othotic Devices, pacemakers, implants);

-- other approved machine testing (i.e., electrocardiograms (EKG), electroencephalograms (EEG), echocardiography, mammography);

-- durable medical equipment; and

-- x-ray, cobalt and other acceptable forms of radiation therapy for treatment of proven a malignant Condition.

## Ambulatory Surgical Center and Outpatient Hospital Benefits (in connection with a Surgical Service only):

-- use of operating and recovery rooms;

-- drugs and medicines for your use while in the Facility;

-- intravenous solutions;

-- dressings, including ordinary casts;

-- anesthetics and their administration by a regular salaried Facility employee;

-- respiratory therapy (example, oxygen);

-- transfusion supplies and equipment;

-- diagnostic x-rays;

-- durable medical equipment;

-- medical/surgical supplies and devices (i.e. Prosthetic Devices, pacemakers, implants);

-- x-ray, cobalt, and other acceptable forms of radiation therapy for treatment of a proven malignant Condition;

-- laboratory and pathology services; and

-- electrocardiograms (EKG) and electroencephalograms (EEG).

## Physician Benefits

-- Inpatient Hospital Visits;

-- Inpatient Consultations when requested by the attending Physician and a written report is prepared by the consulting Physician for the medical records;

-- Surgical Services, to diagnose or treat a Condition or an Accidental Injury;

-- Physician Surgical assistant services;

-- Concurrent care benefits; and

-- Anesthesia.

## Other Covered Benefits

-- Therapeutic Services - chemotherapy treatment for a proven malignant Condition if the Condition for which the drug or biological product is being administered is an indication for which the drug or biological product has received approval from the Federal Food and Drug Administration;

-- Complications of Pregnancy are defined as Conditions diagnosed as separate from the pregnancy. Complications of Pregnancy will be covered on the same basis as any other Condition.

4

-- **Newborn Care** - on the same basis as any other Condition.

-- **Newborn Transportation**

-- **Organ/Tissue Transplant Coverage** -- Benefits will be provided for Medically Necessary covered services or supplies in a Facility, only when provided for heart, liver, kidney, heart/lung, cornea, and bone marrow transplant.

-- **Mammogram Screening Services** will be covered for female Insureds as follows: (1) a baseline mammogram, age 35 to 40 inclusive; (2) a mammogram every two (2) years, age 40 to 49 inclusive; (3) a mammogram every year, age 50 and over, or (4) more frequently based on the patient's Physician's recommendation for ages 40 to 49. These benefits will be subject to the applicable Deductible and Coinsurance provisions of the Contract.

# COST CONTAINMENT PROGRAMS

**Pre-admission Certification Program**

-- **Pre-admission Certification** is required on all Planned Admissions to a Preferred Patient Care Hospital.

-- *Planned Surgical Admissions to a PPC Hospital*

The penalty for non-certified Planned Surgical Admissions to a PPC Hospital is a 20% reduction of the PPC Schedule and is the responsibility of the PPC Hospital and Physician. This reduction will not affect your benefits.

-- *Planned Medical Admissions to a PPC Hospital*

There is no benefit (i.e., it is a non-covered service) under this Contract for a **non-certified** planned Medical Admission to a PPC Hospital. **The Insured is responsible for all charges (Hospital and Physician) in connection with this admission.**

-- **All Admission Certification** is required on all admissions (Planned and Unplanned) to a Non-PPC Hospital in the State of Florida.

-- *Surgical Admissions to a Non-PPC Hospital*

The penalty for a non-certified Surgical Admission to a non-PPC Hospital is a 25% reduction in the average PPC Schedule for the applicable Service Area, **and is the responsibility of the Insured.**

-- *Medical Admissions to a Non-PPC Hospital*

There is no benefit (i.e., it is a non-covered service) under this Contract for a **non-certified** Medical Admission to a Non-PPC Hospital. **The Insured is responsible for all charges (Hospital and Physician), in connection with this admission.**

# GENERAL LIMITATIONS

**Pre-Existing Conditions**

This Contract does not provide any benefits for the treatment of a Pre-Existing Condition for any Insured until the Insured has been continuously covered under this Contract for a twenty-four (24) month period.

**Waiting Period**

Also, services and supplies in connection with the following Conditions are not covered for the first six (6) months, regardless of whether or not the Condition is pre-existing:

-- Hernia

-- Hemorrhoidectomy

-- Cholecystectomy

-- Tonsillectomy and adenoidectomy

-- Varicose veins

-- Disorder of the reproduction organs

# CONDITIONS EXCLUDED BY MEDICAL RIDER

An Insured will not be eligible to receive benefits for treatment of any medical Condition that we excluded from coverage by a Medical Rider when the Insured accepted coverage under this Contract.

After two (2) years following the effective date of that Insured's coverage, that Insured may request that we remove the Medical Rider(s) limiting the coverage. If we approve the request, we will advise you when the Medical Rider(s) will no longer be in effect.

# LIMITATION OF COVERAGE FOR COVERED SERVICES AND SUPPLIES

All coverage for services and supplies is limited to coverage which, in the opinion of Blue Cross and Blue Shield of Florida, is for the most cost-effective setting, procedure, treatment, level of supply, or level of service. For example, coverage is limited to the most cost-effective, Medically Necessary Prosthetic Device, or Orthotic Device, which, in the opinion of Blue Cross and Blue Shield of Florida, will restore to the Insured the function lost through a covered Condition.

# EXCLUSIONS

Please read the following list carefully. This is a list of services and supplies that will not, under any circumstances, be covered. The exclusions are limits upon the benefits described in your Contract. (Refer to your Contract for a complete explanation of the Essential Program exclusions.)

This Contract does not provide benefits for:

-- services or supplies which are, in our opinion, not Medically Necessary;

-- services and supplies not specifically covered by this Contract;

-- services or supplies provided to you in a Physician's office, except for covered Surgical Services;

-- transportation by Ambulance except for newborn transportation;

-- services and supplies which are, in our opinion, Experimental in nature;

-- drugs and medicines, including prescription drugs, purchased, prescribed or dispensed while other than an Inpatient in a Hospital, Ambulatory Surgical Center, or Outpatient department of a Hospital, except for Immunosuppressant therapy following a major human Organ/Tissue transplant, or chemotherapy drugs or medicines in connection with a diagnosed malignancy;

-- all Outpatient diagnostic and therapeutic services, including radiology and pathology, except for services in connection with a covered admission to a Hospital or a covered Surgical Service performed in an Ambulatory Surgical Center or Outpatient department of a Hospital, or a covered mammogram screening service;

-- emergency room visits unless the Insured is immediately admitted to the Hospital directly from the emergency room;

-- the charges for rental or purchase of durable medical equipment, unless billed by the Hospital or Ambulatory Surgical Center;

-- the purchase, fitting, adjustment, repair or replacement of orthotic devices, unless administered when you are an Inpatient in a Hospital;

-- the purchase, fitting, adjustment, repair or replacement of a Prosthetic Device, unless administered in a Facility, or the initial Prosthetic Device following a covered mastectomy;

-- admissions to a Hospital primarily for Physical Therapy;

-- all admissions for and all services and supplies for the treatment of Mental and Nervous disorders;

-- all admissions for and all treatment of Alcohol and Drug dependency. Alcohol or Drug dependency is a Condition where a person's alcohol or drug use injures his or her health; interferes with his or her social economic functioning; or causes the individual to lose self-control;

-- Diagnostic admissions;

-- services rendered or supplies furnished either prior to the Effective Date or subsequent to the termination date of this Contract;

7

-- services or supplies for any accidental bodily injury connected with employment, including any services which are or would be covered by Workers Compensation;

-- Physical Therapy except while an Inpatient;

-- non-certified Hospital admissions which are not primarily for a Surgical Service;

-- services or supplies provided to you as either an Inpatient or Outpatient in a Hospital, primarily to provide Rehabilitative Services;

-- skilled nursing facility admissions and services;

-- training and educational programs primarily for pain management or vocational rehabilitation;

-- home health care services;

-- speech therapy;

-- occupational therapy;

-- dental care and treatment including treatment of or removal of the teeth, and the immediately adjacent structures, i.e., gingiva, and any services for orthodontia, prosthodontia, peridontia and preparation for dentures;

-- services and supplies for which there is no charge;

-- personal comfort articles such as beauty and barber services, radio, television;

-- services by a Physician or other professional related to you by blood or marriage;

-- treatment and/or drugs received in a Veterans Hospital or government Facility due to a service connected disability;

-- a Condition resulting from war or an act of war, whether declared or not;

-- a Condition resulting from your participation in a felony, riot, or rebellion;

-- a Condition resulting from your engaging in an illegal occupation;

-- a Condition resulting from your service in the armed forces;

-- intentionally self-inflicted injuries, suicide or attempted suicide, whether sane or insane;

-- a Condition resulting from you being under the influence of alcohol or any narcotic, unless taken on the advice of a Physician;

-- services associated with an autopsy or postmortem examination, including the autopsy, except if requested by us;

-- blood and blood plasma;

-- Cosmetic Surgery -- defined as surgery primarily to improve the appearance of the individual but not to restore bodily function or to correct deformity. However, we do pay for the surgery needed to restore or correct a part of the body that has been altered by injury, disease, or surgery that occurred while you were covered under this Contract;

-- bypass procedures performed for obesity -- except if Medically Necessary;

-- nicotine withdrawal programs, facilities and supplies;

- custodial care such as that provided at health resorts, rest homes, nursing homes, and health spas. Custodial Care is care comprised of services and supplies, including room and board and other institutional or home services, which are provided to an individual, whether disabled or not, primarily to assist him or her in the activities of daily living;

- biofeedback and other forms of self-care or self-help training and any related diagnostic testing;

- private duty nursing by an RN or LPN whether in an Inpatient Hospital setting, at home, or in a skilled nursing facility;

- human Organ/Tissue Transplant services for which the cost is covered/funded by governmental, foundation or charitable grants. This includes services performed on potential or actual living donors, recipients and cadavers;

- any organs or combination of organs other than those specifically listed as covered;

- any organ or tissue which is sold rather than donated to the Insured;

- any Surgical Service, including but not limited to, Radial Keratotomy, performed primarily to correct or improve myopia, or other refractive disorders not a consequence of trauma or prior ophthalmic surgery;

- all services and supplies in connection with hospice care, treatment, or programs;

- eye glasses, contact lens, hearing aids, or examinations for their prescription or fitting;

- eye exercise, visual training or orthoptics;

- dental care -- unless needed to repair an Accidental Injury to natural (not artificial) teeth and jaws, mouth or face which was initiated within 90 days of the Accidental Injury, unless needed for medical conditions caused by temporomandibular joint dysfunction (TMJ) as determined by Blue Cross and Blue Shield of Florida;

- dental appliances;

- outpatient foot care not related to a surgical service;

- therapeutic devices or appliances, regardless of the intended use (i.e., arch supports, orthopedic shoes, or support hose);

- all obstetrical/maternity benefits in connection with or as the result of a normal delivery, except as specified in the section "Complications of Pregnancy";

- elective abortions;

- sterilization - vasectomies and tubal ligations;

- birth control pills when used as contraception;

- contraceptive devices or appliances;

- all services and supplies in connection with infertility including but not limited to testing, artificial insemination or in-vitro fertilization;

- reversal procedures of previous sterilization to allow fertilization;

- medical treatment of obesity by exercise, dietary program, and environmental control;

-- services or supplies related to sexual reassignment (sex transformations) or modifications;

-- immunizations (injections to prevent contagious disease);

-- vitamins, mineral supplements, fluoride drugs or appetite suppressants;

-- exercise programs of any kind;

-- travel expenses -- even if prescribed by your Physician;

-- physical examinations (annual or routine);

-- services associated with a home health aid (sitter), home maker, or domestic maid; and

-- services for allergy testing and allergy therapy.

# WHO IS ELIGIBLE FOR COVERAGE

All Florida residents are eligible to apply for the program with the exception of those residents who are sixty-five (65) years of age and older.

**Initial Enrollment**

The following individuals are eligible to apply for coverage under this Contract:

-- The applicant, provided the applicant is a Florida resident under age sixty-five (65);

-- The applicant's present spouse, (provided the spouse is under age sixty-five (65)); and

-- the applicant's unmarried natural, Adopted, or step-child(ren) who are under the age of nineteen (19).

**Note: A child only contract may be issued to an unmarried child under age 19.**

These individuals will be covered as of the Effective Date of this Contract provided:

-- the individual(s) was listed on the initial Application;

-- the individual(s) was Medically Acceptable as determined by Blue Cross and Blue Shield of Florida; and

-- Blue Cross and Blue Shield of Florida received the applicable Premium payment.

**Adding Dependents After Initial Enrollment**

-- Newborn child(ren);

-- Adopted child(ren);

-- Dependent child(ren)

-- Spouse, if under age sixty-five (65)

> **Note:** For guidelines on adding dependent coverage, please refer to the section in your Contract entitled 'Adding a Dependent to Your Coverage After Initial Enrollment'.

# RENEWABILITY

Your Contract may be renewed for consecutive periods by timely payment of Premiums, subject to the rights of Blue Cross and Blue Shield of Florida, Inc.

We may cancel your Contract after giving at least a forty-five (45) day written notice to the Contract Holder. However, such action will not be taken solely because of the amount of claims paid under your Contract.

# PREMIUMS

See the cover of your Contract for current monthly Premiums.

Blue Cross and Blue Shield of Florida may modify the Rates at any time by providing at least forty-five (45) days prior written notice of such modification to the Contract Holder at the last address for the Contract Holder as indicated in Blue Cross and Blue Shield of Florida's records.

Your Premiums will be the same as the Premiums paid by everyone in your Risk Class who holds this type of Contract with us. Your Premium amount automatically changes if your Risk Class changes, or if the number of insureds covered under this Contract changes. For example, the Premium amount may change if you move to a different geographic area, add or delete an individual from your coverage, or if you change benefit plans. Additionally, the Premium amount may change each year on your Anniversary Date due to an increase in the age of the Contract Holder or the Contract Holder's spouse.

Your Premium payments are payable to:

Blue Cross and Blue Shield of Florida, Inc.
P.O. Box 1798
Jacksonville, Florida 32231

# HOW CLAIMS ARE FILED

Show your Blue Cross and Blue Shield of Florida Preferred Patient Care identification card when you receive services or supplies. Preferred Patient Care Providers will file the claim directly with us. All you need to do is sign the form.

You Need to File A Claim

- If the Non-Preferred Patient Care Hospital or Provider does not file the claim for you.

- For other covered services such as Newborn Transportation service.

11

How You File Claims

- Complete a Preferred Patient Care Claim Form. You may obtain a claim form from your local Blue Cross and Blue Shield of Florida Office or by writing to our headquarters in Jacksonville, Florida at the address listed below.

- Attach the bills or receipts for the services you received. The bills or receipts do not have to be paid in advance.

- Each bill or receipt must contain the name of the person or place providing the service, the name of the person who received the service, the date of the service, and a description of the service.

- You need to complete a separate form for each member of the family filing a claim.

Send the claim form and attachments to our headquarters at the following address:

Blue Cross and Blue Shield of Florida, Inc.

P.O. Box 1798

Jacksonville, FL 32231-0014

We will process the claim and send all benefit payments directly to you.



Home Office
532 Riverside Avenue
Jacksonville, Florida 32231-0014

## AMBULATORY SURGERY CENTER
### ENDORSEMENT

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by adding the following provisions:

## DEFINITIONS

A. Ambulatory Surgery Center (herein "ASC") - is an entity which is licensed pursuant to Chapter 395 of the Florida Statutes, or other states' applicable laws, to provide elective surgical care to a patient, who is admitted to and discharged from such facility within the same working day, and such facility is not a part of a hospital. ASC's are eligible to participate in BCBSF's Preferred Patient Care (herein "PPC") provider network.

B. PPC ASCs - are those ASCs that have entered into an agreement with BCBSF to participate in BCBSF's PPC provider network and were participating in the network at the time the service was provided.

C. Traditional Program Participating ASCs (herein Participating ASCs) - are those ASCs that have entered into an agreement with BCBSF to participate in BCBSF's Traditional Provider Network.

D. Non-Participating ASCs - are those ASCs that have not entered into any participation agreement with BCBSF.

## AMBULATORY SURGERY SERVICES BILLED TO BCBSF BY A PREFERRED PATIENT CARE (PPC) ASC

PPC ASCs will file your claims with BCBSF on your behalf. BCBSF's reimbursement will be at the coinsurance level paid for services rendered by a PPC health care provider, as specified in the Contract. BCBSF's payment for covered services, if any, will always be made directly to the PPC ASC. PPC ASCs have agreed to accept the PPC Schedule amount as payment in full for covered services, therefore, your responsibility is limited to the deductible and coinsurance amounts, and for the payment of charges for non-covered services. Your coinsurance responsibility for covered services rendered by a PPC ASC will be based upon the PPC Schedule amount or the ASCs' charges, whichever is lower. It is your responsibility to verify that an ASC is a PPC ASC at the time service is rendered. To determine if an ASC is a PPC ASC, refer to the most recent PPC provider directory, or call your local BCBSF office, or call the Customer Service number listed on your subscriber identification card.

9595-991SR (PPC-END)

Blue Cross and Blue Shield of Florida, Inc. is an Independent Licensee of the Blue Cross and Blue Shield Association

**AMBULATORY SURGERY SERVICES BILLED TO BCBSF BY A PARTICIPATING ASC**

Participating ASCs may file claims with BCBSF on your behalf. BCBSF's reimbursement will be at the coinsurance level paid for services rendered by a Non-PPC health care provider, as specified in the Contract. BCBSF's payment, if any, will be made directly to the ASC. BCBSF's payment for covered services, if any, will be based on the PPC Schedule or charges, whichever is lower. Your coinsurance responsibility for covered services rendered by a Participating ASC will be based on the PPC Schedule amount or the ASC's charge, whichever is lower.

Participating ASCs have not agreed to accept BCBSF's Allowance as payment in full, therefore, you are responsible for the difference between the Participating ASCs' charge(s) and BCBSF's Allowance, if any, in addition to your responsibility for the deductible and coinsurance amounts and for the payment of charges for non-covered services. It is your responsibility to verify that an ASC is a Participating ASC at the time the service is rendered. To determine if an ASC is a Participating ASC, call your local BCBSF office.

**AMBULATORY SURGERY SERVICES BILLED TO BCBSF BY A NON-PARTICIPATING ASC**

You are responsible for filing claims for services rendered by a Non-Participating ASC. BCBSF's payment, if any, will be made directly to you. Non-Participating ASCs have not agreed to accept any pre-negotiated allowance as payment in full, therefore, you are responsible for the difference between the Non-Participating ASCs' charges and BCBSF's payment, if any, in addition to your responsibility for the deductible and coinsurance amounts and for the payment of charges for non-covered services.

BCBSF will not honor any of the following assignments to a Non-Participating ASC: an assignment of any benefits due under the Contract; an assignment of the right to receive payments due under the Contract; or an assignment of a claim for damages resulting from a breach, or alleged breach, of the Contract.

**BLUE CROSS AND BLUE SHIELD OF FLORIDA**

*M. Cascone, Jr.*

**M. Cascone, Jr.**
**President**

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida as expressed herein.

9595-991SR (PPC-END)



**Blue Cross Blue Shield** of Florida

Home Office
532 Riverside Avenue
Jacksonville, Florida 32231-0014

**DEPENDENT ELIGIBILITY AND**

**REQUIREMENTS FOR ADDING DEPENDENTS**

**ENDORSEMENT**

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida (herein "BCBSF") Contract and any Endorsements and Riders attached thereto. The Contract is hereby amended as follows:

|  | **EFFECTIVE DATE** |
|---|---|
| Coverage for Foster Children | April 17, 1992 |
| Coverage for Adopted Children | October 1, 1992 |
| Coverage for Newborn Children | October 1, 1992. |

## I. DEFINITIONS

"Adoption" is defined as the act of creating the legal relationship between parent and child where it did not exist, thereby declaring the child to be legally the child of the Adopted parents and their heir-at-law and entitled to all the rights and privileges and subject to all the obligations of a child born to such Adopted parents, or as otherwise defined by Florida Statutes.

"Placement" or "To Place" is defined as the process of a person giving a child up for Adoption and the prospective parent receiving and adopting the child, and includes all actions by any person or agency participating in the process, or as otherwise defined by Florida Statutes.

"Foster Child(ren)" is defined as a person under the age of 18 who is placed in the Insured's residence and care by the Florida Department of Health & Rehabilitative Services in compliance with Florida Statutes.

"Newborn" is defined as a child that is 60 days of age or less. (Note: Newborn coverage will be provided in accordance with the provisions of the Contract and this Endorsement, and will continue so long as the Contract remains in effect and any applicable premiums are paid by the Contract Holder.

## II. DEPENDENTS ELIGIBILITY

### Spouse

Your Spouse may be covered until legal separation or divorce.

9859-792SR (DIRECT-END)

Blue Cross and Blue Shield of Florida, Inc. is an Independent Licensee of the Blue Cross and Blue Shield Association

## Children

Your unmarried natural child(ren), Newborn child(ren), Adopted child(ren), or stepchild(ren) may be covered from birth to the end of the Calendar Year in which they reach the limiting age specified in your Contract. Foster child(ren) or child(ren) in court-ordered custody of the Insured may be covered to the end of the Calendar Year in which they reach the age of 18.

## Newborn Children

The Contract Holder is responsible for notifying BCBSF of the birth of the Newborn child within 30 days of the date of birth. If notice is received by BCBSF within this 30 day period, the Newborn child will be covered from the moment of birth and the Contract Holder will not be charged any additional premium for the first 30 days of coverage.

If BCBSF does not receive the notice of the birth of the Newborn within the 30 day notice period, the Newborn child will be added as of the date of birth so long as any applicable premium is paid back to the date of birth.

With respect to a Newborn child of a covered family member other than the Contract Holder or Contract Holder's spouse, the coverage for the Newborn child terminates 18 months after the birth of the Newborn child.

## Adopted Children/Foster Children

The Contract Holder is responsible for notifying BCBSF of the placement of an Adopted or Foster child in the residence of a Contract Holder within 30 days of such placement. If notice is received by BCBSF within this 30 day period, coverage for the Adopted or Foster child (other than an Adopted Newborn child) begins when the child is placed in the residence of the Insured, in compliance with Florida law and the Contract Holder will not be charged any additional premium for the first 30 days of coverage

Coverage for Adopted Newborn children will begin the earlier of: (a) the moment of birth, provided that a written agreement to adopt such child has been entered into by the Contract Holder prior to the birth of such child and further provided that BCBSF receives notice before or within 30 days after the birth of the child; or (b) the date the Newborn child is placed in the residence of the Contract Holder in accordance with Florida law, provided BCBSF receives notice before or within 30 days after the date the child is so placed.

If BCBSF does not receive the notice of placement (for Adopted or Foster children) or birth (for Adopted Newborn children) within the 30 day period, the Adopted or Foster child will be added to the Contract Holder's Contract as of the date of placement (for Adopted or Foster children) or birth (for Adopted Newborn children) so long as any applicable premium is paid back to the date of placement or birth, whichever is applicable.

In compliance with Florida law, BCBSF will waive the Pre-Existing condition limitation for Adopted children; however, the Pre-Existing condition limitation will apply to Foster children or children in other court-ordered custody.

9859-792SR (DIRECT-END)

## III. ADDING A DEPENDENT

Each eligible dependent who was:

- named on the original application;
- Medically Acceptable; and
- paid the premium

is covered by this Contract.

Please notify us if a Newborn, Adopted, Foster child or child in other court-ordered custody is to be added to your existing Contract (see sections under Dependents Eligibility). There is an additional Premium for each dependent added to your Contract.

If other eligible dependents were not named on the application, you may still apply for coverage for them. Your eligible dependents can become covered when you file a medical application for coverage which is acceptable to us and you pay an additional Premium for coverage to be provided to the new dependent(s).

All dependents, except those listed below, added to your Contract after the Effective Date of coverage will be subject to the Pre-Existing Condition clause contained in this Contract:

- Adopted child or Adopted Newborn child
- Natural Newborn child

## IV. TERMINATION OF A DEPENDENT'S COVERAGE

### Adopted Children

If the Adopted Newborn child is not ultimately placed in the residence of the Contract Holder, there shall be no coverage for the Adopted newborn under this Contract. It is the responsibility of the Contract Holder to notify BCBSF within 10 calendar days if the Adopted Newborn is not placed in the home.

For all children covered as Adopted children, if the final decree of Adoption is not issued, coverage shall not be continued for the proposed Adopted Child under this Contract. Proof of final Adoption must be submitted to BCBSF. It is the responsibility of the Contract Holder to notify BCBSF if the Adoption does not take place. Upon receipt of this notification, BCBSF will terminate the coverage of the child on the first billing date following our receipt of your written notice.

### Foster Children

If the Contract Holder's status as a Foster parent is terminated, coverage shall not be continued for any Foster Child under this Contract. It is the responsibility of the Contract Holder to notify BCBSF that the Foster Child is no longer in the Contract Holder's care. Upon receipt of this notification, BCBSF will terminate the coverage of the child on the first billing date following our receipt of your written notice.

9859-792SR (DIRECT-END)

**Natural Children**

The Contract Holder may terminate the coverage of a child born to them by submitting a Change Application to BCBSF. The effective date of such termination shall be the first billing date following our receipt of your Change Application.

### BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

*M. Cascone, Jr.*

**M. Cascone, Jr.**
**President**

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida as expressed herein.

9859-792SR (DIRECT-END)



**Blue Cross Blue Shield** of Florida

Home Office
532 Riverside Avenue
Jacksonville, Florida 32231-0014

**PREFERRED PATIENT CARE PHYSICIANS**

**COST CONTAINMENT PROGRAM ENDORSEMENT**

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Cost Containment Program Endorsement and the Contract is hereby amended by adding the Admission Certification for Preferred Patient Care (herein "PPC") Physicians as follows:

**Admission Certification for PPC Physicians**

Certification must be received from BCBSF to receive full Contract benefits for elective and/or planned Inpatient Admissions to any Hospital by PPC Physicians.

The Admission Certification program requirements for elective and/or planned Admissions by PPC Physicians are the PPC Physician's sole responsibility, therefore, the Insured is not responsible for satisfying such requirements or for any potential benefit reductions when the Insured is admitted by a PPC Physician.

Once BCBSF has received the necessary medical information, BCBSF will review the information and make a certification decision based upon the Admission Certification program's established clinical criteria then in effect.

For elective and/or planned admissions by PPC Physicians which are not certified, payment to the PPC Physician will be reduced in accordance with that PPC Physician's Contract with BCBSF. This reduction will be the responsibility of the PPC Physician.

Any and all decisions made by BCBSF in administering this program are made only to determine the appropriateness of care and/or the appropriateness of setting for that care delivered to the Insured for purposes of payment under this Contract. Any and all decisions that pertain to the medical care provided to an Insured, or the setting in which the medical care is provided, are made solely by the Insured and the Insured's health care provider in accordance with the normal patient/health care provider relationship. BCBSF in no way participates in or overrides such medical decisions, but merely determines the level of payment, if any, for the medical care under this Contract.

9973-892SR (PPC-END)

Blue Cross and Blue Shield of Florida, Inc. is an Independent Licensee of the Blue Cross and Blue Shield Association

NOTE: Notwithstanding the cost containment programs described herein, BCBSF reserves the right to deny claims for services and supplies at any time during the claims review process. BCBSF in no way waives its right to enforce the terms of the contract (e.g., the exclusions) by administering these programs. For example, if an admission is certified under the Admission Certification program, BCBSF will deny claims for non-medically necessary services or supplies rendered during that admission.

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.**

*M Cascone Jr*

**M. Cascone, Jr.**

**President**

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida as expressed herein.

9973-892SR (PPC-END)



**Blue Cross
Blue Shield**
of Florida

Home Office
532 Riverside Avenue
Jacksonville, Florida 32231-0014

## COORDINATION OF BENEFITS ENDORSEMENT

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida (herein "BCBSF") Contract and any Endorsements attached thereto. The Contract is hereby amended by deleting the Coordination of Benefits provision in its entirety and replacing it with the following:

Coordination of Benefits (sometimes referred to herein as "COB") is a limitation of benefits for covered services under the Contract and is designed to avoid the duplication of payment for health care services and supplies. Coordination of Benefits applies when an Insured is covered under other plans, programs, or policies providing benefits for health care services and supplies which contain a COB provision or are required by law to contain a COB provision. Such other plans, programs, or policies may include, but are not limited to:

A. Any group or individual insurance, group self-insurance, health maintenance organization, or other plan, program, or policy; or

B. Any group or individual plan, program, or policy underwritten or administered by BCBSF.

BCBSF's payment for covered services depends on whether BCBSF is the primary payor, as determined in accordance with the provisions set forth below. In the event BCBSF is the primary payor, BCBSF's payment for covered services, if any, will not be reduced due to the existence of other coverage and will be made without regard to the Insured's other plans, programs, or policies.

In those instances where COB applies and BCBSF is not the primary payor, BCBSF's payment for covered services, if any, will be reduced so that when such payment is combined with the payments made under the Insured's other health care plans, programs, or policies, the total payment will not exceed 100% of the "total reasonable expenses" actually incurred by the Insured. In the event an Insured receives covered services from a PPC or a Participating Provider, "total reasonable expenses" shall equal the amount BCBSF is obligated to pay to the Provider pursuant to the applicable agreement BCBSF has with such Provider.

The following rules shall be used by BCBSF to determine if BCBSF is the primary payor:

A. The benefits of a policy, plan, or program which covers the person as an employee, member, or Insured, other than as a dependent, are determined before those of the policy, plan, or program which covers the person as a dependent.

However, if the person is also a Medicare beneficiary, and if the rule established under the Social Security Act of 1965, as amended, makes Medicare secondary to the plan covering the person as a dependent of an active employee, the order of benefit determination is:

1. First, benefits of a plan covering persons as an employee, member, or subscriber.

10229-293SR (GROUP/DIRECT-END)

Blue Cross and Blue Shield of Florida, Inc. is an Independent Licensee of the Blue Cross and Blue Shield Association

# BlueCard® Program Endorsement

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. ("BCBSF") Contract and any Endorsements and/or Riders attached thereto.

References to "you" or "your" throughout refer to you as the Contractholder and to your Covered Dependents, unless expressly stated otherwise or unless, in the context in which the term is used, it is clearly intended otherwise. Any references that refer solely to your Covered Dependent(s) will be noted as such.

References to "we", "us", and "our" throughout refer to Blue Cross and Blue Shield of Florida, Inc. We may also refer to ourselves as "BCBSF".

If you have any questions concerning this Endorsement, please call us toll free at 800-FLA-BLUE.

The Contract is amended as follows:

---

# PROVIDER ALTERNATIVES

---

The **Providers Outside The State of Florida** subsection is <u>deleted</u> in its entirety and <u>replaced</u> with the following **BlueCard Program** subsection:

## BlueCard® Program

### Out-of-Area Services

We have a variety of relationships with other Blue Cross and/or Blue Shield Licensees referred to generally as "Inter-Plan Programs". Whenever you access Health Care Services outside the geographic area we serve, the claim for those Services may be processed through one of these Inter-Plan Programs and presented to us for payment in accordance with the rules of the Inter-Plan Programs policies then in effect. The Inter-Plan Programs available to you under this Contract are described generally below.

Typically, when accessing care outside the geographic area we serve, you will obtain care from health care Providers that have a contractual agreement (i.e., are "participating providers") with the local Blue Cross and/or Blue Shield Licensee in that other geographic area ("Host Blue"). In some instances, you may obtain care from non-participating health care Providers. Our payment practices in both instances are described below.

### BlueCard Program

Under the BlueCard Program, when you access Covered Services within the geographic area served by a Host Blue, we will remain responsible to you for fulfilling our contractual obligations. However, in accordance with applicable Inter-Plan Programs policies then in effect, the Host Blue will be responsible for providing such services as contracting and handling substantially all interactions with its participating health care Providers. The financial terms of the BlueCard Program are described generally below. Individual circumstances may arise that are not directly covered by this description; however, in those instances, our actions will be consistent with the spirit of this description.

## Liability Calculation Method Per Claim

The calculation of your liability on claims for Covered Services processed through the BlueCard Program will be based on the lower of the participating health care Provider's billed covered charges or the negotiated price made available to us by the Host Blue.

Host Blues may use various methods to determine a negotiated price, depending on the terms of each Host Blue's health care Provider contracts. The negotiated price made available to us by the Host Blue may represent a payment negotiated by a Host Blue with a health care Provider that is one of the following:

1. **an actual price**. An actual price is a negotiated payment without any other increases or decreases; or

2. **an estimated price**. An estimated price is a negotiated payment reduced or increased by a percentage to take into account certain payments negotiated with the Provider and other claim- and non-claim-related transactions. Such transactions may include, but are not limited to, anti-fraud and abuse recoveries, Provider refunds not applied on a claim-specific basis, retrospective settlements, and performance-related bonuses or incentives; or

3. **an average price**. An average price is a percentage of billed covered charges representing the aggregate payments negotiated by the Host Blue with all of its health care Providers or a similar classification of its Providers and other claim- and non-claim-related transactions. Such transactions may include the same ones as noted above for an estimated price.

Host Blues using either an estimated price or an average price may, in accordance with Inter-Plan Programs policies, prospectively increase or reduce such prices to correct for over- or underestimation of past prices (i.e., prospective adjustments may mean that a current price reflects additional amounts or credits for claims already paid to Providers or anticipated to be paid to or received from Providers). However, the amount paid by you is a final price; no future price adjustment will result in increases or decreases to the pricing of past claims. The BlueCard Program requires that the price submitted by a Host Blue to us is a final price irrespective of any future adjustments based on the use of estimated or average pricing.

A small number of states require a Host Blue either (i) to use a basis for determining your liability for Covered Services that does not reflect the entire savings realized, or expected to be realized, on a particular claim or (ii) to add a surcharge. Should the state in which the Health Care Services are accessed mandate liability calculation methods f that differ from the negotiated price methodology or require a surcharge, we would then calculate your liability in accordance with applicable law.

## Return of Overpayments

Under the BlueCard Program, recoveries from a Host Blue or its participating health care Providers can arise in several ways, including, but not limited to, anti-fraud and abuse recoveries, health care Provider/Hospital audits, credit balance audits, utilization review refunds, and unsolicited refunds. In some cases, the Host Blue will engage a third party to assist in identification or collection of recovery amounts. The fees of such a third party may be netted against the recovery. Recovery amounts determined in this way will be applied in accordance with applicable Inter-Plan Programs policies, which generally require correction on a claim-by-claim or prospective basis.

## Non-PPO Providers Outside Our Service Area

**Your Liability Calculation**

When Covered Services are provided outside of our service area by non-PPO Providers, our payment will be based on the Allowed Amount as defined in the Contract.

---

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in the provisions contained in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in the Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

Blue Cross and Blue Shield of Florida, Inc.

Patrick J. Geraghty
Chairman of the Board and Chief Executive Officer

# LISTING OF OTHER BLUE CROSS AND BLUE SHIELD PLANS

This information is provided to you in case you are hospitalized while in another state. You may contact the Blue Cross Blue Shield (BCBS) Plan in that state or area to determine if a hospital has entered into a participating agreement with the local Blue Cross and Blue Shield Plan.

| STATE | PLAN NAME | CITY | TELEPHONE |
|---|---|---|---|
| Alabama | Blue Cross and Blue Shield of Alabama | Birmingham | 205-988-2100 |
| Alaska | Blue Cross of Washington & Alaska | Seattle WA | 206-670-4000 |
| Arizona | Blue Cross and Blue Shield of Arizona | Phoenix | 602-864-4400 |
| Arkansas | Arkansas Blue Cross and Blue Shield | Little Rock | 501-378-2000 |
| California | Blue Cross of California<br>Blue Shield of California | Van Nuys<br>San Francisco | 818-703-2345<br>415-445-5000 |
| Colorado | Blue Cross and Blue Shield of Colorado | Denver | 303-831-2131 |
| Connecticut | Blue Cross and Blue Shield of Connecticut | North Haven | 202-239-4911 |
| Delaware | Blue Cross and Blue Shield of Delaware | Wilmington | 302-421-3000 |
| District of Columbia | Blue Cross & Blue Shield of the National Capital Area | Washington DC | 202-479-8000 |
| Florida | Blue Cross and Blue Shield of Florida | Jacksonville | 904-791-6111 |
| Georgia | Blue Cross and Blue Shield of Georgia | Columbus | 706-571-5371 |
| Hawaii | Blue Cross and Blue Shield of Hawaii | Honolulu | 808-944-2110 |
| Idaho | Blue Cross of Idaho Health Service<br>Blue Shield of Idaho | Boise<br>Lewiston | 208-345-4550<br>208-746-2671 |
| Illinois | Blue Cross and Blue Shield of Illinois | Chicago | 312-938-6000 |
| Indiana | Blue Cross and Blue Shield of Indiana | Indianapolis | 317-488-6000 |
| Iowa | Blue Cross and Blue Shield of Iowa<br>Blue Cross of South Dakota | Des Moines<br>Sioux City | 515-245-4500<br>712-279-3081 |
| Kansas | Blue Cross and Blue Shield of Kansas | Topeka | 913-291-7000 |
| Kentucky | Blue Cross and Blue Shield of Kentucky | Louisville | 502-423-2011 |
| Louisiana | Blue Cross and Blue Shield of Louisiana | Baton Rouge | 504-295-3307 |
| Maine | Blue Cross and Blue Shield of Maine | South Portland | 207-822-7000 |
| Maryland | Blue Cross and Blue Shield of Maryland | Owings Mills | 410-581-3000 |
| Massachusetts | Blue Cross & Blue Shield of Massachusetts | Boston | 617-956-2000 |
| Michigan | Blue Cross and Blue Shield of Michigan | Detroit | 313-225-9000 |

| STATE | PLAN NAME | CITY | TELEPHONE |
|---|---|---|---|
| Minnesota | Blue Cross and Blue Shield of Minnesota | St. Paul | 612-456-8000 |
| Mississippi | Blue Cross and Blue Shield of Mississippi | Jackson | 601-932-3704 |
| Missouri | Blue Cross and Blue Shield of Kansas City | Kansas City | 816-395-2222 |
| | Blue Cross and Blue Shield of Missouri | St. Louis | 314-923-4444 |
| Montana | Blue Cross and Blue Shield of Montana | Great Falls | 406-791-4000 |
| | Blue Cross and Blue Shield of Montana | Helena | 800-447-7828 |
| Nebraska | Blue Cross and Blue Shield of Nebraska | Omaha | 402-390-1800 |
| Nevada | Blue Cross and Blue Shield of Nevada | Reno | 702-829-4000 |
| New Hampshire | Blue Cross & Blue Shield of New Hampshire | Manchester | 603-695-7000 |
| New Jersey | Blue Cross and Blue Shield of New Jersey, Inc. | Newark | 201-466-4000 |
| New Mexico | Blue Cross and Blue Shield of New Mexico | Albuquerque | 505-291-3500 |
| New York | Blue Shield of Northeastern N. Y., Inc. | Albany | 518-453-5700 |
| | Blue Cross and Blue Shield of Western N.Y. | Buffalo | 716-887-6900 |
| | Empire Blue Cross and Blue Shield | New York | 212-476-1000 |
| | Blue Cross of the Rochester Area | Rochester | 716-454-1700 |
| | Blue Cross & Blue Shield of Central N.Y., Inc. | Syracuse | 315-448-3700 |
| | Blue Cross & Blue Shield/ Utica-Watertown, Inc. | Utica | 315-798-4200 |
| North Carolina | Blue Cross & Blue Shield of North Carolina | Durham | 919-489-7431 |
| North Dakota | Blue Cross & Blue Shield of North Dakota | Fargo | 701-282-1100 |
| Ohio | Community Mutual Blue Cross and Blue Shield | Cincinnati | 513-872-8100 |
| | Blue Cross and Blue Shield of Ohio | Cleveland | 216-687-7000 |
| | Blue Cross and Blue Shield of Ohio | Toledo | 419-473-7111 |
| Oklahoma | Blue Cross and Blue Shield of Oklahoma | Tulsa | 918-560-3500 |
| Oregon | Blue Cross and Blue Shield of Oregon | Portland | 503-225-5221 |
| Pennsylvania | Pennsylvania Blue Shield | Camp Hill | 717-763-3151 |
| | Capital Blue Cross | Harrisburg | 717-541-7000 |
| | Independence Blue Cross | Philadelphia | 215-241-2400 |
| | Blue Cross of Western Pennsylvania | Pittsburgh | 412-255-7000 |
| | Blue Cross of Northeastern Pennsylvania | Wilkes-Barre | 717-829-6011 |

| STATE | PLAN NAME | CITY | TELEPHONE |
|---|---|---|---|
| Puerto Rico | La Cruz Azul De Puerto Rico<br>Seguros De Servicio De Salud De Puerto Rico, Inc. | San Juan<br>San Juan | 809-759-9898<br>809-749-4949 |
| Rhode Island | Blue Cross and Blue Shield of Rhode Island | Providence | 401-459-1000 |
| South Carolina | Blue Cross & Blue Shield of South Carolina | Columbia | 803-788-3860 |
| South Dakota | South Dakota Blue Shield | Sioux Falls | 605-336-1976 |
| Tennessee | Blue Cross and Blue Shield of Tennessee<br>Blue Cross and Blue Shield of Memphis | Chattanooga<br><br>Memphis | 615-755-5600<br><br>901-544-2111 |
| Texas | Blue Cross and Blue Shield of Texas, Inc. | Dallas | 214-669-6900 |
| Utah | Blue Cross and Blue Shield of Utah | Salt Lake City | 801-487-6441 |
| Vermont | Blue Cross and Blue Shield of Vermont | Montpelier | 802-223-6131 |
| Virginia | Blue Cross and Blue Shield of Virginia | Richmond | 804-354-7000 |
| Washington | Blue Cross of Washington and Alaska<br>King County Medical Blue Shield<br>Washington Physicians Service<br>Medical Service Corporation of Eastern Washington<br>Pierce County Medical Bureau, Inc. | Seattle<br>Seattle<br>Seattle<br>Spokane<br><br>Tacoma | 206-670-4000<br>206-464-3600<br>206-389-7520<br>509-536-4700<br><br>206-597-6500 |
| West Virginia | Mountain State Blue Cross and Blue Shield | Parkersburg | 304-424-7700 |
| Wisconsin | Blue Cross & Blue Shield United of Wisconsin | Milwaukee | 414-226-6600 |
| Wyoming | Blue Cross and Blue Shield of Wyoming | Cheyenne | 307-634-1393 |
| Associate Member Plan Jamaica | Blue Cross of Jamaica | Kingston, Jamaica | 809-927-9821 |
| Canada | Blue Cross and Blue Shield of Alberta<br>Manitoba, BC<br>Blue Cross of Atlantic Canada<br>Ontario BC<br>Quebec<br>Group Medical Services | Edmonton, Alberta<br>Winnipeg, Manitoba<br>Winnipeg, Manitoba<br>Don Mills, Ontario<br>Montreal, Quebec<br>Regina, Saskatchewan | 403-423-5221<br>204-775-0161<br>506-854-1811<br>416-429-2661<br>514-286-8400<br>306-352-7638 |
| Affiliate Members United Kingdom | British United Provident Assoc. Ltd. | London WC2R 3AX, England | 01-353-9541 |



**Blue Cross Blue Shield** of Florida

Home Office

532 Riverside Avenue

Jacksonville, Florida 32231-0014

### ENDORSEMENT FOR CERTIFIED REGISTERED NURSE ANESTHETIST

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida (herein 'BCBSF') Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by adding the following provisions:

## I. DEFINITIONS

Certified Registered Nurse Anesthetist (herein 'CRNA') - is a licensed nurse who is a certified advanced registered nurse practitioner within the nurse anesthetist category in accordance with Florida law.

## II. PAYMENT FOR COVERED ANESTHESIA SERVICES RENDERED BY A CRNA

BCBSF will provide reimbursement for covered anesthesia services rendered by a CRNA, subject to the limitations and exclusions set forth in the Contract, including but not limited to, the applicable Allowance amount, and the Deductible and Coinsurance responsibilities. BCBSF's payment for covered anesthesia services, if any, will be made directly to the Insured, however, in the event the Insured properly assigned the benefits to the CRNA, BCBSF's payment will be made directly to the CRNA. In those instances where the CRNA is actively directed by a Physician other than the Physician performing the surgical procedure, BCBSF will provide reimbursement for both the CRNA and Physician services at the applicable lower directed services allowance amounts n accordance with BCBSF's payment program then in effect.

BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

*M. Cascone, Jr.*

**M. Cascone, Jr.**
**President**

This Endorsement shall not extend, vary, alter, replace or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of BCBSF as expressed herein.

9131-1090SR

Blue Cross and Blue Shield of Florida, Inc. is an Independent Licensee of the Blue Cross and Blue Shield Association



**BlueCross BlueShield
of Florida**
An Independent Licensee of the
Blue Cross and Blue Shield Association

Home Office
4800 Deerwood Campus Parkway
Jacksonville, Florida 32246

# ENDORSEMENT:   TIME OF PAYMENT OF CLAIMS AND CLAIMS REVIEW

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. Contract including any Endorsements attached thereto. This Endorsement replaces the current *Time of Payment of Claims and Claims Review* subsection of *The Processing of Your Claim* section in its entirety and Endorsement 9401-791SR. The Contract is amended as described below.

## Definitions

The following term, as used in this section, is defined as follows:

**Post-Service Claim** means any paper or electronic request or application for coverage, benefits, or payment for a service actually provided to the Insured (not just proposed or recommended) that is received by us on a properly completed claim form or electronic format acceptable to us in accordance with the provisions of this section.

## The Processing of Post-Service Claims

We will use our best efforts to pay, contest, or deny all Post-Service Claims for which we have all the necessary information, as determined by us. Post-Service Claims will be paid, contested, or denied within the timeframes described below.

- Payment for Post-Service Claims

When payment is due under the terms of the Contract, we will use our best efforts to pay (in whole or in part) for electronically submitted Post-Service Claims within 20 days of receipt. Likewise, we will use our best efforts to pay (in whole or in part) for paper Post-Service Claims within 40 days of receipt. The Insured may receive notice of payment for paper claims within 30 days of receipt. If we are unable to determine whether the claim or a portion of the claim is payable because more or additional information is needed, we may contest the claim within the timeframes set forth below.

- Contested Post-Service Claims

In the event we contest an electronically submitted Post-Service Claim, or a portion of such a claim, we will use our best efforts to provide notice, within 20 days of receipt, that the claim or a portion of the claim is contested. In the event we contest a Post-Service Claim submitted on a paper claim form, or a portion of such a claim, we will use our best efforts to provide notice, within 30 days of receipt, that the claim or a portion of the claim is contested. The notice may identify: 1) the contested portion or portions of the claim; 2) the reason(s) for contesting the claim or a portion of the claim; and 3) the date that we reasonably expect to notify the Insured of the decision. The notice may also indicate whether more or additional information is needed in order to complete processing of the claim. If we request additional information, we must receive it within 45 days of the request for the information. **If we do not receive**

**the requested information, the claim or a portion of the claim will be adjudicated based on the information in our possession at the time and may be denied.** Upon receipt of the requested information, we will use our best efforts to complete the processing of the Post-Service Claim within 15 days of receipt of the information.

- Denial of Post-Service Claims

In the event we deny a Post-Service Claim submitted electronically, we will use our best efforts to provide notice, within 20 days of receipt, that the claim or a portion of the claim is denied. In the event we deny a paper Post-Service Claim, we will use our best efforts to provide notice, within 30 days of receipt, that the claim or a portion of the claim is denied. The notice may identify the denied portion(s) of the claim and the reason(s) for denial. It is the Insured's responsibility to ensure that we receive all information we determine as necessary to adjudicate a Post-Service Claim. **If we do not receive the necessary information, the claim or a portion of the claim may be denied.**

### Additional Processing Information

In any event, we will use our best efforts to pay or deny all: 1) electronic Post-Service Claims within 90 days of receipt of the completed claim; and 2) Post-Service paper claims within 120 days of receipt of the completed claim. Claims processing shall be deemed to have been completed as of the date the notice of the claims decision is deposited in the mail by us or otherwise electronically transmitted. Any claims payment relating to a Post-Service Claim that is not made by us within the applicable time frame is subject to the payment of simple interest at the rate established by the Florida Insurance Code.

We will investigate any allegation of improper billing by a Provider upon receipt of written notification from the Insured. If we determine that the Insured was billed for a service that was not actually performed, any payment amount will be adjusted and, if applicable, a refund will be requested. In such a case, if payment to the Provider is reduced due solely to the notification from the Insured, we will pay the Insured 20 percent of the amount of the reduction, up to a total of $500.

---

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in the provisions contained in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in the Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.**

**Robert I. Lufrano, M.D.**
**President & Chief Operating Officer**



Home Office

532 Riverside Avenue

Jacksonville, Florida 32231-0014

## ENDORSEMENT FOR EXPERIMENTAL & INVESTIGATIONAL DEFINITION

This Endorsement is to be attached to and made a part of your current Blue Cross and blue Shield of Florida (herein "BCBSF") Contract and any Endorsements and Riders attached thereto. The Contract is hereby amended by deleting any prior applicable definitions, in their entirety and replacing them with the following definitions.

Additionally, all prior Contract references to the applicable defined terms will be governed by this revised definition. This includes any and all exclusions, limitations, or other Contract provisions:

### EXPERIMENTAL OR INVESTIGATIONAL

Any evaluation, treatment, therapy, or device which involves the application, administration or use, of procedures, techniques, equipment, supplies, products, remedies, vaccines, biological products, drugs, pharmaceuticals, or chemical compounds if, as determined solely by BCBSF:

- such evaluation, treatment, therapy, or device cannot be lawfully marketed without approval of the United States Food and Drug Administration or the Florida Department of Health and Rehabilitative Services and approval for marketing has not, in fact, been given at the time such is furnished to the Insured;

- reliable evidence shows that such evaluation, treatment, therapy, or device is the subject of an ongoing Phase I, II, or III clinical investigation or under study to determine: maximum tolerated dosage(s), toxicity, safety, efficacy, or efficacy as compared with the standard means for treatment or diagnosis of the Condition in question;

- reliable evidence shows that the consensus of opinion among experts is that further studies, research, or clinical investigations are necessary to determine: maximum tolerated dosage(s), toxicity, safety, efficacy, or efficacy as compared with the standard means for treatment or diagnosis of the Condition in question;

- reliable evidence shows that such evaluation, treatment, therapy, or device has not been proven safe and effective for treatment of the Condition in question, as evidenced in the most recently published medical literature in the United States, Canada or Great Britain, using generally accepted scientific, medical or public health methodologies or statistical practices;

- there is no consensus among practicing Physicians that the treatment, therapy, or device is safe and effective for the Condition in question; OR

- such evaluation, treatment, therapy, or device is not the standard treatment, therapy or device utilized by practicing Physicians in treating other patients with the same or similar Condition.

    "Reliable evidence" shall mean (as determined by BCBSF):

  - reports, articles, or written assessments in authoritative medical and scientific literature published in the United States, Canada, or Great Britain, including any prepared by the Blue Cross and Blue Shield Association;

Blue Cross and Blue Shield of Florida, Inc. Is an Independent Licensee of the Blue Cross and Blue Shield Association

1

- published reports, articles, or other literature of the United States Department of Health and Human Services or the United States Public Health Service, including any of the National Institutes of Health, or the United States Office of Technology Assessment;

- the written protocol or protocols relied upon by the treating physician or institution or the protocols of another physician or institution studying substantially the same evaluation, treatment, therapy or device; or

- the written informed consent used by the treating physician or institution or by another physician or institution studying substantially the same evaluation, treatment, therapy, or device; or

- the records (including any reports) of any institutional review board of any institution which has reviewed the evaluation, treatment, therapy, or device for the Condition in question.

### BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

*M Cascone, Jr*

**M. Cascone, Jr.**

**President**

This Endorsement shall not extend, vary, alter, replace or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of BCBSF as expressed herein.

9653-1091SR



Home Office

532 Riverside Avenue

Jacksonville, Florida 32231-0014

## COST CONTAINMENT PROGRAM ENDORSEMENT

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by replacing any Preadmission Certification Program, Discharge Planning Program and individual Benefit Management Program contained in the Contract and adding the Cost Containment program herein titled Concurrent Review as follows:

### Admission Certification at PPC Hospitals

Admission Certification means certification must be received from BCBSF to receive full Contract benefits for ALL Inpatient Hospital Admissions (i.e., elective, planned, emergency and maternity) to Preferred Patient Care (herein "PPC") Hospitals.

The Admission Certification program requirements for admissions to PPC Hospitals are the PPC Provider's sole responsibility, therefore, the Insured is not responsible for satisfying such requirements or for any potential benefit reductions when the Insured is admitted to a PPC Hospital.

Once BCBSF has received the necessary medical information, BCBSF will review the information and make a certification decision based upon the Admission Certification program's established clinical criteria then in effect.

For Admissions to PPC Hospitals which are not certified, payment to the PPC Hospital will be reduced by the amount specified in that PPC Hospital's contract with BCBSF.

Any and all decisions made by BCBSF in administering this program are made only to determine the appropriateness of care and/or the appropriateness of setting for that care delivered to the Insured for purposes of payment under this Contract. Any and all decisions that pertain to the medical care provided to an Insured, or the setting in which the medical care is provided, are made solely by the Insured and the Insured's health care provider in accordance with the normal patient/health care provider relationship. BCBSF in no way participates in or overrides such medical decisions, but merely determines the level of payment, if any, for the medical care under this Contract.

### Appeals Process

The Insured and the PPC Provider have the right to appeal the Admission Certification decision. Appeal requests must be submitted to BCBSF, in writing, within 90 days of receipt of decision notice. A request for review should include any additional information pertinent to the admission and/or medical services in question. The information should be sent to the following address:

Utilization Management Department
Blue Cross and Blue Shield of Florida, Inc.
P.O. Box 43237
Jacksonville, Florida 32203

Blue Cross and Blue Shield of Florida, Inc. is an Independent Licensee of the Blue Cross and Blue Shield Association

The Utilization Management Department will review the appeal to determine if the admission met the objective criteria. If the criteria were met, the admission will b e certified. If there is no additional information which would allow the admission to be certified, the initial decision will be upheld.

## Concurrent Review

Concurrent Review programs are designed to monitor the appropriateness of continued Inpatient hospitalization. These programs may be administered during any Inpatient admission.

Concurrent Review of an Inpatient admission may be initiated by BCBSF to monitor the appropriateness of continued hospitalization. Using pre-established review criteria, Concurrent Review of the Hospital stay may occur at regular intervals. In those instances where BCBSF administers the program, BCBsf will provide the Insured's Physician with notification when BCBSf's criteria under this program for payment for continued Inpatient care is no longer met. For Hospital days which are not certified, the Insured has two options:

- The Insured may continue with the Hospital stay, however, payment will be denied for those days determined by BCBSF not to be Medically Necessary; or

- The Insured may elect Outpatient treatment, in which case, Contract benefits for Medically Necessary Outpatient care will be provided.

The process to appeal a Concurrent Review decision is the same as the Appeal Process for Admission Certification.

## Discharge Planning

Discharge Planning is a program which identifies an Insured's potential need for health care treatment following hospitalization. BCBSF will use established criteria to identify potential need for services or supplies following discharge from the Hospital. When potential discharge planning services or supplies are identified, BCBSF will contact the Insured, the Physician and the Hospital.

BCBSF will also assist in the discharge planning process by helping to identify, for the Insured's Physician and Hospital alternative services available within the Insured's community which provide health care services or supplies following hospitalization. Additionally, if the Insured's Physician or Hospital has questions regarding overall benefit coverage for services after discharge, BCBSF will provide this information.

## Individual Benefits Management Program

The Individual Benefits Management program (also termed Case Management) is a voluntary service which emphasizes individual case attention. It is designed to review Hospital admissions with particular emphasis on catastrophic or chronic illness and/or injuries. This review process helps to determine if an alternative setting for recovery may be appropriate or if coordination of services could avert future Medically Necessary admissions.

BCBSF may elect to offer alternative benefits through its voluntary Individual Benefits Management program for cost-effective services and supplies not otherwise specified as covered under this Contract. Alternative benefits may be made available on a case-by-case basis to individual Insured. All eligibility decisions will be made solely by BCBSF. Such alternative benefits, if offered, will be offered in accordance with an alternative treatment plan with which the Insured, or the Insured's representative, and the Insured's Physician concur in writing.

Offering to provide or the providing of alternative benefits in one instance shall not obligate BCBSF to provide the same or similar benefits to the Insured, or to any other Insured, in another instance. Nothing herein shall be deemed a waiver of BCBSF's right to enforce this Contract in strict accordance with its express terms and conditions, and all provisions in this Contact, except those specifically changed under the is program, continue to apply.

**NOTE:** Notwithstanding the cost containment programs described herein, BCBSF reserves the right to deny claims for services and supplies at any time during the claims review process. BCBSF in no way waives its right to enforce the terms of the contract (e.g., the exclusions) by administering these programs. For example, if an admission is certified under the Admission Certification program, BCBSF will deny claims for non-medically necessary services or supplies rendered during that admission.

### BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

*M. Cascone, Jr.*

**M. Cascone, Jr.**

**President**

This Endorsement shall not extend, vary, alter, replace or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida as expressed herein.

9648-1091SR (PPC-DIRECT)

2. Second, benefits, of a plan of an active worker covering persons as a dependent.

3. Third, Medicare benefits.

B. Except as stated in paragraph (C), when two or more policies, plans, or programs cover the same child as a dependent of different parents:

1. The benefits of the policy, plan, or program of the parent whose birthday, excluding the year of birth, falls earlier in a year are determined before those of the policy, plan, or program of the parent whose birthday, excluding year of birth, falls later in the year; but

2. If both parents have the same birthday, the benefits of the policy, plan, or program which covered the parent for a longer period of time are determined before those of the policy, plan, or program which covered the parent for a shorter period of time.

However, if a policy, plan, or program subject to the rule based on the birthday of the parents as stated above coordinates with an out-of-state policy, plan, or program which contains provisions under which the benefit of a policy, plan, or program covers a person as a dependent of a male are determined before those of a policy, plan or program which covers the person as a dependent of a female and if, as a result, the policies, plans, or programs do not agree on the order of benefits, the provisions of the other policy, plan, or program shall determine the order of benefits.

C. If two or more policies, plans, or programs cover a dependent child of divorced or separated parents, benefits for the child are determined in this order:

1. First, the policy, plan, or program of the parent with custody of the child;

2. Second, the policy, plan, or program of the spouse of the parent with custody of the child; and

3. Third, the policy, plan, or program of the parent not having custody of the child.

However, if the specific terms of a court decree state that one of the parents is responsible for the health care expenses of the child, and if the entity obliged to pay or provide the benefits of the policy, plan, or program of that parent has actual knowledge of those terms, the benefits of that policy, plan, or program are determined first. This does not apply with respect to any claim determination period or plan, policy, or program year during which any benefits are actually paid or provided before that entity has the actual knowledge.

D. The benefits of a policy, plan, or program which covers a person as an employee who is neither laid off nor retired, or as that employee's dependent, are determined before those of a policy, plan, or program which covers that person as a laid off or retired employee or as that employee's dependent. If the other policy, plan, or program is not subject to this rule, and if, as a result, the policies, plans, or programs do not agree on the order of benefits, this paragraph shall not apply.

E. If none of the rules in paragraph A., paragraph B., paragraph C., or paragraph D., determine the order of benefits, the benefits of the policy, plan, or program which covered an employee, member, or insured for a longer period of time are determined before those of the policy, plan, or program which covered that person for the shorter period of time.

If an individual is covered under a COBRA continuation plan as a result of the purchase of coverage as provided under the Consolidation Omnibus Budget Reconciliation Act of 1985 as amended, and also under another group plan, the following order of benefits applies:

1. First, the plan covering the person as an employee, or as the employee's dependent.

2. Second, the coverage purchased under the Plan covering the person as a former employee, or as the former employee's dependent provided according to the provisions of COBRA.

Coordination of benefits shall not be permitted against an indemnity-type policy, an excess insurance policy as defined in Florida Statutes Section 627.635, a policy with coverage limited to specified illnesses or accidents, or a Medicare supplement policy.

### BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

*M. Cascone, Jr.*

**M. Cascone, Jr.**
**President**

This Endorsement shall not extend, vary, alter, replace or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of BCBSF as expressed herein.



**Blue Cross
Blue Shield**
of Florida

Home Office
532 Riverside Avenue
Jacksonville, Florida 32331-0014

## ENDORSEMENT FOR SERVICE MARK USE

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by adding the following provision:

The Contract Holder hereby expressly acknowledges its understanding that the Contract constitutes a Contract solely between the Contract Holder and BCBSF, that BCBSF is an independent corporation operating under a license with the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans, (the "Association") permitting BCBSF to use the Blue Cross and Blue Shield Service Mark in the State of Florida and that BCBSF is not contracting as the agent of the Association. The Contract Holder further acknowledges and agrees that it has not entered into the Contract based upon representations by any person other than BCBSF and that no person, entity, or organization other than BCBSF shall be held accountable or liable to the Contract Holder for any of BCBSF's obligations to the Contract Holder created under the Contract. This paragraph shall not create any additional obligations whatsoever on the part of BCBSF other than those obligations created under other provisions of the Contract.

## BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

*M. Cascone, Jr.*

**M. Cascone, Jr.**

**President**

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida as expressed herein.

10473-793SR (DIR END)

Blue Cross and Blue Shield of Florida, Inc. is an Independent Licensee of the Blue Cross and Blue Shield Association



Blue Cross
Blue Shield
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office
532 Riverside Avenue
Jacksonville, Florida 32231-0014**

## ENDORSEMENT

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by amending or revising any applicable provisions:

**Mammogram
Screening Services**

The following mammogram screening services are covered services when furnished to an Insured and will not be subject to the Calendar Year Deductible and Coinsurance requirements of the Contract:

1. A baseline mammogram for any woman who is 35 years of age or older, but younger than 40 years of age;

2. A mammogram every two years for any woman who is 40 years of age or older, but younger than 50 years of age, or more frequently based upon a Physician's recommendation;

3. A mammogram every year for any woman who is 50 years of age or older; or

4. One or more mammograms a year, based upon a Physician's recommendation, for any woman who is at risk for breast cancer because of a personal or family history of breast cancer, because of having a history of biopsy-proven benign breast disease, because of having a mother, sister, or daughter who has had breast cancer, or because a woman has not given birth before age 30.

Except for mammograms done more frequently than every two years for women 40 years of age or older, but younger than 50 years of age, benefits are payable when, with or without a prescription from a Physician, the Insured obtains a mammogram in a medical office, medical treatment facility or through a health testing service that uses radiological equipment registered with the Department of Health and Rehabilitative Services for breast-cancer screening.

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

## BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

**M. Cascone, Jr.**
**President**



**Blue Cross Blue Shield**
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office
532 Riverside Avenue
Jacksonville, Florida 32231-0014**

## ENDORSEMENT

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by amending or revising any applicable provisions:

**Prescription and
Non-Prescription
Enteral Formulas**

The Contract is amended by adding the following provision for the coverage of prescription and non-prescription enteral formulas for home use:

Prescription and non-Prescription enteral formulas for home use which are prescribed by a Physician as Medically Necessary for the expenses to treat inherited diseases of amino acid, organic acid, carbohydrate or fat metabolism as well as malabsorption originating from congenital defects present at birth or acquired during the neonatal period. Coverage for expenses to treat inherited diseases of amino acid and organic acids shall include food products modified to be low protein, in an amount not to exceed $2,500 annually for any Insured, through the age of 24. This section applies to any Insured notwithstanding the existence of any Pre-existing Condition.

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

### BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

*M. Cascone, Jr.*

**M. Cascone, Jr.**

**President**

15064 - 1195SR (Group/Direct END)



**Blue Cross Blue Shield**
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office
532 Riverside Avenue
Jacksonville, Florida 32231-0014**

# ENDORSEMENT

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by adding or revising any applicable provisions as follows:

| | |
|---|---|
| **Transplant Services And Supplies** | Expenses for the transplants listed below, if coverage has been predetermined by BCBSF and if performed at a facility acceptable to BCBSF, subject to the conditions and limitations described below. |

Transplant includes pre-transplant, transplant and post-discharge services, and treatment of complications after transplantation. BCBSF will pay benefits only for services, care and treatment received or in connection with a:

1. Bone Marrow Transplant, as defined herein, which is specifically listed in Chapter 10D-127.001 of the *Florida Administrative Code* or covered by Medicare as described in the most recently published *Medicare Coverage Issues Manual* issued by the Health Care Financing Administration;

2. corneal transplant;

3. heart transplant;

4. heart-lung combination transplant;

5. liver transplant;

6. kidney transplant;

7. pancreas transplant performed simultaneously with a kidney transplant; and

8. lung-whole single or whole bilateral transplant.

In order to ensure that a proposed transplant is covered, the Insured or the Insured's physician should notify BCBSF in advance of the Insured's initial evaluation for the procedure. Corneal transplants do not require prior benefit determination.

BCBSF's Medical Affairs Department will make a prior benefit determination concerning the proposed transplant, however, BCBSF must be given the opportunity to evaluate the clinical results of the Insured's initial evaluation for the transplant as well as any applicable protocols. If BCBSF is not given an opportunity to make the prior benefit determination, the transplant may be subject

to a reduction in payment in accordance with the rules set forth in the Admission Certification section, if applicable. Once coverage for the transplant is predetermined, BCBSF's Medical Affairs Department will advise the Insured or the Insured's Physician of the coverage decision.

For covered transplants, and all related complications, BCBSF will cover:

1. Hospital expenses and Physician's expenses provided that such services will be paid in accordance with the same terms and conditions for care and treatment of any other covered Condition.

2. Organ acquisition and donor costs. Donor costs are not payable if they are covered in whole or in part by any other insurance carrier, organization or person other than the donor's family or estate.

No benefit is payable for or in connection with a transplant if:

1. The transplant is excluded.

2. The expense relates to the transplantation of any non-human organ or tissue.

3. The expense relates to the donation or acquisition of an organ or tissue to a recipient who is not covered by BCBSF.

The following services/supplies/expenses are also not covered:

Artificial heart devices used as a bridge to transplant.

Insureds may call the Customer Service Assistance toll free number indicated on their identification card in order to determine which Bone Marrow Transplants are covered under this Endorsement.

---

**EXCLUSIONS**

The exclusions section is amended by adding the following language:

- Transplant -- Any services or supplies in connection with any transplant, other than those transplants listed herein are excluded. This exclusion applies to:

  a. Any service or supply in connection with the implant of an artificial organ, including the implant of the artificial organ;

  b. Any organ, tissue, marrow or stem cells which is sold rather than donated to the Insured;

  c. Any Bone Marrow Transplant, as defined herein, which is not specifically listed in Chapter 10D-127.001 of the *Florida Administrative Code*, or covered by Medicare pursuant to a national coverage decision made by the Health Care Financing Administration as evidenced in the most recently published *Medicare Coverage Issues Manual*;

  d. Any service or supply in connection with identification of a donor from a local, state or national listing;

e.  Transportation costs for the Insured to and from the approved facility; and

f.  Direct, non-medical costs for immediate family for (a) transportation to and from the approved facility; and (b) temporary lodging.

---

**DEFINITIONS**

The following definition is added to the Contract:

Bone Marrow Transplant Means

Human blood precursor cells administered to a patient to restore normal hematological and immunological functions. Human blood precursor cells may be obtained from the patient in an autologous transplant or an allogeneic transplant from a medically acceptable related or unrelated donor, and may be derived from bone marrow, the circulating blood, or a combination of bone marrow and circulating blood. If chemotherapy is an integral part of the treatment involving Bone Marrow Transplantation, the term "Bone Marrow Transplant" includes both the transplantation, the administration of chemotherapy and the chemotherapy drugs. The term Bone Marrow Transplant also includes any services or supplies relating to any treatment or therapy involving the use of high dose or intensive dose chemotherapy and human blood precursor cells and includes any and all Hospital, Physician or other health care provider services or supplies which are rendered in order to treat the effects of, or complications arising from, the use of high dose, intensive dose, or standard dose chemotherapy or human blood precursor cells (e.g., hospital room and board and ancillary services).

---

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.**

*M Cascone, Jr.*

**M. Cascone, Jr.**
**President**



**Blue Cross
Blue Shield**
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office
532 Riverside Avenue
Jacksonville, Florida 32231-0014**

# ENDORSEMENT

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by adding or revising any applicable provisions:

| | |
|---|---|
| **DEFINITIONS** | <u>Registered Nurse First Assistant (RNFA)</u><br><br>A person properly licensed to perform surgical first assisting services pursuant to Chapter 464 of the Florida Statutes. |
| **Registered Nurse First Assistant** | Surgical services rendered by a Registered Nurse First Assistant (herein RNFA) when acting as a Surgical Assistant when the assistance is Medically Necessary, may be covered services, subject to the applicable Allowed Amount. BCBSF's reimbursement level for surgical assistance performed by an RNFA is 20% of the Physician's surgical allowance. BCBSF's reimbursement for these covered services if any, will be made directly to the Insured. However, in the event the Insured properly assigned the benefits to the RNFA, BCBSF's payment will be made directly to the RNFA. |

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

## BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

*M. Cascone, Jr.*

**M. Cascone, Jr.**

**President**

15060 - 1195SR (Group/Direct END)



**Blue Cross
Blue Shield**
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office
532 Riverside Avenue
Jacksonville, Florida 32231-0014**

## ENDORSEMENT: Drugs and Treatment of Cancer

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by revising the following provisions:

**DEFINITIONS**

The Definitions Section of the Contract is amended by adding the following terms:

Medical Literature

Scientific studies published in a United States peer-reviewed national professional journal.

Standard Reference Compendium

(1) The United States Pharmacopeia Drug Information; (2) The American Medical Association Drug Evaluations; (3) The American Hospital Formulary Service Drug Information.

**LIMITATIONS &
EXCLUSIONS**

The Exclusions section is amended as follows:

Drugs prescribed for uses other than the United States Food and Drug Administration (FDA) approved label indications. This exclusion does not apply to any drug prescribed for the treatment of cancer that has been approved by the FDA for at least one indication, provided the drug is recognized for treatment of cancer in a Standard Reference Compendium or recommended for such treatment in Medical Literature. Drugs prescribed for the treatment of cancer that have not been approved for any indication are excluded.

15052 - 1195SR (Group/Direct END)

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

## BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

**M. Cascone, Jr.**
**President**



**Blue Cross**
**Blue Shield**
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office**
**532 Riverside Avenue**
**Jacksonville, Florida 32231-0014**

## ENDORSEMENT

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by adding the following appeal provision for claims denied as not Medically Necessary:

**Appeal of Claims**
**Denied as Not**
**Medically Necessary**

Each Insured, or a Provider acting on behalf of an Insured, who has had a claim denied as not Medically Necessary has the opportunity to appeal the claim denial. The appeal may be directed to an employee of BCBSF who is a licensed Physician responsible for Medical Necessity reviews. The appeal may be by telephone and BCBSF's Physician will respond to the Insured within a reasonable time, not to exceed 15 business days.

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

### BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

**M. Cascone, Jr.**
**President**

15587 - 297SR (Group 51 + /Direct)



of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office
532 Riverside Avenue
Jacksonville, Florida 32231-0014**

## ENDORSEMENT

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by adding the following provision:

**Osteoporosis
Screening**

Health care services and supplies for the diagnosis and treatment of osteoporosis provided to an Insured who is at high risk for osteoporosis are Covered Services. Individuals who are at high risk include but are not limited to:

1. estrogen-deficient individuals who are at clinical risk for osteoporosis;

2. individuals who have vertebral abnormalities;

3. individuals who are receiving long-term glucocorticoid (steroid) therapy;

4. individuals who have primary hyperparathyroidism; and

5. individuals who have a family history of osteoporosis.

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

### BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

*M. Cascone, Jr.*

**M. Cascone, Jr.**

**President**

15588 - 297SR (Group 51 + /Direct)



Blue Cross
Blue Shield
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office**
**532 Riverside Avenue**
**Jacksonville, Florida 32231-0014**

## ENDORSEMENT

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by adding the following Dental care exclusion to the Exclusions section and by adding the following provisions as benefits to the Physician Care Sub-section of the Covered Services Section as follows:

**Exclusions**

**Dental care** or treatment of the teeth, their supporting structures, gums, or dental procedures, including but not limited to: extraction of teeth; restoration of teeth with fillings; crowns or other materials; bridges, cleaning of teeth; dental implants, dentures, periodontal or endodontic procedures; orthodontic treatment, intraoral prosthetic devices; palatal expansion devices; bruxism appliances, dental x-rays, oral surgery for cosmetic purposes; oral surgery, except as covered under the Accident Dental Care and Physician Care Sub-sections, if applicable.

**Physician Care**

The following health care services and supplies may be Covered Services when furnished to an Insured by a Physician:

- surgical procedures including oral surgical procedures for excisions of tumors, cysts, abscesses, and lesions of the mouth;

- surgical procedures involving bones or joints of the jaw and facial region if, under accepted medical standards, such surgery is Medically Necessary to treat Conditions caused by congenital or developmental deformity, disease, or injury; and

- diagnostic services involving bones or joints of the jaw and facial region if, under accepted medical standards, such diagnostic services are Medically Necessary to treat Conditions caused by congenital or developmental deformity, disease, or injury may be Covered Services.

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

### BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

*M Cascone, Jr*

**M. Cascone, Jr.**

**President**

15592 - 197SR (Group 51 + /Direct)



**Blue Cross
Blue Shield**
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office
532 Riverside Avenue
Jacksonville, Florida 32231-0014**

# ENDORSEMENT

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by replacing any Pre-existing Condition Limitations and/or definition contained in the Contract as follows:

**DEFINITIONS**

Pre-Existing Condition

Any Condition:

- which manifests itself in such a manner as would cause an ordinarily prudent person to seek medical advice, diagnosis, care or treatment; or

- for which medical advice, diagnosis, care, or treatment was recommended or received, including without limitation: consultations, examinations, testing, or the prescribing of drugs

during the 24 month period immediately preceding the Effective Date of the Insured's coverage under this Contract.

Similar Coverage

A plan that contains a hospital, medical and surgical expense component. The plan must equal or exceed the benefits or actuarial value of the new coverage. This may include major medical coverage, medical/hospital/surgical expense coverage, Medicare, Medicaid, and Champus.

**PRE-EXISTING
CONDITIONS
LIMITATIONS**

There is no coverage under this Contract for services, supplies, or treatment of a Pre-existing Condition or Conditions arising from a Pre-existing Condition until the Insured has been continuously covered under this Contract for a 24 month period. Credit for continuous coverage begins on that Insured's Effective Date of coverage under this Contract. This limitation also applies to any Prescription Drug that is prescribed in connection with a Pre-existing Condition.

Any Dependent enrolled after the Effective Date of this Contract will be subject to this Pre-existing Condition limitation. EXCEPTION: Newborn or Adopted Dependents who are enrolled in accordance with this Contract will not be subject to this Pre-Existing Condition limitation.

However, credit toward the Pre-Existing waiting period will be given for the time an eligible Insured or Dependent was covered under Similar Coverage if:

- the coverage was similar to or exceeded the coverage provided under this Contract; and

- if the coverage was continuous to a date not more than 62 days prior to the Insured's Effective Date of coverage under this Contract.

15590 - 297SR (Direct)

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.**

**M. Cascone, Jr.**

**President**



**Blue Cross**
**Blue Shield**
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office**
**532 Riverside Avenue**
**Jacksonville, Florida 32231-0014**

# ENDORSEMENT

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by amending or revising the following provision:

**RENEWABILITY OF COVERAGE**

This Contract is renewable at the option of the Contract holder except that BCBSF may terminate or not renew this Contract for any of the following reasons:

- non-payment of required premiums;
- fraud or misrepresentation of the Contract holder;
- non-compliance with required Contract provisions;
- non-renewal by the Insurer upon 90 days' written notice with respect to all Contract holders in the state; or
- the Department of Insurance determines that continuation of coverage is not in the best interest of the Contract holder or will impair BCBSF's ability to meet its contractual obligations. In such instances, the Contract holder may seek assistance from the Department of Insurance in finding replacement coverage.

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

### BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

*M Cascone Jr*

**M. Cascone, Jr.**

**President**

15586 - 297SR (Direct)



**Blue Cross
Blue Shield**
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office
532 Riverside Avenue
Jacksonville, Florida 32231-0014**

# ENDORSEMENT

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended as follows:

The Contract is hereby amended by adding the following additional types of health care Providers defined below as eligible to participate in BCBSF's Preferred Patient Care (herein "PPC") network. BCBSF's payment program for Covered Services varies depending on the health care Provider that the Insured selects to provide the service or supply, as set forth in the Contract and as amended below. This Endorsement only amends such level of payment for Covered Services depending on which specific health care Provider is so selected. It does not modify coverage, if any, for such services, and the specific service from any such Provider may not be a Covered Service under the Contract. The level of benefits BCBSF provides for Covered Services is set forth in the Contract's Schedule of Benefits.

**Health Care Providers**

The following health care Providers are hereby added to the Definitions/Terms Section of the Contract.

Durable Medical Equipment Provider

A person or entity that is properly licensed, if applicable, under Florida law to provide home medical equipment, oxygen therapy services, or dialysis supplies in the patient's home under a Physician's prescription which may be all or in part Covered Services if specifically so covered in the Contract.

Home Health Agency

A properly licensed agency or organization which provides health services in the home pursuant to Chapter 400 of the Florida Statutes, or other states' applicable laws, which may be all or in part Covered Services if specifically so covered in the Contract.

Mental Health Provider

A person or entity properly licensed to treat mental health problems under Florida Statutes Chapter 491 (e.g., clinical social worker, mental health counselor, or marriage and family therapist) who may provide services which may be all or in part Covered Services if specifically so covered in the Contract. A Mental Health Provider does not include members of any religious denomination who provide counseling services.

Physical Therapy Provider

A person or entity properly licensed under Florida Statutes Chapter 486 to practice physical therapy which may be all or in part Covered Services if specifically so covered in the Contract.

Prosthetist/Orthotist

A person or entity that is properly licensed, if applicable, under Florida law to provide services consisting of the design and fabrication of medical devices such as braces, splints, and artificial limbs under a physician's prescription which may be all or in part Covered Services if specifically so covered in the Contract.

**Eligible PPC Providers**

Eligible PPC Provider(s) are those health care Providers that have entered into an agreement with BCBSF to participate in BCBSF's PPC Provider network and were participating in the network at the time the service or supply was provided. Eligible PPC Providers will file claims with BCBSF on behalf of the Insured. **BCBSF's payment for Covered Services rendered by an Eligible PPC Provider, if any, will always be made directly to the Eligible PPC Provider.**

BCBSF's payment for Covered Services rendered by an Eligible PPC Provider will be at the higher Coinsurance percentage of the PPC Schedule Amount, as set forth in the Schedule of Benefits. Eligible PPC Providers have agreed to accept the PPC Schedule Amount as payment in full for Covered Services. The Insured's financial responsibility does not include payment of charges in excess of the PPC Schedule Amount. The Insured's financial responsibility includes:

1. the Deductible and Coinsurance amounts;

2. the payment of charges for non-Covered Services;

3. the payment of charges in excess of any maximum benefit limitations; and

4. payment of any benefit reduction.

The Insured's Coinsurance responsibility for Covered Services rendered by an Eligible PPC Provider will be based upon the PPC Schedule Amount or the Provider's charge, whichever is lower.

A list of the types of Providers that are currently eligible to participate in BCBSF's PPC Provider network is attached (Attachment A). To determine if a particular health care Provider entered into an agreement with BCBSF to participate in BCBSF's PPC Provider network, review the most recent PPC Provider Directory. It is the Insured's responsibility, however, to verify that a health care Provider is an Eligible PPC Provider at the time the service or supply is rendered. To verify a Provider's participation status, the Insured may contact the local BCBSF office or the Provider's office.

**Eligible Non-PPC Providers**

Eligible Non-PPC Providers are those health care Providers that are in the categories listed in Attachment A but have not entered into an agreement with BCBSF to participate in the PPC Provider network or were not participating in the network at the time the service or supply was provided. BCBSF's payment for Covered Services rendered by an Eligible Non-PPC Provider, if any, will be at the lower Coinsurance percentage of the PPC Schedule Amount, as set forth in the Schedule of Benefits.

The Insured is responsible for filing claims for services and supplies rendered by Eligible Non-PPC Providers. BCBSF's payment, if any, for Covered Services rendered by an Eligible Non-PPC Provider will always be made directly to the Insured. **BCBSF will not honor any assignment to an Eligible Non-PPC Provider, including, without limitation, any of the following assignments: an assignment of the benefits due under this Contract; an assignment of the right to receive payments due under this Contract; or an assignment of a claim for damages resulting from a breach, or an alleged breach, of this Contract.**

Eligible Non-PPC Providers have not agreed to accept BCBSF's PPC Schedule Amount as payment in full for Covered Services. The Insured is responsible for:

1.  the difference between BCBSF's PPC Schedule Amount and the Eligible Non-PPC Provider's charge, if any;

2.  the Deductible and Coinsurance amounts;

3.  the payment of charges for non-Covered Services;

4.  the payment of charges in excess of any maximum benefit limitations; and

5.  payment of any benefit reduction.

The Insured's Coinsurance responsibility for Covered Services rendered by an Eligible Non-PPC Provider will be based upon the PPC Schedule Amount or the Provider's charge, whichever is lower.

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

## BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

**M. Cascone, Jr.**
**President**

# ATTACHMENT A
## ELIGIBLE PPC PROVIDERS

**The following categories of Providers are eligible to participate in BCBSF's PPC Network:**

- Acute Care General Hospitals/Osteopathic Hospitals
- Dialysis Centers
- Doctors of Medicine (M.D.)
- Doctors of Osteopathy (D.O.)
- Doctors of Chiropractic (D.C.)
- Doctors of Optometry (O.D.)
- Durable Medical Equipment Providers
- Doctors of Podiatric Medicine (D.P.M.)
- Doctors of Dental Surgery (D.D.S.)
- Doctors of Dental Medicine (D.M.D.)
- Doctors of Dental Science (D.D.S.)
- Home Health Agencies
- Independent Clinical Laboratories
- Mental Health Providers
- Physical Therapy Providers
- Prosthetists/Orthotists
- Psychiatric Facilities
- Psychologists
- Substance Abuse Facilities
- Ambulatory Surgical Centers

# Preferred Patient Care - Mental Health Providers

| County | Name | City | County | Name | City |
|---|---|---|---|---|---|
| Alachua | Barbara S. Alterman | Gainesville | Dade | Alicia M. Rodriguez | Miami |
| | Arlend Bargad | Gainesville | | Joseph L. Romance | Miami |
| | Joanne L. Block | Gainesville | | Deborah Saland | North Miami Beach |
| | Linda M. Callahan | Gainesville | | Julie A. Steeno | South Miami |
| | Lewis A. Fabrick | Gainesville | Duval | Janette E. Edwards | Jacksonville |
| | John P. Frazier | Gainesville | Hernando | Nancy Makar Hamrick | Spring Hill |
| | Beth C. Shubert | Gainesville | Hillsborough | Penny C. Mcewen | Tampa |
| Bay | Gloria S. Tipton | Panama City | Indian River | Nancy H. Pegg | Vero Beach |
| Brevard | Sara L. Billings | Melbourne | Jackson | Nancy Moreira Johnson | Marianna |
| | Diane M. Digeronimo | Indian Harbour Bch | Lake | Grace A. Young | Leesburg |
| Broward | Mitchell Blum | Pembroke Pines | Leon | Sheli Bernstein Goff | Tallahassee |
| | Irene M. Greene | Plantation | Manatee | Christopher Debellevue | Bradenton |
| | Alan Kirk | Pembroke Pines | | Shirlee Mullinix | Bradenton |
| | Ron Mercer | Coral Springs | Marion | Steven G. Curry | Ocala |
| | John P. Molinari | Lauderhill | | Martin R. Goldinher | Ocala |
| | Lewis D. Moore | Davie | | Maria L. Horan | Ocala |
| | Janet A. Morgentaler | Hollywood | | Chalie Noris Moon | Ocala |
| | Susan Schwartz-Mercer | Coral Springs | | Nancy R. Moon | Ocala |
| | Lynn R. Spinner | Ft. Lauderdale | Okaloosa | Marianne Mcauliffe | Ft Walton Beach |
| | Vincent Strumolo | Ft. Lauderdale | Orange | Eileen Lowe | Orlando |
| | Robin Weinberger | Ft. Lauderdale | Palm Beach | James Hibel | Palm Bch Gardens |
| Charlotte | Jay Glenn | Punta Gorda | | Linda Bullen | West Palm Bch |
| | Nancy L. Williams | Punta Gorda | | Ellen B. Flaum | Lk Clarke Shrs |
| Citrus | Virginia A. Sartini | Beverly Hills | | Beth A. Krakower | Boca Raton |
| Clay | Thomas P. Diloreto | Orange Park | | Nancy K. Persenaire | West Palm Beach |
| Collier | Geraldine H. Megee | Naples | | Keith A. Platt | West Palm Beach |
| Dade | Beatriz T. Casal | Miami | Pinellas | Terri Pendleton | Spring Hill |
| | Debbie S. Frank | Coral Gables | | Joan Van Wingerden | Clearwater |
| | Roberta Gallagher | Coral Gables | Polk | Ellen J. Sullivan | Lakeland |
| | Manuel R. Gomez | South Miami | Santa Rosa | Mary N. Hall | Milton |
| | Jose M. Goyos | Miami | Sarasota | Timothy W. Hallinan | Sarasota |
| | Gerald A. Kurtz | Hialeah | | Lisa Herbert Mckean | Sarasota |
| | Jeanne Lessner | Coral Gables | | Roger D. Rowe | Sarasota |
| | Walt B. Liebman | South Miami | | Jerold M. Stone | Sarasota |
| | Conchita S. Lundblad | Miami | | Paul White | Sarasota |
| | Patrick M. Mccaghren | N Miami Beach | Seminole | Howard M. Sherman | Lake Mary |
| | Gillette D. Piper | Miami | St. Lucie | Marylou Hughes | Ft. Pierce |
| | Cynthia S. Rhodes | South Miami | Volusia | Debra B. Brandt | Ormond Beach |
| | Ellen B. Rock | Miami | | Norman E. Hoffman | Ormond Beach |

# Preferred Patient Care - Prosthetics/Orthotics Providers

| County | Name | County | Name |
|---|---|---|---|
| Bay | United Hlth Care Svcs | Manatee | Orth. Pros. Center |
| Brevard | Norpro Orth/Pros | Marion | Ocala Artif Limb/Brace |
| Dade | Fenton Brace & Limb | Martin | Norpro Orth/Pros |
| | Reid Pros Svcs | Monroe | W. R. Rosen COC/Ped |
| Escambia | Amer. Home Pt. Ctrs. | Orange | Amput/Brc Ctr of Orl |
| Hillsborough | Westcoast Brace/Limb | Palm Beach | Norpro Orth/Pros |
| Indian River | Norpro Orth/Pros | | Orth/Pros Rehab. Tech. |
| | Treas. Coast Pros/Orth | Pinellas | Knee Brace Inc. |
| Leon | Rehab. Engineering | | St. Pete. Limb/Brace |
| | Treas. Coast Pros/Orth | | |

# Preferred Patient Care - Physical Therapy Providers

| County | Name | City | County | Name | City |
|---|---|---|---|---|---|
| Alachua | Herbert Anding | Gainesville | Alachua | John Hargan | Gainesville |
| | Mark Bishop | Gainesville | | Laura Hodges | Melrose |
| | Stephen R. Darcy | Gainesville | | Jeanette Hrubes | Gainesville |
| | Ludo De Wolf | Gainesville | | Martin Huegel | Gainesville |
| | Anita Fisher | Gainesville | | Allison Jordan | Gainesville |
| | Charlene M. Frazer | Gainesville | | Douglas Kaufman | Gainesville |
| | Jeffery Gilliam | Gainesville | | Lori Libert | Gainesville |

# Preferred Patient Care - Physical Therapy Providers

| County | Name | City | County | Name | City |
|---|---|---|---|---|---|
| Alachua | Nicholas Machupa | Gainesville | Duval | Stephanie Ambridge | Jacksonville |
| | Christine Martin | Gainesville | | Ronald Berger | Jacksonville |
| | Genne McDonald | Gainesville | | Kerrilyn Borys | Jacksonville |
| | Nancy McPeek | Gainesville | | Lynette Dery | Jacksonville |
| | James Moses | Gainesville | | Karen Fouche | Jacksonville |
| | Beth Mundy | Gainesville | | Stephanie Guie | Jacksonville |
| | David Ochs | Gainesville | | James Harison | Jacksonville |
| | Susan Pundt | Gainesville | | Theresa Helwig | Jacksonville |
| | Michael Shank | Gainesville | | Suzanne Inman | Jacksonville |
| | Virgie Shirah | Gainesville | | Kristen Katner | Jacksonville |
| | Charles Wabbersen | Gainesville | | Byron Lee | Jacksonville |
| | Belinda Wum | Gainesville | | Elizabeth Lee | Jacksonville |
| Bay | Andrew Bedard | Panama City | | Brian Long | Jacksonville |
| | Lori Bedard | Panama City | | Dianne Maaske | Jacksonville |
| | Michael T. Doyle | Panama City | | James Marion | Jacksonville |
| Brevard | David Bailey | Melbourne | | Michele Mesiano | Jacksonville |
| | Brian Balgo | Melbourne | | Jeanette Micelotta | Jacksonville |
| | Julie Black | Titusville | | Cathy Mulcahy | Jacksonville |
| | Michelle Capalbo | Merritt Island | | Cynthia Neville | Jacksonville |
| | Warren Chinyanganya | Melbourne | | Barnes Sales | Jacksonville |
| | Anthony Devinney | Merritt Island | | David Shelton | Jacksonville |
| | Doris Gonzalez | Melbourne | | Doug Steele | Jacksonville |
| | Monica James | Merritt Island | | Donald Teahan | Jacksonville |
| | Donna Jenkins | Melbourne | | Raymond Vickerman | Jacksonville |
| | Marc Ledene | Tallahassee | | Richard Young | Jacksonville |
| | Catherine Loe | Melbourne | Escambia | William Melendez | Pensacola |
| | Trey McAdams | Tallahassee | | William Moore | Pensacola |
| | Forest McDowell | Melbourne | | Robyn Varner | Pensacola |
| | William A. Merrick | Melbourne | | Derek D. Vernier | Pensacola |
| | William Montes | Merritt Island | | Kendra Watkins | Pensacola |
| | Debra Moore | Melbourne | | Louie Watkins | Pensacola |
| | Jan Saige | Melbourne | Hernando | Kathleen Rice | Brooksville |
| Broward | Susan Bautista | Palm Bch Gdns | Highlands | Robert Biernot | Sebring |
| | Joy Best | Palm Bch Gdns | Hillsborough | Javier Alvarado | Tampa |
| | Thomas Cronan | Hallandale | | Kathi Black | Brandon |
| | Suzanne Davis | Plantation | | Linda Carlson | Brandon |
| | Peter D. Davis | Sunrise | | John Hisamoto | Tampa |
| | David Esack | Pemb. Pines | | Cindy Lano | Brandon |
| | William Hartt | Ft Lauderdale | | Tracy Mooney | Tampa |
| | Yolanda Helfrich | Sunrise | | Joseph Noel | Tampa |
| | Cynthia Henley | Hallandale | | Thomas Oxley | Tampa |
| | Linda Kornett | Ft Lauderdale | | Jonathan Paryz | Tampa |
| | Deborah Laux | Sunrise | | Janiesse Rivera | Brandon |
| | Lori Richardson | Ft Lauderdale | | Wendy Crippen-Baker | Brandon |
| Citrus | Fred Shirley | Inverness | Indian River | John Cusson | Sebastian |
| | Kevin VanWart | Inverness | | Richard Donovan | Sebastian |
| | Robertus Veldwijk | Crystal River | | Melissa Doucette | Vero Beach |
| Clay | Arthur Collier | Orange Park | | Julieta C. Kho | Vero Beach |
| | Charles Mutschler | Orange Park | | Bruce D. Kirchner | Vero Beach |
| | Lynne Swager | Orange Park | | Rosemary Leonard | Vero Beach |
| Dade | Pedro Almeida | N Miami | | Linda C. Mitchell | Vero Beach |
| | Patricio Andrade | Miami | | Pamela D. Nadeau | Vero Beach |
| | Margaret Bivens | Miami | | David Nelson | Vero Beach |
| | Michael Bracke | Miami | Lee | Sandra Klassen | Bonita Spr |
| | Bruce Bowman | Homestead | | Jo Anne Pelletier | Bokkelia |
| | John Chartor | Miami | | Jo Anne Pelletier | Cape Coral |
| | Cristina Fernandez | Miami | | Jo Anne Pelletier | N Ft Myers |
| | Karen L. Fisher | Miami | | Lawrence Rickert | Cape Coral |
| | Karen Gordon | S Miami | Leon | Paula Adams | Tallahassee |
| | William Guitierrez | Miami | | Adolpho Aparicio | Tallahassee |
| | Reinaldo Jaffet | Miami | | Doreen Aparicio | Tallahassee |
| | Chris Laury | Miami | | Bert Boldt | Tallahassee |
| | Jeff Laury | Miami Lakes | | Julie Gladden | Tallahassee |
| | Alexander Matz | Miami Bch | | Renee Lentine | Tallahassee |
| | Patricia Pena | Miami | | Michael Lynch | Tallahassee |
| | Jeffrey T. Stenback | Miami | | Joni Mooney | Tallahassee |
| | Bruck Wilk | Miami | | Otuome Okoye | Tallahassee |

# Preferred Patient Care - Physical Therapy Providers

| County | Name | City | County | Name | City |
|---|---|---|---|---|---|
| Leon | Michelle Richt | Tallahassee | Palm Beach | Johannes Vlaar | Boynton Bch |
| Manatee | Eric French | Bradenton | | David Voellinger | W Palm Bch |
| Marion | Derek A. Brock | Ocala | Pasco | Joel Knickerbocker | Zephyrhills |
| | Kelly A. Downing | Ocala | Pinellas | Gregoary Elam | Clearwater |
| | Margo Franciose | Ocala | | Robin Elam | Largo |
| | Susan Higgins | Ocala | | Patricia Farese | Largo |
| | Bruce Howard | Ocala | | Clara Gomez | Largo |
| | Leslie Priest | Ocala | | John Kozak | Largo |
| | Virginia Schlieter | Ocala | | Elizabeth Lindsey | Largo |
| | Richard Shutes | Ocala | | Carlos Maribona | Largo |
| Martin | Suzanne C. Fenton | Stuart | | Donna Nesslar | Largo |
| | Mark Stoff | Tallahassee | | Daniel O'Donnell | Clearwater |
| Okaloosa | Lauren Lindley | Destin | | Jacques Poppe | Largo |
| | Robert Mann | Ft Walton Bch | Polk | Margaret Hanks | Lakeland |
| | Joni Marquadt | Niceville | | L Kilburn | Lakeland |
| | Patricia Pelen | Ft Walton Bch | | Leah Metelnikow | Lakeland |
| | Robert Seton | Crestview | | James Pascual | Winter Haven |
| Orange | Margaret Adamson | Orlando | | Kathy J. Shuffelbarger | Lakeland |
| | Lenis Alicea-Benitez | Kissimmee | | Edwin Soriano | Winter Haven |
| | Mark Beckett | Ocoee | | Karen Volkman | Lakeland |
| | Kathleen Beckett | Orlando | Santa Rosa | Patrick Brown | Gulf Breeze |
| | Barbara Booth | Ocoee | | Diane Dejean | Gulf Breeze |
| | Donna Breslin | Orlando | | Kevin Krueger | Gulf Breeze |
| | Holly Carbaugh | Orlando | | Ginger Kurmann | Gulf Breeze |
| | Anthony Chase | Orlando | Sarasota | Donna L. Boudrea | Sarasota |
| | Michelle Connolly | Orlando | | Neil Cinquemani | Sarasota |
| | Susan Geisler | Orlando | | Marisa Deyl | Sarasota |
| | Emily Hernandez | Ocoee | | Roxanne Edwards | Sarasota |
| | Timothy Johnson | Orlando | | Kathleen Galica | Sarasota |
| | Kathryn Lennon | Winter Park | | Shefali Pathak | Sarasota |
| | Margaret Pilato | Orlando | Seminole | John Breitenbruck | Casselberry |
| Osceola | Mark Bubon | Kissimmee | | James McKee | Longwood |
| Palm Beach | William Buendel | W Palm Bch | | Rowena Montague | Lake Mary |
| | Rudi Ide | Boca Raton | | Laura Turner-Wagner | Altamonte Spr |
| | Audrey Ironside | N Palm Bch | St. Johns | Patricia Taruski | St. Augustine |
| | Diane Johnson-Ford | N Palm Bch | St. Lucie | Helen Anderson | Port St. Lucie |
| | Sharon Keefe | W Palm Bch | | Claudia Bullard | Ft. Pierce |
| | Liane Loots | Boca Raton | | Joseph Candela | Port St. Lucie |
| | Karen Morrell | Lake Worth | | Lynn House | Port St. Lucie |
| | Alan L. Mulcahy | Lake Worth | | Timothy Long | Port St. Lucie |
| | Robert Panico | W Palm Bch | | Lisette Longo | Ft. Pierce |
| | Eric Pickett | Palm Bch Gdns | | Joseph Olivier | Port St. Lucie |
| | Alvin Ponce De Leon | Jupiter | | Tamara F. Ulrich | Port St. Lucie |
| | Michael Reed | Palm Bch Gdns | Volusia | John Trittschuh | Deland |
| | Rett W. Talbot | W Palm Bch | | | |

# Preferred Patient Care - Home Health Providers

| County | Name | City | County | Name | City |
|---|---|---|---|---|---|
| Alachua | IHS Home Care | Ocala | Citrus | IHS Home Care | Ocala |
| | Interim Health Care | Gainesville | | Interim Health Care | Inverness |
| | Maxim Healthcare Svcs | Gainesville | | Visiting Nurses Assn | Leesburg |
| Baker | IHS Home Care | Jacksonville | Clay | IHS Home Care | Jacksonville |
| | Interim Health Care | Jacksonville | | Interim Health Care | Orange Park |
| | Visiting Nurses Assn | Jacksonville | | Maxim Healthcare Svcs | Jacksonville |
| Bay | Interim Health Care | Tallahassee | | Visiting Nurses Assn | Jacksonville |
| Bradford | Interim Health Care | Gainesville | Collier | IHS Home Care | Naples |
| Brevard | IHS Home Care | Titusville | | Interim Health Care | Sarasota |
| | Interim Health Care | Melbourne | Columbia | IHS Home Care | Cross City |
| | Maxim Healthcare Svcs | Orlando | | Interim Health Care | Lake City |
| | Visiting Nurse Assn | Cocoa | Dade | Interim Health Care | Miami |
| Broward | Interim Health Care | Ft. Lauderdale | | Maxim Healthcare Svcs | Miami |
| | Maxim Healthcare Svcs | Ft. Lauderdale | Desoto | Interim Health Care | Sarasota |
| Calhoun | Interim Health Care | Tallahassee | | Maxim Healthcare Svcs | Sarasota |
| Charlotte | IHS Home Care | Englewood | Dixie | IHS Home Care | Cross City |
| | Interim Health Care | Sarasota | | Interim Health Care | Chiefland |
| | Maxim Healthcare Svcs | Sarasota | Duval | IHS Home Care | Jacksonville |

# Preferred Patient Care - Home Health Providers

| County | Name | City | County | Name | City |
|---|---|---|---|---|---|
| Duval | Interim Health Care | Jacksonville | Nassau | IHS Home Care | Jacksonville |
| | Maxim Healthcare Svcs | Jacksonville | | Interim Health Care | Jacksonville |
| | Visiting Nurse Assn | Jacksonville | | Maxim Healthcare Svcs | Jacksonville |
| Escambia | Innovative Home Care | Pensacola | | Visiting Nurse Assn | Jacksonville |
| | Interim Health Care | Pensacola | Okaloosa | Innovative Home Care | Pensacola |
| Flagler | IHS Home Care | Palm Coast | | Interim Healthcare Svcs | Pensacola |
| | Interim Health Care | Palm Coast | Okeechobee | Interim Health Care | Stuart |
| Franklin | Interim Health Care | Tallahassee | Orange | IHS Home Care | Orlando |
| Gilchrist | IHS Home Care | Cross City | | Interim Health Care | Orlando |
| | Interim Health Care | Gainesville | | Maxim Healthcare Svcs | Orlando |
| Glades | IHS Home Care | La Belle | | Visiting Nurse Assn | Orlando |
| | Interim Health Care | Sarasota | Osceola | IHS Home Care | Kissimmee |
| Gulf | Interim Health Care | Tallahassee | | Interim Health Care | Orlando |
| Hamilton | IHS Home Care | Suwannee Valley | | Maxim Healthcare Svcs | Orlando |
| | Interim Health Care | Lake City | | Visiting Nurse Assn | Kissimmee |
| Hardee | IHS Home Care | Frostproof | Palm Beach | IHS Home Care | Belle Glade |
| | Interim Health Care | Lakeland | | Interim Health Care | W Palm Bch |
| | Maxim Healthcare Svcs | Lakeland | | Maxim Healthcare Svcs | W Palm Bch |
| Hendry | IHS Home Care | La Belle | Pasco | IHS Home Care | Port Richey |
| | Interim Health Care | Sarasota | | Interim Health Care | New Port Richey |
| Hernando | IHS Home Care | Crystal River | | Maxim Healthcare Svcs | New Port Richey |
| | Interim Health Care | Spring Hill | Pinellas | IHS Home Care | Tarpon Springs |
| | Visiting Nurse Assn | Leesburg | | Interim Health Care | Clearwater |
| Highlands | IHS Home Care | Lakeland | | Maxim Healthcare Svcs | St. Petersburg |
| | Interim Health Care | Lakeland | Polk | IHS Home Care | Winter Haven |
| | Maxim Healthcare Svcs | Lakeland | | Interim Health Care | Lakeland |
| Hillsborough | IHS Home Care | Tampa | | Maxim Healthcare Svcs | Lakeland |
| | Interim Health Care | Tampa | Putnam | IHS Home Care | Ocala |
| | Maxim Healthcare Svcs | Tampa | | Interim Health Care | Palatka |
| Holmes | Interim Health Care | Tallahassee | St. Johns | IHS Home Care | Palm Coast |
| Indian River | Interim Health Care | Stuart | | Interim Health Care | St. Augustine |
| Jackson | Interim Health Care | Tallahassee | | Maxim Healthcare Svcs | Jacksonville |
| Jefferson | Interim Health Care | Tallahassee | | Visiting Nurse Assn | Jacksonville |
| Lafayette | IHS Home Care | Suwannee Valley | St. Lucie | Interim Health Care | Stuart |
| | Interim Health Care | Gainesviile | Santa Rosa | Innovative Home Care | Pensacola |
| Lake | IHS Home Care | Leesburg | | Interim Health Care | Pensacola |
| | Interim Health Care | Leesburg | | IHS Home Care | Bradenton |
| | Maxim Healthcare Svcs | Gainesville | | Interim Health Care | Sarasota |
| | Visiting Nurse Assn | Leesburg | | Maxim Healthcare Svcs | Sarasota |
| Lee | IHS Home Care | Cape Coral | | IHS Home Care | Orlando |
| | Interim Health Care | Sarasota | | Interim Health Care | Orlando |
| | Maxim Healthcare Svcs | Ft. Myers | | Maxim Healthcare Svcs | Orlando |
| | Interim Health Care | Tallahassee | | Visiting Nurse Assn | Lake Mary |
| Levy | IHS Home Care | Crystal River | Sumter | IHS Home Care | Clermont |
| | Interim Health Care | Chiefland | | Interim Health Care | Bushnell |
| | Visiting Nurse Assn | Lecanto | | Visiting Nurse Assn | Leesburg |
| Liberty | Interim Health Care | Tallahassee | Suwannee | IHS Home Care | Suwannee Valley |
| Madison | Interim Health Care | Tallahassee | | Interim Health Care | Lake City |
| Manatee | IHS Home Care | Bradenton | Taylor | Interim Health Care | Tallahassee |
| | Interim Health Care | Tampa | Union | Interim Health Care | Lake City |
| | Maxim Healthcare Svcs | Tampa | Volusia | IHS Home Care | Palm Coast |
| Marion | IHS Home Care | Leesburg | | Interim Health Care | Daytona |
| | Interim Health Care | Marion | | Maxim Healthcare Svcs | Jacksonville |
| | Visiting Nurse Assn | Ocala | Wakulla | Interim Health Care | Tallahassee |
| Martin | IHS Home Care | Delray Beach | Walton | Innovative Home Care | Pensacola |
| | Interim Health Care | Stuart | | Interim Health Care | Pensacola |
| Monroe | Maxim Healthcare Svcs | Miami | Washington | Interim Health Care | Tallahassee |
| | Maxim Healthcare Svcs | Tampa | | | |

# Preferred Patient Care - Durable Medical Equipment Providers

Durable Medical Equipment is available through Affiliated Healthcare Providers, Inc., in the following counties:

| | | | | | |
|---|---|---|---|---|---|
| Alachua | Dade | Hardee | Leon | Osceola | Suwannee |
| Baker | Desoto | Hendry | Levy | Palm Beach | Taylor |
| Bay | Dixie | Hernando | Liberty | Pasco | Union |
| Bradford | Duval | Highlands | Madison | Pinellas | Volusia |
| Brevard | Escambia | Hillsborough | Manatee | Polk | Wakulla |
| Broward | Flagler | Holmes | Marion | Putnam | Walton |
| Calhoun | Franklin | Indian River | Martin | St. Johns | Washington |
| Charlotte | Gadsden | Jackson | Monroe | St. Lucie | |
| Citrus | Gilchrist | Jefferson | Nassau | Santa Rosa | |
| Clay | Glades | Lafayette | Okaloosa | Sarasota | |
| Collier | Gulf | Lake | Okeechobee | Seminole | |
| Columbia | Hamilton | Lee | Orange | Sumter | |

Affiliated Healthcare Providers, Inc. is a company which enters into agreements statewide with durable medical equipment (DME) providers which in turn provide Covered Services. Affiliated Healthcare Providers can be reached through a central phone number (1-800-722-6497). An Affiliated Healthcare Provider representative will provide you with information concerning such DME providers. Alternatively, you may contact the BCBSF Customer Service at the phone number listed on your BCBSF ID Card.



**Blue Cross Blue Shield**
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office**
**532 Riverside Avenue**
**Jacksonville, Florida 32231-0014**

## ENDORSEMENT

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by adding the following provision to the Enrollment Section:

**Extension of Eligibility for Children:**

**Students**

Covered Dependent child(ren) may be covered to the end of the Calendar Year in which they reach the limiting age of 23, if attending a college or university which has been accredited by the State Board of Education, on a full-time basis (as defined by the school and this Contract). The child(ren)'s legal residence must be with you and the child(ren) must depend on you for support.

**BASIC TERMS**

The Basic Terms Section of the Contract is amended by adding the following term:

A Full-time Student is one who is enrolled in, and actually attends, an accredited college or university for five months during the Calendar Year in which this Contract is in effect.

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

### BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

**M. Cascone, Jr.**
**President**

15593-1296 SR (Direct)



**Home Office**
**532 Riverside Avenue**
**Jacksonville, Florida 32231-0014**

# ENDORSEMENT

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by adding or revising any applicable provisions:

| | |
|---|---|
| **DEFINITIONS** | Physician Assistant (PA)<br><br>A person properly licensed to perform surgical first assisting services pursuant to Chapter 458 of the Florida Statutes, or other states' applicable laws. |
| **Other Rules Regarding BCBSF's Payment Program** | Surgical services rendered by a Registered Nurse First Assistant (herein RNFA) or Physician Assistant (herein PA) when acting as a Surgical Assistant when the assistance is Medically Necessary, may be Covered Services, subject to the applicable Allowed Amount. BCBSF's reimbursement level for surgical assistance performed by an RNFA or Physician Assistant is 20 percent of the Physician's surgical Allowed Amount. |

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

## BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

*M Cascone, Jr*

**M. Cascone, Jr.**

**President**

15891 - 11/97CA (Group/Direct END)



**Blue Cross**
**Blue Shield**
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office**
**532 Riverside Avenue**
**Jacksonville, Florida 32231-0014**

# ENDORSEMENT: BREAST RECONSTRUCTIVE SURGERY

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Other Covered Benefits Section of the Contract is hereby amended by adding or revising any applicable provisions as follows:

**Prosthetic Devices**

This Contract provides benefits to purchase, fit, adjust, repair or replace Prosthetic Devices, including any Prosthetic Device following a covered mastectomy.

This Contract does not provide benefits for dental appliances or for the replacement of cataract lenses. However, we will provide the replacement of cataract lenses if a prescription change is Medically Necessary.

**Breast Reconstructive Surgery**

This Contract provides benefits for mastectomy, the surgical removal of all or part of the breast for medically necessary reasons as determined by a licensed health care professional. Coverage includes breast reconstructive surgery to reestablish symmetry between the two breasts. Services must be Medically Necessary and related to mastectomy.

The outpatient postsurgical followup care following breast reconstructive surgery shall be provided at the most medically appropriate setting. Settings may include the Hospital, Physician's office, outpatient center, or home of the Insured.

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.**

*M. Cascone, Jr.*

**M. Cascone, Jr.**

**President**

15868 - 1197CA (Direct)



Blue Cross
Blue Shield
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

Home Office
532 Riverside Avenue
Jacksonville, Florida 32231-0014

## ENDORSEMENT

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by adding the following provisions:

**Diabetes Outpatient Self-Management**

Covered Services include Diabetes Outpatient Self-Management Training and Educational Services and Nutrition Counseling, including all medically appropriate and necessary equipment and supplies, when used to treat diabetes, if the Insured's treating Physician or a Physician who specializes in the treatment of diabetes certifies that such services are necessary. Diabetes outpatient self-management training and educational services must be provided under the direct supervision of a certified Diabetes Educator or a board-certified Physician specializing in endocrinology. In order to be covered under this Contract, nutrition counseling must be provided by a licensed Dietitian.

**EXCLUSIONS**

Any training or EDUCATION PROGRAMS or materials, including, but not limited to programs or materials for: pain management, the management of diabetes, except as provided in the Diabetes Outpatient Self-Management section; or vocational rehabilitation.

**DEFINITIONS**

Diabetes Educator

A person who is properly certified pursuant to Florida law to supervise diabetes outpatient self-management training and educational services.

Dietitian

A person who is properly licensed pursuant to Florida law to provide nutrition counseling for diabetes outpatient self-management services.

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.**

**M. Cascone, Jr.**
**President**



**Blue Cross**
**Blue Shield**
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office**
**532 Riverside Avenue**
**Jacksonville, Florida 32231-0014**

| | |
|---|---|
| **ENDORSEMENT** | **CLEFT LIP AND CLEFT PALATE SERVICES** |

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by adding the following Care For The Treatment Of Cleft Lip And Cleft Palate Subsection to the Covered Services Section and amending the Dental Care Exclusion:

**Care For The Treatment Of Cleft Lip And Cleft Palate**

Health care services and supplies provided to an Insured, under the age of 18, by a Physician or surgeon, for the treatment of cleft lip and cleft palate may be Covered Services. These services or supplies include medical, dental, speech therapy, audiology, and nutrition services and supplies, when such services are:

1.  prescribed by the treating Physician or surgeon; and

2.  the treating Physician or surgeon certifies in writing,that the services are Medically Necessary and consequent to the treatment of the cleft lip or cleft palate.

**Exclusions**

**DENTAL CARE** or treatment of the teeth, their supporting structures, gums, or dental procedures, including but not limited to: extraction of teeth; restoration of teeth with fillings; crowns or other materials; bridges, cleaning of teeth; dental implants, dentures, periodontal or endodontic procedures; orthodontic treatment, intraoral prosthetic devices; palatal expansion devices; bruxism appliances, dental x-rays, oral surgery for cosmetic purposes; oral surgery, except as covered under the limited Accident Dental Care, Care For The Treatment Of Cleft Lip And Cleft Palate, Dental Care, Physician Care or other applicable Sub-sections.

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.**

*M. Cascone, Jr.*

**M. Cascone, Jr.**

**President**

17810 - 12/98CA Group/Direct END



**Blue Cross Blue Shield**
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office**
**532 Riverside Avenue**
**Jacksonville, Florida 32231-0014**

| | |
|---|---|
| **ENDORSEMENT** | **DENTAL PROCEDURES**<br>**ANESTHESIA AND HOSPITALIZATION COVERAGE** |

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by adding the following Dental Care Sub-section to the Covered Services or Covered Benefits Section and by replacing the Dental Care Exclusion:

**Dental Care**

General anesthesia and hospitalization services necessary to assure the safe delivery of necessary dental care provided to an Insured in a Hospital or Ambulatory Surgical Center may be Covered Services if:

1.  the Insured is under 8 years of age when it is determined by a dentist and the Insured's Physician that dental treatment is necessary due to a dental Condition that is significantly complex; or the Insured has a developmental disability in which patient management in the dental office has proved to be ineffective; or

2.  the Insured has one or more medical Conditions that would create significant or undue medical risk for the Insured in the course of delivery of any necessary dental treatment or surgery if not rendered in a Hospital or Ambulatory Surgical Center.

**NOTE:** Inpatient admissions must comply with Admission Certification program requirements, if applicable under the Contract.

**Exclusions**

**DENTAL CARE** or treatment of the teeth, their supporting structures, gums, or dental procedures, including but not limited to: extraction of teeth; restoration of teeth with fillings; crowns or other materials; bridges, cleaning of teeth; dental implants, dentures, periodontal or endodontic procedures; orthodontic treatment, intraoral prosthetic devices; palatal expansion devices; bruxism appliances, dental x-rays, oral surgery for cosmetic purposes; oral surgery, except as covered under the limited Accident Dental Care, Care For The Treatment Of Cleft Lip And Cleft Palate, Dental Care, Physician Care or other applicable Sub-sections.

17811 - 12/98CA Group/Direct END

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

## BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

**M. Cascone, Jr.**

**President**



**Blue Cross Blue Shield**
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office**
**532 Riverside Avenue**
**Jacksonville, Florida 32231-0014**

| | |
|---|---|
| **ENDORSEMENT** | **WORKERS' COMPENSATION EXCLUSION** |

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by replacing the Workers' Compensation Exclusion:

**Exclusions**

Work related condition services to the extent the Insured is covered or required to be covered by **WORKERS' COMPENSATION** law. Any service or supply to diagnose or treat any Condition resulting from or in connection with an Insured's job or employment will not be covered under the Contract, except for Medically Necessary services (not otherwise excluded) for an individual who is not covered by Workers' Compensation and that lack of coverage did not result from any intentional action or omission by that individual.

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

### BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

*M. Cascone, Jr.*

**M. Cascone, Jr.**

**President**

17812 - 12/98CA Group/Direct (except Conversion IV) END



**Blue Cross
Blue Shield**
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office
532 Riverside Avenue
Jacksonville, Florida 32231-0014**

| **ENDORSEMENT** | **SUBROGATION** |
| --- | --- |

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Subrogation Section of the Contract is hereby replaced as follows:

In the event BCBSF makes any payment under this Contract to or on behalf of an Insured for any claim in connection with or arising from a Condition resulting, directly or indirectly, from an intentional act or from the negligence or fault of any third person or entity, BCBSF, to the extent of any such payment, shall be subrogated to all causes of action and all rights of recovery such Insured has against any person or entity. Such subrogation rights shall extend and apply to any settlement of a claim, regardless of whether litigation has been initiated. BCBSF shall have the right to subrogate out of any recovery or settlement the Insured is able to obtain even if the Insured is not made whole for his/her losses.

The Insured shall promptly execute and deliver to BCBSF such instruments and papers pertaining to such settlement of claims, settlement negotiations, or litigation as may be requested by BCBSF. The Insured shall do whatever is necessary to enable BCBSF to exercise BCBSF's subrogation rights and shall do nothing to prejudice such rights. Additionally, the Insured or the Insured's legal representative shall (1) promptly notify BCBSF in writing of any settlement negotiations prior to entering into any settlement agreement; (2) shall disclose to BCBSF any amount recovered from any person or entity that may be liable; and (3) shall not make any distributions of settlement or judgment proceeds without BCBSF's prior written consent. No waiver, release of liability, or other documents executed by an Insured without such notice to BCBSF shall be binding upon BCBSF.

Any such right of subrogation or reimbursement provided to BCBSF under this Contract shall not apply or shall be limited to the extent that applicable law eliminates or restricts such rights.

17825 - 199CA Group/Direct END

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

## BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

**M. Cascone, Jr.**

**President**



**Blue Cross**
**Blue Shield**
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office**
**532 Riverside Avenue**
**Jacksonville, Florida 32231-0014**

| | |
|---|---|
| **ENDORSEMENT** | **NEWBORN DEPENDENT ELIGIBILITY** |

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Dependents Eligibility Sub-section of the Contract is hereby amended as follows:

**Newborn Children**

Coverage for newborn child(ren) will be effective from the moment of birth provided BCBSF is notified, in writing, within 30 days after the date of birth. If timely notice is given, no additional Premium will be charged for coverage of the newborn child(ren) for the duration of the notice period. If timely notice is not received, BCBSF will charge the applicable Premium from the date of birth. The applicable Premium for the child will be charged after the initial 30 day period in either case. Coverage will not be denied for a newborn if the Subscriber provides notice within the 60 day period of the birth of the child and any applicable Premium is paid back to the date of birth. If notice is not given within 60 days of the date of birth of the newborn child, the Subscriber may still apply for coverage for the newborn child by completing and submitting an application which is Medically Acceptable to BCBSF and submitting the additional Premium.

**NOTE:** Coverage for a newborn child of an Insured other than the Subscriber or the Subscriber's Dependent spouse will automatically terminate 18 months after the birth of the newborn child.

**Adopted Children Foster Children**

The Contract Holder is responsible for notifying BCBSF of the Placement of an Adopted or Foster child in the residence of a Contract Holder within 30 days of such placement. If notice is received by BCBSF within this 30 day period, coverage for the Adopted or Foster child (other than an Adopted Newborn child) begins when the child is placed in the residence of the Insured, in compliance with Florida law and the Contract Holder will not be charged any additional Premium for the first 30 days of coverage.

Coverage for Adopted Newborn children will begin the earlier of: (a) the moment of birth, provided that a written agreement to Adopt such child has been entered into by the Contract Holder prior to the birth of such child and further provided that BCBSF receives notice before or within 30 days after the birth of the child; or (b) the date the Newborn child is placed in the residence of the Contract Holder in accordance with Florida law, provided BCBSF receives notice before or within 30 days after the date the child is so placed.

If BCBSF does not receive the notice of Placement (for Adopted or Foster children) or birth (for Adopted Newborn children) within the 30 day period, the Adopted or Foster child will be added to the Contract Holder's Contract as of the date of Placement (for Adopted or Foster children) or birth (for Adopted Newborn children) so long as the Contract Holder provides notice within 60 days of the birth or Placement and any applicable Premium is paid back to the date of Placement or birth. If notice is not given within 60 days of the birth or Placement, the Subscriber may still apply for coverage for the Adopted or Foster child(ren) or the Adopted Newborn child by completing and submitting an application which is Medically Acceptable to BCBSF and submitting the additional Premium.

In compliance with Florida law, BCBSF will waive the Pre-Existing Condition limitation for Adopted children; however, the Pre-Existing Condition limitation will apply to Foster children or children in other court-ordered custody.

---

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

## BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

*M. Cascone, Jr.*

**M. Cascone, Jr.**

**President**



**Blue Cross**
**Blue Shield**
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office**
**532 Riverside Avenue**
**Jacksonville, Florida 32231-0014**

| | |
|---|---|
| **ENDORSEMENT:** | **BREAST RECONSTRUCTION AND MASTECTOMY SERVICES** |

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Contract is hereby amended by deleting the Breast Reconstructive Surgery subsection in its entirety and replacing it with the following new Breast Reconstructive Surgery subsection and adding the Mastectomy Services subsections:

**Breast Reconstructive Surgery**

Breast Reconstructive Surgery and implanted prostheses, incident to Mastectomy may be Covered Services. The term "Breast Reconstructive Surgery" means surgery to reestablish symmetry between the two breasts. In order to be covered, such surgery must be in a manner chosen by the Insured's Physician, consistent with prevailing medical standards, and in consultation with the Insured.

**Mastectomy Services**

Mastectomy services for breast cancer treatment, treatment for physical complications for all stages of Mastectomy including lymphedemas, and outpatient post-surgical follow-up in accordance with prevailing medical standards in a manner determined in consultation with the attending Physician and the Insured may be Covered Services. "Mastectomy" means the removal of all or part of the breast for Medically Necessary reasons as determined by a Physician. Outpatient post-surgical follow-up care for Mastectomy services shall be covered when provided by a Provider in accordance with the prevailing medical standards and at the most medically appropriate setting. The setting may be the Hospital, Physician's office, outpatient center, or home of the Insured. The treating Physician, after consultation with the Insured, may choose the appropriate setting.

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.**

*M. Cascone, Jr.*

**M. Cascone, Jr.**
**President**

10711 - 799SR (Group/Direct END)



**Blue Cross**
**Blue Shield**
of Florida
An Independent Licensee of the
Blue Cross and Blue Shield Association

**Home Office**
**532 Riverside Avenue**
**Jacksonville, Florida 32231-0014**

**ENDORSEMENT:**     **BONE MARROW TRANSPLANT**

This Endorsement is to be attached to and made a part of your current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract and any Endorsements or Riders attached thereto. The Transplant Services And Supplies subsection of the Covered Services Section is hereby amended by revising the section addressing Bone Marrow Transplants with the following provision:

Bone Marrow Transplant, as defined in this Contract, which is specifically listed in Chapter 10D-127.001 of the Florida Administrative Code or covered by Medicare as described in the most recently published Medicare Coverage Issues Manual issued by the Health Care Financing Administration. Coverage for the reasonable costs of searching for donor will be limited to a search among immediate family members and donors identified through the National Bone Marrow Donor Program.

The Exclusion Section is hereby Amended by replacing the Transplant Exclusion as follows:

Any services or supplies in connection with any TRANSPLANT, other than those transplants listed in the Transplant Services and Supplies Sub-section are excluded. This exclusion applies to:

a.  any service or supply in connection with the implant of an artificial organ, including the implant of the artificial organ;

b.  any organ, tissue, marrow, or stem cells which is sold rather than donated to the Insured;

c.  any Bone Marrow Transplant, as defined in this Contract, which is not specifically listed in Chapter 10D-127.001 of the Florida Administrative Code, or covered by Medicare pursuant to a national coverage decision made by the Health Care Financing Administration as evidenced in the most recently published Medicare Coverage Issues Manual;

d.  any service or supply in connection with identification of a donor from a local, state or national listing, except in the case of a Bone Marrow Transplant, the reasonable costs of searching for a donor are covered and will be limited to a search among immediate family members and donors identified through the National Bone Marrow Donor Program;

e.  transportation costs for the Insured to and from the approved facility; and

f.  direct, non-medical costs for the Insured to and from the approved facility; and (b) temporary lodging.

10710 - 799SR (Group/Direct END)

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

## BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

**M. Cascone, Jr.**

**President**

# ENDORSEMENT:   ANNIVERSARY DATE

This Endorsement is to be attached to and made a part of the current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Essential Hospital and Surgical Coverage Contract and any Endorsements attached thereto.  The Contract is amended as described below.

The "General Terms" subsection of the "Basic Terms" section is amended by **deleting** the following term in its entirety and **replacing** it with the following:

**Anniversary Date** means the first day of August (August 1st), following your initial Effective Date, and each August 1st thereafter.

The "Change In Coverage" subsection of the "Contract Changes" section is **deleted** in its entirety and **replaced** with the following:

A Contract Holder may apply for a different benefit plan.  To apply for a different benefit plan, the Contract Holder must submit an Individual Application for Health Insurance, which is Medically Acceptable, to Blue Cross and Blue Shield of Florida.  In the event your application is approved, you will receive full credit for the coverage you had under this benefit plan.

The "Change in Premiums" subsection of the "Payment of Premiums" section is **deleted** in its entirety and **replaced** with the following:

Your Premium amount automatically changes if your Risk Class changes, or if the number of Insureds covered under this Contract changes.  For example, the Premium amount may change if you move to a different geographic area, add or delete an individual from your coverage, or change benefit plans. Additionally, the Premium amount may change each year on the Anniversary Date due to an increase in the Contract Holder's age or any Covered Dependent's age.

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in the provisions contained in this Endorsement.  In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in the Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

Blue Cross and Blue Shield of Florida, Inc.

Robert I. Lufrano M.D.
Chairman of the Board and Chief Executive Officer



**Blue Cross Blue Shield** of Florida

**Home Office**
4800 Deerwood Campus Parkway
Jacksonville, Florida 32231-0014

## ENDORSEMENT

This Endorsement is to be attached to and made a part of the current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract which includes any Endorsements or Riders issued therewith. The Contract is hereby amended as follows:

The Providers subsection of the Basic Terms Section is hereby amended by adding the definition of Independent Diagnostic Testing Facility below:

Independent Diagnostic Testing Facility

A facility, independent of a hospital or physician's office, which is a fixed location, a mobile entity, or an individual non-physician practitioner where diagnostic tests are performed by a licensed physician or by a licensed, certified non-physician personnel under appropriate physician supervision. An Independent Diagnostic Testing Facility must be appropriately registered with the Agency for Health Care Administration and must comply with all applicable Florida law or laws of the State in which it operates. Further, such an entity must meet BCBSF's criteria for eligibility as an Independent Diagnostic Testing Facility.

The Provider Alternatives Section of the Contract is hereby amended by deleting in its entirety the Eligible Providers subsection and replacing it with the following:

**Eligible Providers**     The following categories of Providers are eligible to participate in BCBSF's PPC$^{sm}$ Network:

- Acute Care General Hospitals/Osteopathic Hospitals
- Ambulatory Surgical Centers
- Dialysis Centers
- Doctors of Chiropractic (D.C.)
- Doctors of Dental Medicine (D.M.D.)
- Doctors of Dental Science (D.D.S.)
- Doctors of Dental Surgery (D.D.S.)
- Doctors of Medicine (M.D.)
- Doctors of Optometry (O.D.)
- Doctors of Osteopathy (D.O.)
- Doctors of Podiatric Medicine (D.P.M.)
- Durable Medical Equipment Providers
- Home Health Agencies
- Independent Clinical Laboratories
- Independent Diagnostic Testing Facilities

60683-0801CA
PPC Direct

- Mental Health Providers
- Outpatient Rehabilitation Facilities
- Physical Therapy Providers
- Prosthetists/Orthotists
- Psychiatric Facilities
- Psychologists
- Skilled Nursing Facilities
- Substance Abuse Facilities

---

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in the Contract (including any other Endorsements thereto), the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.**

**M. Cascone, Jr.**
**President**



**Home Office**
**4800 Deerwood Campus Parkway**
**Jacksonville, FL 32246**
**(Not for Profit Corporation)**

### ENDORSEMENT

### Application and Medical/Contract Riders,

### A Part of Your Contract

This Endorsement is a part of your Blue Cross and Blue Shield of Florida (BCBSF) Contract to which it is attached. Your application and supplemental application for coverage, if applicable, as well as any medical and/or contract rider(s), as applicable, which were issued to you with your prior contract with BCBSF, will continue to apply under this Contract.

### Blue Cross and Blue Shield of Florida, Inc.

**M. Cascone, Jr.**
**President**

Nothing in this Endorsement shall extend, vary, or waiver any of the provisions, benefits, exclusions, limitations, or conditions contained in such Contract other than as stated in this Endorsement.

19478-1001CA



**BlueCross BlueShield
of Florida**
An Independent Licensee of the
Blue Cross and Blue Shield Association

Home Office
4800 Deerwood Campus Parkway
Jacksonville, Florida 32246

# ENDORSEMENT

This Endorsement is to be attached to and made a part of the current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Contract which includes any Endorsements issued therewith. The Contract is hereby amended as follows:

The Provider Alternatives Section of the Contract is hereby amended by deleting in its entirety the Eligible Providers subsection and replacing it with the following:

**Eligible Providers**

The following categories of Providers are eligible to participate in BCBSF's PPC and/or Traditional Networks. This list may be expanded, as determined by BCBSF, to include additional Providers who are eligible to participate as PPO Providers and/or Traditional Insurance Providers and who are properly licensed pursuant to Florida Statutes, or similar applicable law of another state. To determine if additional Providers are eligible to participate in BCBSF's PPC and/or Traditional Networks, please access BCBSF's Provider Directory online at www.bcbsfl.com or call the customer service number indicated on your identification card.

Acute Care General Hospitals/Osteopathic Hospitals
Ambulatory Surgical Centers
Dialysis Centers
Doctors of Chiropractic (D.C.)
Doctors of Dental Medicine (D.M.D.)
Doctors of Dental Science (D.D.S.)
Doctors of Dental Surgery (D.D.S.)
Doctors of Medicine (M.D.)
Doctors of Optometry (O.D.)
Doctors of Osteopathy (D.O.)
Doctors of Podiatric Medicine (D.P.M.)
Durable Medical Equipment Providers
Home Health Agencies
Independent Clinical Laboratories
Independent Diagnostic Testing Facilities
Mental Health Providers
Outpatient Rehabilitation Facilities
Physical Therapy Providers
Prosthetists/Orthotists
Psychiatric Facilities

61976-1202 SR
Direct all except BCH

Psychologists
Skilled Nursing Facilities
Substance Abuse Facilities

---

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in the provisions contained in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in the Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.**

Robert I. Lufrano, M.D.
President


*Florida Blue*
In the pursuit of health*

**This notice applies to the privacy practices of the organizations listed below:**

Blue Cross and Blue Shield of Florida, Inc. D/B/A Florida Blue
Health Options, Inc. D/B/A Florida Blue HMO

**Please review carefully. This notice describes how health information about you may be used and disclosed and how you can get access to this information.**

## Health Insurance Portability and Accountability Act Administrative Simplification (HIPAA-AS) Notice of Privacy Practices

### Our Legal Duty

As your health plan, we are required by applicable federal and state laws to maintain the privacy of your protected health information (PHI). This notice describes our privacy practices, our legal duties, and your rights concerning your PHI. We will follow the privacy practices that are described in this notice while it is in effect. This notice took effect **April 14, 2003**, and will remain in effect until a revised notice is issued.

We reserve the right to change our privacy practices and the terms of this notice at any time and to make the terms of our notice effective for all PHI that we maintain.

Before we make a significant change in our privacy practices, we will change this notice and send the new notice to you.

### How we can use or disclose PHI without a specific authorization

**To You:** We must disclose your PHI to you, as described in the Individual Rights section of this notice.

**For Treatment:** For example, we may disclose PHI in an electronic health record we create from claims information, to a doctor or hospital at their request, in order for them to provide treatment to you. Additionally we may disclose PHI to a doctor, dentist or a hospital at their request for their treatment purposes.

**For Payment:** For example, we may use and disclose PHI to pay claims for services provided to you by doctors, dentists or hospitals. We may also disclose your PHI to a health care provider or another health plan so that the provider or plan may obtain payment of a claim or engage in other payment activities.

**For Health Care Operations:** For example, we may use or disclose PHI to conduct quality assessment and improvement activities, to conduct fraud and abuse investigations, to engage in care coordination or case management, or to communicate with you about health related benefits and services or treatment alternatives that may be of interest to you. We may also disclose PHI to a health care provider or another health plan subject to federal privacy laws, as long as the provider or plan has or had a relationship with you and the PHI is disclosed only for certain health care operations of that provider or plan. We may also disclose PHI to other entities with which we have contracted to perform or provide certain services on our behalf (i.e. business associates).

**For Public Health and Safety:** We may use or disclose PHI to the extent necessary to avert a serious and imminent threat to the health or safety of you or others. We may also disclose PHI for public health and government health care oversight activities and to report suspected abuse, neglect or domestic violence to government authorities.

**As Required by Law:** We may use or disclose PHI when we are required to do so by law.

**For Process and Proceedings:** We may disclose PHI in response to a court or administrative order, subpoena, discovery request, or other lawful process.

**For Law Enforcement:** We may disclose PHI to a law enforcement official with regard to crime victims and criminal activities.

**Special Government Functions:** We may disclose the PHI of military personnel or inmates or other persons in lawful custody under certain circumstances. We may disclose PHI to authorized federal officials for lawful national security activities.

**To Plan Sponsors, if applicable (including employers who act as Plan Sponsors):** We may disclose enrollment and disenrollment information to the plan sponsor of your group health plan. We may also disclose certain PHI to the plan sponsor to perform plan administration functions. We may disclose summary health information to the plan sponsor so that the plan sponsor may either: obtain premium bids or decide whether to amend, modify or terminate your group health plan.

**For Research, Death, and Organ Donation:** We may use or disclose PHI in certain circumstances related to research, death or organ donation.

**For Workers' Compensation:** We may disclose PHI as permitted by workers' compensation and similar laws.

**Uses and disclosures of PHI permitted only after authorization is received**

**Authorization:** You may give us written authorization to use your PHI or disclose it to anyone for any purpose not otherwise permitted or required by law. If you give us an authorization, you may revoke it in writing at any time. Your revocation will not affect any use or disclosure permitted by your authorization while it was in effect.

**To Family and Friends:** While the law permits us in certain circumstances to disclose your PHI to family, friends and others, we will do so only with your authorization. In the event you are unable to authorize such disclosure, but emergency or similar circumstances indicate that disclosure would be in your best interest, we may disclose your PHI to family, friends or others to the extent necessary to help with your health care coverage arrangements.

### Individual Rights

*To exercise any of these rights, please call the customer service number on your ID card.*

**Access:** With limited exceptions, you have the right to review in person, or obtain copies of, your PHI. We may charge you a reasonable fee as allowed by law.

**Amendment:** With limited exceptions, you have the right to request that we amend your PHI.

**Disclosure Accounting:** You have the right to request and receive a list of certain disclosures made of your PHI. If you request this list more than once in a 12-month period, we may charge you a reasonable fee as allowed by law to respond to any additional request.

**Use/Disclosure Restriction:** You have the right to request that we restrict our use or disclosure of your PHI for certain purposes. We are not required to agree to a requested restriction. We will agree to restrict use or disclosure of your PHI provided the law allows and we determine the restriction does not impact our ability to administer your benefits. Even when we agree to a restriction request, we may still disclose your PHI in a medical emergency, and use or disclose your PHI for public health and safety and other similar public benefit purposes permitted or required by law.

**Confidential Communication:** You have the right to request that we communicate with you in confidence about your PHI at an alternative address. When you call the customer service number on your ID card to request confidential communications at an alternative address, please ask for a PHI address.

Note: If you choose to have confidential communications sent to you at a PHI address, we will only respond to inquiries from you. If you receive services from any health care providers, you are responsible for notifying those providers directly if you would like a PHI address from them.

**Privacy Notice:** You have the right to request and receive a copy of this notice at any time. For more information or if you have questions about this notice, please contact us using the information listed at the end of this notice.

### Complaints

If you are concerned that we may have violated your privacy rights, you may complain to us using the contact information listed at the end of this notice. You may also submit a written complaint to the U.S. Department of Health and Human Services. We will provide you with the address for the U.S. Department of Health and Human Services upon request.

We support your right to protect the privacy of your PHI. We will not retaliate in any way if you choose to file a complaint with us or with the U.S. Department of Health and Human Services.

**Contact:**     Compliance Office
Florida Blue
P.O. Box 44283
Jacksonville, FL 32203-4283
1-888-574-2583

*Si usted desea una copia de esta notificación en español, por favor comuníquese con un representante de servicio al cliente utilizando el número telefónico indicado en su tarjeta de asegurado.*



**In the pursuit of health**

## Notice Regarding Coverage for Breast Reconstruction Surgery

If you have to have a mastectomy, your breast reconstruction surgery is covered under your health coverage. It can be done at the same time as the mastectomy or later. You are covered for both the reconstruction of the breast on which the mastectomy is performed, as well as the other breast to produce a symmetrical appearance. In addition, your health plan covers prosthesis and treatment of physical complications at all stages of the mastectomy, including lymphedema. The type of procedure is determined in consultation between you and your attending physician. Coverage is subject to the terms of your contract.

*Si usted desea una copia de esta notificación en español, por favor comuníquese con un representante de servicio al cliente utilizando el número telefónico indicado en su tarjeta de asegurado.*

Health insurance is offered by Blue Cross and Blue Shield of Florida, D/B/A Florida Blue. HMO coverage is offered by Health Options, Inc., D/B/A Florida Blue HMO, an HMO subsidiary of Florida Blue. These companies are independent licensees of the Blue Cross and Blue Shield Association.

# 2008 Omnibus Endorsement

This Endorsement is to be attached to and made a part of the current Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Essential Hospital and Surgical Coverage Contract including any Endorsements or Medical Riders attached thereto. The Contract is amended as described below.

If you have any questions concerning this Endorsement, please call Blue Cross and Blue Shield of Florida toll free at 800-FLA-BLUE.

This Endorsement is effective upon receipt unless specifically stated otherwise within this Endorsement.

---

The **GENERAL TERMS** section is amended as follows:

The term "reliable evidence" shall be replaced with the words "credible scientific evidence" in the definition of **Experimental or Investigational.**

The following definitions are deleted in their entirety and replaced with the following:

**Medically Necessary** or **Medical Necessity** means that with respect to a Health Care Service, that a Physician, exercising prudent clinical judgment, provided the Health Care Service to you for the purpose of preventing, evaluating, diagnosing or treating an illness, injury, disease or its symptoms, and that the Health Care Service was:

1. in accordance with Generally Accepted Standards of Medical Practice;

2. clinically appropriate, in terms of type, frequency, extent, site and duration, and considered effective for your illness, injury or disease; and

3. not primarily for your convenience, or that of your Physician or other health care Provider, and not more costly than an alternative Service or sequence of Services at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of your illness;

**Note:** It is important to remember that any review of Medical Necessity by BCBSF is solely for the purpose of determining coverage or benefits under this Contract and not for the purpose of recommending or providing medical care. In this respect, BCBSF may review specific medical facts or information pertaining to you. Any such review, however, is strictly for the purpose of determining, among other things, whether a Service provided or proposed meets the definition of Medical Necessity in this Contract as determined by BCBSF. In applying the definition of Medical Necessity in this Contract, we may apply our coverage and payment guidelines then in effect. You are free to obtain a Service even if BCBSF denies coverage because the Service is not Medically Necessary; however, you will be solely responsible for paying for the Service.

**Mental and Nervous Disorder** means any disorder listed in the diagnostic categories of the International Classification of Diseases, Ninth Edition, Clinical Modification (ICD-9 CM) or their equivalents in the most recently published version of the American Psychiatric Association's Diagnostic and Statistical Manual of Mental Disorders, regardless of the underlying cause, or effect, of the disorder.

The following definitions are added:

**Generally Accepted Standards of Medical Practice** means standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, Physician Specialty Society recommendations, and the views of Physicians practicing in relevant clinical areas and any other relevant factors.

**Health Care Service(s) or Service(s)** means evaluations, treatments, therapies, devices, procedures, techniques, equipment, supplies, products, remedies, vaccines, biological products, drugs, pharmaceuticals, chemical compounds and other services rendered or supplied, by or at the direction of, Providers.

**Physician Specialty Society** means a United States Medical Specialty Society that represents diplomates certified by a board recognized by the American Board of Medical Specialties.

---

The **PAYMENT OF PREMIUMS** section is amended by replacing the premium payment address with the following:

Your Premium payments are payable to:

Blue Cross and Blue Shield of Florida, Inc.
P.O. Box 105360
Atlanta, GA 30348-5360

---

The **OTHER COVERED BENEFITS** section is amended as follows:

The second to the last paragraph of the **Well Child Care** benefit is deleted in its entirety and replaced with the following paragraph:

In order to be covered, Services shall be provided in accordance with prevailing medical standards consistent with the Recommendations for Preventive Pediatric Health Care of the American Academy of Pediatrics, the U.S. Preventive Services Task Force, or the Advisory Committee on Immunization Practices established under the Public Health Service Act.

---

The **GENERAL LIMITATIONS** section is amended as follows:

The **Coordination of Benefits** subsection is amended by adding the following exclusion:

### Coordination of Benefits Exclusion

Prescription drug copayments, Coinsurance and/or Deductibles, or any part thereof, you are obligated to pay under any plan or policy are excluded from coverage.

---

The **GENERAL EXCLUSIONS** section is amended as follows:

The first sentence in the section is deleted and replaced with the paragraph below:

Your Contract expressly excludes expenses for the following Health Care Services, supplies, drugs, or charges. The following exclusions are in addition to any exclusions specified in any other section of the Contract.

The FDA Drug exclusion is deleted in its entirety and replaced with the following:

- Drugs prescribed for uses other than the Food and Drug Administration (FDA) approved label indications. This exclusion does not apply to any drug that has been proven safe, effective and accepted for the treatment of the specific medical Condition for which the drug has been prescribed, as evidenced by the results of good quality controlled clinical studies published in at least two or more peer reviewed full length articles in respected national professional medical journals. This exclusion also does not apply to any drug prescribed for the treatment of cancer that has been approved by the FDA for at least one indication, provided the drug is recognized for treatment of your particular cancer in a Standard Reference Compendium, or is recommended for treatment of your particular cancer in Medical Literature. Drugs prescribed for the treatment of cancer that have not been approved for any indication are excluded.

The following exclusions are added to the **GENERAL EXCLUSIONS** subsection:

- Arch Supports, shoe inserts designed to effect conformational changes in the foot or foot alignment, orthopedic shoes, over-the-counter, custom-made or built-up shoes, cast shoes, sneakers, ready-made compression hose or support hose, or similar type devices/appliances regardless of intended use, except for therapeutic shoes (including inserts and/or modifications) for the treatment of severe diabetic foot disease.

- Exercise Devices or Training necessary to participate in sports, e.g. custom-made knee braces.

- Health Care Services that are not patient-specific, as determined solely by BCBSF.

- Orthotic Appliances or Devices, which straighten or re-shape the conformation of the head or bones of the skull or cranium through cranial banding or molding (e.g. dynamic orthotic cranioplasty or molding helmets), except when the orthotic appliance or device is used as an alternative to an internal fixation device as a result of surgery for craniosynostosis.

- **Oversight of a medical laboratory** by a Physician or other health care Provider. "Oversight" as used in this exclusion shall, include, but is not limited to, the oversight of:
  - the laboratory to assure timeliness, reliability, and/or usefulness of test results;
  - the calibration of laboratory machines or testing of laboratory equipment;
  - the preparation, review or updating of any protocol or procedure created or reviewed by a Physician or other health care Provider in connection with the operation of the laboratory; and
  - laboratory equipment or laboratory personnel for any reason.

- Prescription drug copayments, Coinsurance and/or Deductibles, or any part thereof, a Covered Person is obligated to pay under any plan or policy.

The **GENERAL PROVISIONS** section is amended by adding the following sections:

**Assignment of Benefits to Providers**

Any assignment of your rights under this Contract or otherwise to a Provider who does not have a contract with BCBSF shall be void. BCBSF is not required to honor any assignment to a Provider who does not participate in BCBSF's Provider contracting programs including, without limitation, any of the following:

- an assignment of the benefits due you under this Contract;

- an assignment of the right to receive payments due under this Contract; or

- an assignment of a claim for damage resulting from a breach, or an alleged breach, of any promise or obligation set forth in this Contract, or any promise or obligation set forth in any contract, plan, or policy.

BCBSF will honor an assignment of benefits to a non-participating Provider who is 1) a licensed Hospital, Physician, or dentist and the benefits which have been assigned are for care provided pursuant to section 395.1041, *Florida Statutes*; or 2) is an Ambulance Provider that provides transportation for Services from the location where an "emergency medical condition", defined in section 395.002(8) *Florida Statutes*, first occurred to a Hospital, and the benefits which have been assigned are for transportation to care provided pursuant to section 395.1041, *Florida Statutes* A written attestation of the assignment of benefits may be required.

**Third Party Beneficiary**

This Contract was issued by BCBSF to the Contract Holder, and was entered into solely and specifically for the benefit of BCBSF and the Contract Holder. The terms and provisions of the Contract shall be binding solely upon, and inure solely to the benefit of, BCBSF and the Contract Holder, and no other person shall have any rights, interest or claims hereunder, or be entitled to sue for a breach hereof as a third-party beneficiary or otherwise. BCBSF and the Contract Holder hereby specifically express their intent that health care Providers that have not entered into contracts with BCBSF to participate in BCBSF's Provider networks shall not be third-party beneficiaries under this Contract.

---

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in the provisions contained in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in the Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

Blue Cross and Blue Shield of Florida, Inc.

Robert I. Lufrano, M.D.
Chairman of the Board and Chief Executive Officer

# 2008 Mandate Endorsement

This Endorsement is to be attached to and made a part of your Blue Cross and Blue Shield of Florida, Inc. (herein "Contract") including any Endorsements or Riders attached thereto. The Contract is amended as described below:

If you have any questions concerning this Endorsement, please call Blue Cross and Blue Shield of Florida toll free at 800-FLA-BLUE.

This Endorsement is effective October 1, 2008, unless specifically stated otherwise within this Endorsement.

## The "General Terms" section is amended as follows:

The following definitions are deleted in their entirety and replaced with the following:

**Bone Marrow Transplant** means human blood precursor cells administered to a patient to restore normal hematological and immunological functions following ablative or non-ablative therapy with curative or life-prolonging intent. Human blood precursor cells may be obtained from the patient in an autologous transplant, or an allogeneic transplant from a medically acceptable related or unrelated donor, and may be derived from bone marrow, the circulating blood, or a combination of bone marrow and circulating blood. If chemotherapy is an integral part of the treatment involving bone marrow transplantation, the term "Bone Marrow Transplant" includes the transplantation as well as the administration of chemotherapy and the chemotherapy drugs. The term "Bone Marrow Transplant" also includes any Services or supplies relating to any treatment or therapy involving the use of high dose or intensive dose chemotherapy and human blood precursor cells and includes any and all Hospital, Physician or other health care Provider Health Care Services which are rendered in order to treat the effects of, or complications arising from, the use of high

dose or intensive dose chemotherapy or human blood precursor cells (e.g., Hospital room and board and ancillary Services).

**Covered Dependent** means an individual who meets and continues to meet all of the eligibility requirements described in the Eligibility Requirements for Dependent(s) subsection of the "Enrollment" section in this Contract.

The **Similar Coverage** definition is deleted in its entirety and replaced with the following:

**Creditable Coverage** means health care coverage which is continuous to a date within 62 days of the Insured's Effective Date. Such health care coverage may include any of the following:

1. a group health insurance plan;
2. individual health insurance;
3. Medicare Part A and Part B;
4. Medicaid;
5. benefits to members and certain former members of the uniformed services and their dependents;
6. a medical care program of the Indian Health Service or of a tribal organization;
7. a State health benefits risk pool;
8. a health plan offered under chapter 89 of Title 5, United States Code;
9. a public health plan;
10. a health benefit plan of the Peace Corps;
11. Children's Health Insurance Program (CHIP);
12. public health plans established by the federal government; or
13. public health plans established by foreign governments.

## The "Enrollment" section is amended as follows:

The **Dependents Eligibility** subsection is deleted in its entirety and replaced with the following:

### Eligibility Requirements for Dependent(s)

An individual who meets the eligibility criteria for Covered Dependents specified below is eligible to apply for coverage under this Contract as a Covered Dependent only if the individual: 1) was named on the initial application for, or properly enrolled under, this Contract; 2) determined by BCBSF to be Medically Acceptable; 3) pays the required Premium; and 4) is under the age of 65 and not eligible for Medicare on the Effective Date of coverage:

1.  The Contractholder's spouse under a legally valid existing marriage;

2.  The Contractholder's natural, newborn, Adopted, Foster, or step child (or a child for whom the Contractholder has been court-appointed as legal guardian or legal custodian), who:

    a.  has not reached the end of the Calendar Year in which he or she reaches age 19 (or in the case of a Foster Child, is no longer eligible under the Foster Child Program); and

        i.  is dependent upon the Contractholder for financial support; and

            1.  living in the household of the Contractholder or a full-time or part-time student; or

            2.  the child does not live in the household of the Contractholder and is not enrolled as a full or part-time student because the child has not met the age requirement to begin elementary school education; or

    b.  has reached the end of the Calendar Year in which he or she becomes age 19 (or in the case of a Foster Child, is no longer eligible under the Foster Child Program) but has not reached the end of the Calendar Year in which he or she reaches age 30; and is a Florida resident or a full-time or part-time student.

3.  The newborn child of a Covered Dependent child. Coverage for such newborn child will automatically terminate 18 months after the birth of the newborn child.

**Note:** It is your sole responsibility as the Contractholder to establish that a child meets the applicable requirements for eligibility. Eligibility will terminate at the end of the Calendar Year in which the child no longer meets the eligibility criteria required to be a Covered Dependent.

The **Extension of Eligibility for Children** subsection is deleted in its entirety and replaced with the following:

### Exception for Students on Medical Leave of Absence from School

A Covered Dependent child who is a full-time or part-time student at an accredited post-secondary institution, who takes a Physician-certified Medically Necessary leave of absence from school, will still be considered a student for eligibility purposes under this Contract for the earlier of 12 months from the first day of the leave of absence, or the date the Covered Dependent would otherwise no longer be eligible for coverage under this Contract.

### Handicapped Child(ren)

In the case of a handicapped dependent child, such child is eligible to continue coverage as a Covered Dependent, beyond the age of 30, as a Covered Dependent if the child is:

1.  otherwise eligible for coverage under the Contract;

2. incapable of self-sustaining employment by reason of mental retardation or physical handicap;

3. chiefly dependent upon the Contractholder for support and maintenance provided that the symptoms or causes of the child's handicap existed prior to such child's 30th birthday; and

4. is a Florida resident or a full-time or part-time student.

This eligibility shall terminate on the last day of the month in which the child no longer meets the requirements for extended eligibility.

## The "Covered Physician Benefits" section is amended as follows:

The **Transplant Services** subsection is amended by deleting number 1 and exclusion number 6 in their entirety and replacing them with the following:

1. Bone Marrow Transplant, as defined herein, which is specifically listed in the rule 59B-12.001 of the *Florida Administrative Code* or any successor or similar rule or covered by Medicare as described in the most recently published *Medicare Coverage Issues Manual* issued by the Centers for Medicare and Medicaid Services. We will cover the expenses incurred for the donation of bone marrow by a donor to the same extent such expenses would be covered for you and will be subject to the same limitations and exclusions as would be applicable to you. Coverage for the reasonable expenses of searching for the donor will be limited to a search among immediate family members and donors identified through the National Bone Marrow Donor Program;

## The "General Limitations" section is amended as follows:

The **Pre-Existing Conditions Limitations** subsection is deleted in its entirety and replaced with the following:

There is no coverage under this Contract for services, supplies, or treatment of a Pre-existing Condition or Conditions arising from a Pre-existing Condition until the Insured has been continuously covered under this Contract for a 24 month period. Credit for continuous coverage begins on that Insured's Effective Date of coverage under this Contract. This limitation also applies to any Prescription Drug that is prescribed in connection with Pre-existing Condition.

Any Dependent enrolled after the Effective Date of this Contract will be subject to this Pre-existing Condition limitation. EXCEPTION: Newborn or Adopted Dependents who are enrolled in accordance with this Contract will not be subject to this Pre-Existing Condition limitation.

However, credit toward the Pre-Existing waiting period will be given for the time and eligible Insured or Dependent was covered under Creditable Coverage if:

- The coverage was similar to or exceeded the coverage provided under this Contract; and

- If the coverage was continuous to a date not more than 62 days prior to the Insured's Effective Date of coverage under this Contract.

## The "General Exclusions" section is amended as follows:

The **Transplant** exclusion is amended by deleting letter "c" in its entirety and replacing it with the following:

c. any Bone Marrow Transplant, as defined herein, which is not specifically listed in rule 59B-12.001 of the Florida Administrative Code or any successor or similar rule or covered by Medicare pursuant to a national coverage decision made by the Centers for Medicare and Medicaid Services as

evidenced in the most recently published
Medicare Coverage Issues Manual;

This Endorsement shall not extend, vary, alter,
replace, or waive any of the provisions, benefits,
exclusions, limitations, or conditions contained in
the Contract, other than as specifically stated in
the provisions contained in this Endorsement. In
the event of any inconsistencies between the
provisions contained in this Endorsement and
the provisions contained in the Contract, the
provisions contained in this Endorsement shall
control to the extent necessary to effectuate the
intent of Blue Cross and Blue Shield of Florida,
Inc. as expressed herein.

Blue Cross and Blue Shield of Florida, Inc.

*Robert I. Lufrano W.*

Robert I. Lufrano, M.D.
Chairman of the Board and Chief Executive
Officer

# BCBSF Health Care Reform Endorsement

This Endorsement is to be attached to and made a part of your Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Essential Hospital and Surgical Coverage Contract including any Endorsements attached thereto. If you have any questions concerning this Endorsement, please call us toll free at 800-FLA-BLUE.

Your Contract is amended as described below to comply with the Patient Protection and Affordable Care Act (PPACA), H.R. 3590, otherwise known as the Affordable Care Act.

This Endorsement is effective on your initial effective date occurring on or after **September 23, 2010** or first Anniversary Date occurring on or after **September 23, 2010**, whichever occurs first.

All references to the term "**Emergency**" throughout the Contract are replaced with the term "**Emergency Medical Condition**".

## SCHEDULE OF BENEFITS

The **Total Lifetime Maximum Benefit Per Insured** is deleted in its entirety.

The **Coinsurance Percentage Payable by Blue Cross and Blue Shield of Florida for Covered Services and/or Supplies** section is amended by adding the following:

Preventive Adult and Child Health Supervision Services are covered at 100% of the applicable Preferred Patient Care (PPC) Schedule when rendered by PPC Providers. Additionally, the Calendar Year Deductible will be waived for these Services when rendered by PPC and Non-PPC Providers.

## BASIC TERMS

The **General Terms** subsection is amended as follows:

The definition of **Full-time Student** is deleted in its entirety.

The definition of **Emergency** is deleted in its entirety and replaced with the following:

**Emergency Medical Condition** means a medical or psychiatric Condition or an injury manifesting itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in a condition described in clause (i), (ii), or (iii) of Section 1867(e)(1)(A) of the Social Security Act.

The **Pre-existing Condition** definition is amended by adding the following at the end of the definition:

A Pre-existing Condition does not include:

- Any Condition for an Insured who is under the age of 19 at the time of enrollment;
- Genetic Information in the absence of a diagnosis of the Condition;

- routine follow-up care of breast cancer after the person was determined to be free of breast cancer; or

- Conditions arising from domestic violence.

The following **new** definitions are <u>added</u>:

**Adverse Benefit Determination** means any denial, reduction or termination of coverage, benefits, or payment (in whole or in part) under the Contract in connection with:

1. a Pre-Service Claim or a Post-Service Claim;

2. a Concurrent Care Decision, as described in the "Claims Processing" section;

3. Rescission of coverage, as described in the "Enrollment" section.

**Concurrent Care Decision** means a decision by us to deny, reduce, or terminate coverage, benefits, or payment (in whole or in part) with respect to a course of treatment to be provided over a period of time, or a specific number of treatments, if we had previously approved or authorized in writing coverage, benefits, or payment for that course of treatment or number of treatments.

As defined herein, a Concurrent Care Decision shall not include any decision to deny, reduce, or terminate coverage, benefits, or payment under the personal case management program as described in the "Cost Containment Programs" section of your Contract.

**Claim Involving Urgent Care** means any request or application for coverage or benefits for medical care or treatment that has not yet been provided to you with respect to which the application of time periods for making non-urgent care benefit determinations: 1) could seriously jeopardize your life or health or your ability to regain maximum function; or 2) in the opinion of a Physician with knowledge of your Condition, would subject you to severe pain that cannot be adequately managed without the proposed Services being rendered.

**Emergency Services** means, with respect to an Emergency Medical Condition:

1. a medical screening examination (as required under Section 1867 of the Social Security Act) that is within the capability of the emergency department of a Hospital, including ancillary Services routinely available to the emergency department to evaluate such Emergency Medical Condition; and

2. within the capabilities of the staff and facilities available at the hospital, such further medical examination and treatment as are required under Section 1867 of such Act to Stabilize the patient.

**Pre-Service Claim** means any request or application for coverage or benefits for a Service that has not yet been provided to you and with respect to which the terms of this Contract condition payment for the Service (in whole or in part) on approval by us of coverage or benefits for the Service before you receive it. A Pre-Service Claim may be a Claim Involving Urgent Care. As defined herein, a Pre-Service Claim shall not include a request for a decision or opinion by us regarding coverage, benefits, or payment for a Service that has not actually been rendered to you if the terms of this Contract do not require (or condition payment upon) approval by us of coverage or benefits for the Service before it is received.

**Rescission** or **Rescind** refers to BCBSF's action to retroactively cancel or discontinue coverage under this Contract. Rescission does not include a cancellation or discontinuance of coverage with only a prospective effect or a cancellation or discontinuance of coverage that is effective retroactively due to non-payment of Premiums.

**Stabilize** shall have the same meaning with regard to Emergency Services as the term is defined in Section 1867 of the Social Security Act.

# ENROLLMENT

The **Eligibility Requirements for Dependents** subsection is deleted in its entirety and replaced with the following:

### Eligibility Requirements for Dependents

An individual who meets the eligibility criteria for Covered Dependents specified below is eligible to apply for coverage under this Contract as a Covered Dependent only if the individual: 1) was named on the initial application for, or properly enrolled under, this Contract; 2) determined by BCBSF to be Medically Acceptable; 3) pays the required Premium; and 4) is under the age of 65 and not eligible for Medicare (unless under the age of 19) on the Effective Date of coverage:

#### Spouse

The Contract Holder's spouse under a legally valid existing marriage may be covered until divorce.

#### Children

The Contract Holder's natural , Newborn , Adopted, Foster or step child (or a child for whom the Contract Holder has been court-appointed as legal guardian or legal custodian) who has not reached the end of the Calendar Year in which he or she reaches age 30 (or in the case of a Foster Child, is no longer eligible under the Foster Child program), regardless of the dependent child's student or marital status, financial dependency on the covered parent, whether the dependent child resides with the covered parent, or whether the dependent child is eligible for or enrolled in any other health plan. In the case of the newborn child of a Covered Dependent child, coverage for such newborn child will automatically terminate 18 months after the birth of the newborn child.

**NOTE:** It is your sole responsibility as the Contract Holder to establish that a child meets the applicable requirements for eligibility. Eligibility will terminate at the end of the Calendar Year in which the child no longer meets the eligibility criteria required to be a Covered Dependent.

#### Newborn Children

Coverage for newborn child(ren) will be effective from the moment of birth provided BCBSF is notified, in writing, within 30 days after the date of birth. If timely notice is given, no additional Premium will be charged for coverage of the newborn child(ren) for the duration of the notice period. If timely notice is not received, BCBSF will charge the applicable Premium from the date of birth. The applicable Premium for the child will be charged after the initial 30 day period in either case. Coverage will not be denied for a newborn if the Contract Holder provides notice within the 60 day period of the birth of the child and any applicable Premium is paid back to the date of birth. If notice is not given within 60 days of the date of birth of the newborn child, the Contract Holder may still

apply for coverage for the newborn child by completing and submitting an application which is Medically Acceptable to BCBSF and submitting the additional Premium.

**NOTE:** Coverage for a newborn child of a Covered Dependent Child will automatically terminate 18 months after the birth of the newborn child.

### Adopted Children / Foster Children

The Contract Holder is responsible for notifying BCBSF of the Placement of an Adopted or Foster child in the residence of a Contract Holder within 30 days of such Placement. If notice is received by BCBSF within this 30 day period, coverage for the Adopted or Foster child (other than an Adopted Newborn child) begins when the child is placed in the residence of the Insured, in compliance with Florida law and the Contract Holder will not be charged any additional Premium for the first 30 days of coverage.

Coverage for Adopted Newborn children will begin the earlier of: (a) the moment of birth, provided that a written agreement to Adopt such child has been entered into by the Contract Holder prior to the birth of such child and further provided that BCBSF receives notice before or within 30 days after the birth of the child; or (b) the date the Newborn child is placed in the residence of the Contract Holder in accordance with Florida law, provided BCBSF receives notice before or within 30 days after the date the child is so placed.

If BCBSF does not receive the notice of Placement (for Adopted or Foster children) or birth (for Adopted Newborn children) within the 30 day period, the Adopted or Foster child will be added to the Contract Holder's Contract as of the date of Placement (for Adopted or Foster children) or birth (for Adopted Newborn children) so long as the Contract Holder provides notice within 60 days of the birth or Placement and any applicable Premium is paid back to the date of Placement or birth. If notice is not given within 60 days of the birth or Placement, the Contract Holder may still apply for coverage for the Adopted or Foster child(ren) or the Adopted Newborn child by completing and submitting an application which is Medically Acceptable to BCBSF and submitting the additional Premium.

### Handicapped Child(ren)

In the case of a handicapped dependent child, such child is eligible to continue coverage as a Covered Dependent, beyond the age of 30, if the child is:

1. otherwise eligible for coverage under the Contract;
2. incapable of self-sustaining employment by reason of mental retardation or physical handicap; and
3. chiefly dependent upon the Contract Holder for support and maintenance provided that the symptoms or causes of the child's handicap existed prior to the child's 30th birthday.

This eligibility shall terminate on the last day of the month in which the dependent child no longer meets the requirements for extended eligibility as a handicapped child.

The **Adding a Dependent** and **Exception for Students on Medical Leave of Absence from School** subsections are deleted in their entirety.

The following **new** subsection is added:

**Rescission of Coverage**

We reserve the right to Rescind the coverage under this Contract or coverage for any individual covered under this Contract as permitted by law.

BCBSF may only Rescind the Contract or coverage of an individual covered under the Contract if you or another person on your behalf commits fraud or intentional misrepresentation of material fact in applying for coverage or benefits.

We will provide at least 45 days advance written notice to you of our intent to Rescind coverage.

Rescission of coverage is considered an Adverse Benefit Determination and is subject to the Adverse Benefit Determination review procedure described in the "Claims Processing" section of your Contract.

# YOUR OBLIGATIONS

The **Lifetime Maximum** and **Restoration of Benefits** subsections are deleted in their entirety.

# COVERED FACILITY BENEFITS

The following **new** subsection is added:

**Emergency Services**

Emergency Services for an Emergency Medical Condition are covered when rendered by PPC and Non-PPC Providers without the need for any prior authorization determination by us.

When Emergency Services for an Emergency Medical Condition are rendered by a Non-PPC Provider, any Copayment and/or Coinsurance amount applicable to PPC Providers for Emergency Services and care will also apply to such Non-Participating Provider.

# COVERED FACILITY BENEFITS

The Inpatient Hospital Benefits subsection is amended by deleting the third item in the list in its entirety and replacing it with the following:

— use of emergency room (for treatment of an Emergency Medical Condition);

# COVERED PHYSICIAN BENEFITS

The following **new** subsections are <u>added</u>.

**Preventive Adult Wellness Services**

Preventive adult wellness Services are covered under your Contract. For purposes of this benefit, an adult is 17 years or older.

In order to be covered, Services shall be provided in accordance with prevailing medical standards consistent with:

1. evidence-based items or Services that have in effect a rating of 'A' or 'B' in the current recommendations of the U.S. Preventive Services Task Force established under the Public Health Service Act;

2. immunizations that have in effect a recommendation from the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention established under the Public Health Service Act with respect to the individual involved; and

3. with respect to women, such additional preventive care and screenings not described in paragraph (1) as provided for in comprehensive guidelines supported by the Health Resources and Services Administration.

<u>Exclusion:</u> Routine vision and hearing examinations and screenings are not covered, except as required under paragraph number one above.

**Preventive Child Health Supervision Services**

Preventive child care Services from the moment of birth up to the 17th birthday are covered.

In order to be covered, Services shall be provided in accordance with prevailing medical standards consistent with:

1. evidence-based items or Services that have in effect a rating of 'A' or 'B' in the current recommendations of the U.S. Preventive Services Task Force established under the Public Health Service Act;

2. immunizations that have in effect a recommendation from the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention established under the Public Health Service Act with respect to the individual involved; and

3. with respect to infants, children, and adolescents, evidence- informed preventive care and screenings provided for in the comprehensive guidelines supported by the Health Resources and Services Administration.

# COST CONTAINMENT PROGRAMS

The **Appeals Process** subsection is <u>deleted</u> in its entirety and replaced with the following:

**Appeals Process**

The Insured and the PPC Provider have the right to appeal decisions under the cost containment programs, as described in the "Claims Processing" section.

The **Concurrent Review** subsection is amended by <u>deleting</u> the last sentence in its entirety and <u>replacing</u> it with the following:

The process to appeal a Concurrent Review decision is described in the "Claims Processing" section.

# GENERAL LIMITATIONS

The **Pre-Existing Conditions Limitations** subsection is amended by <u>deleting</u> the second paragraph in its entirety and <u>replacing</u> it with the following:

Any dependent over the age of 18 who is enrolled after the Effective Date of this Contract will be subject to this pre-existing Condition limitation.

The **Waiting Period for Certain Conditions** subsection is amended by <u>deleting</u> the note in its entirety and <u>replacing</u> it with the following:

**Note:** All newly added family members over the age of 18 will be subject to the Pre-Existing Condition limitation and waiting period limitation, which will begin on the effective date of their coverage.

# GENERAL EXCLUSIONS

The following exclusions are <u>deleted</u> in their entirety:

- Services or supplies provided to you in a Physician's office, except for covered Surgical Services;
- emergency room visits unless the Insured is immediately admitted to the Hospital directly from the emergency room;
- immunizations (injections to prevent contagious disease);
- vitamins, mineral supplements, fluoride drugs or appetite suppressants;
- physical examinations (annual or routine);

The following exclusions are <u>added</u>:

- immunizations (injections to prevent contagious disease) , except as described in the Preventive Adult Wellness Services and Preventive Child Supervision Services subsections of the "Covered Physician Benefits" section;
- Services or supplies provided to you in a Physician's office, except as described in the "Covered Physician Benefits" section;
- Any non-Prescription medicines, remedies, vaccines, biological products (except insulin), pharmaceuticals or chemical compounds, vitamins, mineral supplements, fluoride products, over-the-

counter drugs, products, or health foods, except as described in the Preventive Adult Wellness Services and Preventive Child Supervision Services subsections of the "Covered Physician Benefits" section.

- Genetic screening, including the evaluation of genes to determine if you are a carrier of an abnormal gene that puts you at risk for a Condition, except as provided under the Preventive Adult Wellness Services and Preventive Child Supervision Services subsections of the "Covered Physician Benefits" section.

# TERMINATION OF COVERAGE UNDER THIS CONTRACT

Number 7. c. is <u>deleted</u> in its entirety and <u>replaced</u> with the following:

c. For the Contract Holder's child(ren) if the Covered Dependent fails to continue to meet any of the applicable eligibility requirements.

The **Extension of Coverage for a Handicapped Child** subsection is <u>deleted</u> in its entirety.

# THE PROCESSING OF YOUR CLAIM

The section is <u>deleted</u> in its entirety and <u>replaced</u> with the following:

# CLAIMS PROCESSING

**How to File a Claim for Benefits/Time Requirement**

PPC Providers have agreed to file Post-Service Claims with us for Health Care Services they render to you. In the event a Provider who renders Services to you does not file a Post-Service Claim for such Services, it is your responsibility to file it with us.

A Post-Service Claim must be received by us within 90 days of the date the Service was rendered or, if it is not reasonably possible to file within such 90-day period, as soon as possible. In any event, no Post-Service Claim for Health Care Services will be considered for payment if we do not receive the claim at the address indicated on your identification card within one year of the date the Health Care Service was rendered, unless you were legally incapacitated and provide proof thereof to us as soon as possible.

To file a Post-Service Claim, you must obtain an itemized statement from the health care Provider and attach it to a completed claim form. You may obtain a BCBSF claim form by contacting the local BCBSF office. The itemized statement must contain the following information:

1. the date the Service or supply was provided;
2. a description of the Service or supply, including any applicable standardized procedure codes (e.g. Current Procedural Terminology);
3. the amount actually charged by the Provider;
4. the diagnosis;
5. the Provider's name and address;

6. the patient's name; and

7. the Contract Holder's name.

The itemized statement and claim form must be sent to us at the address indicated on your identification card.

**Note:** Special claims processing rules may apply, when amounts are payable by us for Health Care Services rendered outside the state of Florida, under the BlueCard® Program. (See the Provider Alternatives section of the Contract).

---

### The Processing of Post-Service Claims

We will use our best efforts to pay, contest, or deny all Post-Service Claims for which we have all of the necessary information, as determined by us. Post-Service Claims will be paid, contested, or denied within the timeframes described below.

### Payment for Post-Service Claims

When payment is due under the terms of the Contract, we will use our best efforts to pay (in whole or in part) for electronically submitted Post-Service Claims within 20 days of receipt. Likewise, we will use our best efforts to pay (in whole or in part) for paper Post-Service Claims within 40 days of receipt. You may receive notice of payment for paper claims within 30 days of receipt. If we are unable to determine whether the claim or a portion of the claim is payable because more or additional information is needed, we may contest the claim within the timeframes set forth below.

### Contested Post-Service Claims

In the event we contest an electronically submitted Post-Service Claim, or a portion of such a claim, we will use our best efforts to provide notice, within 20 days of receipt, that the claim or a portion of the claim is contested. In the event we contest a Post-Service Claim submitted on a paper claim form, or a portion of such a claim, we will use our best efforts to provide notice, within 30 days of receipt, that the claim or a portion of the claim is contested. The notice may identify: 1) the contested portion or portions of the claim; 2) the reason(s) for contesting the claim or a portion of the claim; and 3) the date that we reasonably expect to notify you of the decision. The notice may also indicate whether more or additional information is needed in order to complete processing of the claim. If we request additional information, we must receive it within 45 days of the request for the information. **If we do not receive the requested information, the claim or a portion of the claim will be adjudicated based on the information in our possession at the time and may be denied.** Upon receipt of the requested information, we will use our best efforts to complete the processing of the Post-Service Claim within 15 days of receipt of the information.

### Denial of Post-Service Claims

In the event we deny a Post-Service Claim submitted electronically, we will use our best efforts to provide notice, within 20 days of receipt that the claim or a portion of the claim is denied. In the event we deny a Post-Service Claim submitted on paper, we will use our best efforts to provide notice, within 30 days of receipt that the claim or a portion of the claim is denied. The notice may identify the denied portion(s) of the claim and the reason(s) for denial. It is your responsibility to ensure that we receive all information determined by us as necessary to adjudicate a Post-Service Claim. **If we do not receive the necessary information, the claim or a portion of the claim may be denied.**

**Pre-Service Claims**

**How to File a Pre-Service Claim**

This Contract may condition coverage, benefits, or payment (in whole or in part), for a specific covered Service, on the receipt by us of a Pre-Service Claim as that term is defined herein. In order to determine whether we must receive a Pre-Service Claim for a particular Covered Service, please refer to the "Cost Containment Programs" section of your Contract. You may also call the customer service phone number on your identification card for assistance.

We are not required to render an opinion or make a coverage or benefit determination with respect to a Service that has not actually been provided to you unless the terms of your Contract require (or condition payment upon) approval by us for the Service before it is received.

**Benefit Determinations on Pre-Service Claims Involving Urgent Care**

For a Pre-Service Claim Involving Urgent Care, we will use our best efforts to provide notice of our determination (whether adverse or not) as soon as possible, but not later than 72 hours after receipt of the Pre-Service Claim unless additional information is required for a coverage decision. If additional information is necessary to make a determination, we will use our best efforts to provide notice within 24 hours of: 1) the need for additional information; 2) the specific information that you or your Provider may need to provide; and 3) the date that we reasonably expect to provide notice of the decision. If we request additional information, we must receive it within 48 hours of our request. We will use our best efforts to provide notice of the decision on your Pre-Service Claim within 48 hours after the earlier of: 1) receipt of the requested information; or 2) the end of the period you were afforded to provide the specified additional information as described above.

**Benefit Determinations on Pre-Service Claims that Do Not Involve Urgent Care**

We will use our best efforts to provide notice of a decision on a Pre-Service Claim not involving urgent care within 15 days of receipt provided additional information is not required for a coverage decision. This 15-day determination period may be extended by us one time for up to an additional 15 days. If such an extension is necessary, we will use our best efforts to provide notice of the extension and reasons for it. We will use our best efforts to provide notification of the decision on your Pre-Service claim within a total of 30 days of the initial receipt of the claim, if an extension of time was taken by us.

If additional information is necessary to make a determination, we will use our best efforts to: 1) provide notice of the need for additional information, prior to the expiration of the initial 15-day period; 2) identify the specific information that you or your Provider may need to provide; and 3) inform you of the date that we reasonably expect to notify you of our decision. If we request additional information, we must receive it within 45 days of our request for the information. We will use our best efforts to provide notification of the decision on your Pre-Service Claim within 15 days of receipt of the requested information.

A Pre-Service Claim denial is an Adverse Benefit Determination and is subject to the Adverse Benefit Determination standards described in this section.

**Concurrent Care Decisions**

**Reduction or Termination of Coverage or Benefits for Services**

A reduction or termination of coverage or benefits for Services will be considered an Adverse Benefit Determination when:

1. we have approved coverage or benefits in writing for an ongoing course of Services to be provided over a period of time or a number of Services to be rendered; and

2. the reduction or termination occurs before the end of such previously approved time or number of Services; and

3. the reduction or termination of coverage or benefits by us was not due to an amendment of this Contract or termination of your coverage as provided by this Contract.

We will use our best efforts to notify you of such reduction or termination in advance so that you will have a reasonable amount of time to have the reduction or termination reviewed in accordance with the Adverse Benefit Determination standards and procedures described below. In no event shall we be required to provide more than a reasonable period of time within which you may develop your appeal before we actually terminate or reduce coverage for the Services.

**Requests for Extension of Services**

Your Provider may request an extension of coverage or benefits for a Service beyond the approved period of time or number of approved Services. If the request for an extension is for a Claim Involving Urgent Care, we will use our best efforts to notify you of the approval or denial of such requested extension within 24 hours after receipt of your request, provided it is received at least 24 hours prior to the expiration of the previously approved number or length of coverage for such Services. We will use our best efforts to notify you within 24 hours if: 1) we need additional information; or 2) you or your representative failed to follow proper procedures in your request for an extension. If we request additional information, you will have 48 hours to provide the requested information. We may notify you orally or in writing, unless you or your representative specifically request that it be in writing. A denial of a request for extension of Services is considered an Adverse Benefit Determination and is subject to the Adverse Benefit Determination review procedure below.

**Standards for Adverse Benefit Determinations**

**Manner and Content of a Notification of an Adverse Benefit Determination**

We will use our best efforts to provide notice of any Adverse Benefit Determination in writing. Notification of an Adverse Benefit Determination will include (or will be made available to you free of charge upon request):

1. the date the Service or supply was provided;

2. the Provider's name;

3. the dollar amount of the claim, if applicable;

4. the diagnosis codes included on the claim (e.g., ICD-9, DSM-IV), including a description of such codes;

5. the standardized procedure code included on the claim (e.g., Current Procedural Terminology), including a description of such codes;

6. the specific reason or reasons for the Adverse Benefit Determination, including any applicable denial code;

7. a reference to the specific Contract provisions upon which the Adverse Benefit Determination is based, as well as any internal rule, guideline, protocol, or other similar criterion that was relied upon in making the Adverse Benefit Determination;

8. a description of any additional information that might change the determination and why that information is necessary;

9. a description of the Adverse Benefit Determination review procedures and the time limits applicable to such procedures; and

10. if the Adverse Benefit Determination is based on the Medical Necessity or Experimental or Investigational limitations and exclusions, a statement telling you how you can obtain the specific explanation of the scientific or clinical judgment for the determination.

If your claim is a Claim Involving Urgent Care, we may notify you orally within the proper timeframes, provided we follow-up with a written or electronic notification meeting the requirements of this subsection no later than three days after the oral notification.

## How to Appeal an Adverse Benefit Determination

Except as described below, only you, or a representative designated by you in writing, have the right to appeal an Adverse Benefit Determination. An appeal of an Adverse Benefit Determination will be reviewed using the review process described below. Your appeal must be submitted to us in writing for an internal appeal within 365 days of the original Adverse Benefit Determination, except in the case of Concurrent Care Decisions which may, depending upon the circumstances, require you to file within a shorter period of time from notice of the denial. The following guidelines are applicable to reviews of Adverse Benefit Determinations:

1. We must receive your appeal of an Adverse Benefit Determination in person or in writing;

2. You may request to review pertinent documents, such as any internal rule, guideline, protocol, or similar criterion relied upon to make the determination, and submit issues or comments in writing;

3. If the Adverse Benefit Determination is based on the lack of Medical Necessity of a particular Service or the Experimental or Investigational exclusion, you may request, free of charge, an explanation of the scientific or clinical judgment relied upon, if any, for the determination, that applies the terms of this Contract to your medical circumstances;

4. During the review process, the Services in question will be reviewed without regard to the decision reached in the initial determination;

5. We may consult with appropriate Physicians, as necessary;

6. Any independent medical consultant who reviews your Adverse Benefit Determination on our behalf will be identified upon request;

7. If your claim is a Claim Involving Urgent Care, you may request an expedited appeal orally or in writing in which case all necessary information on review may be transmitted between you and us by telephone, facsimile or other available expeditious method.

8. You have the right to an independent external review through an external review organization for certain appeals, as provided in the Patient Protection and Affordable Care Act of 2010.

**Appeals must be sent to the address below:**

Blue Cross and Blue Shield of Florida, Inc.
Attention: Member Appeals
P.O. Box 44197
Jacksonville, Florida 32231-4197

## Timing of Our Appeal Review on Adverse Benefit Determinations

We will use our best efforts to review your appeal of an Adverse Benefit Determination and communicate the decision in accordance with the following time frames:

1. Pre-Service Claims: within 30 days of the receipt of your appeal; or

2. Post-Service Claims: within 60 days of the receipt of your appeal; or

3. Claims Involving Urgent Care (and requests to extend concurrent care Services made within 24 hours prior to the termination of the Services): within 72 hours of receipt of your request. If additional information is necessary we will notify you within 24 hours and we must receive the requested additional information within 48 hours of our request. After we receive the additional information, we will have an additional 48 hours to make a final determination.

**Note:** The nature of a claim for Services (i.e. whether it is "urgent care" or not) is judged as of the time of the benefit determination on review, not as of the time the Service was initially reviewed or provided.

## How to Request External Review of Our Appeal Decision

If you are not satisfied with our internal review of your appeal of an Adverse Benefit Determination you should refer to the Adverse Benefit Determination notice or call the customer service phone number on your Identification Card for information on how to request an external review.

## Additional Processing Information

In any event, we will use our best efforts to pay or deny all: 1) Post-Service Claims submitted electronically (in a method acceptable to us) within 90 days of receipt of the completed claim; and 2) Post-Service paper claims within 120 days of receipt of the completed claim. Claims processing shall be deemed to have been completed as of the date the notice of the claims decision is deposited in the mail by us or otherwise electronically transmitted. Any claims payment relating to a Post-Service Claim that is not made by us within the applicable time frame is subject to the payment of simple interest at the rate established by the *Florida Insurance Code*.

We will investigate any allegation of improper billing by a Provider upon receipt of written notification from you. If we determine that you were billed for a Service that was not actually performed, any payment amount will be adjusted and, if applicable, a refund will be requested. In such a case, if payment to the Provider is reduced due solely to the notification from you, we will pay you 20 percent of the amount of the reduction, up to a total of $500.

**Additional Claims Processing Provisions**

**Release of Information/Cooperation**

In order to process claims, we may need information, including medical information, from the health care Provider who rendered the Health Care Service. You must cooperate with us in our effort to obtain such information by, among other ways, signing any release of information form as requested by us. Failure by you to fully cooperate with us may result in the denial of claims for Services rendered to you and we shall have no liability for such claim.

**Physical Examination and Autopsy**

In order to make coverage and/or benefit decisions, we may, at our expense, require you to be examined by a health care Provider of our choice as often as is reasonably necessary. We also reserve the right, if the law permits, to have an autopsy performed on you in case of death. Failure by you to fully cooperate with such examination or the failure of BCBSF to obtain a requested autopsy report may result in the denial of your claim and we shall have no liability for such claim.

**Legal Actions**

No legal action arising out of or in connection with coverage under this Contract may be brought against us within the 60-day period following our receipt of the completed claim as required herein. Additionally, no such action may be brought after expiration of the applicable statute of limitations.

**Fraud, Misrepresentation or Omission in Applying for Benefits**

We rely on the information provided on the itemized statement and the claim form when processing claims. All such information, therefore, must be accurate, truthful and complete. Any fraudulent statement, omission or concealment of facts, misrepresentation, or incorrect information, may result, in addition to any other legal remedy we may have, in denial of the claim, or cancellation or rescission of coverage.

**Explanation of Benefits Form**

Claims decisions will be communicated to you in writing in an explanation of benefits or similar form:

This form may indicate:

1. the reason(s) the claim was denied;

2. a reference to the applicable provision upon which the denial is based;

3. a description of additional material or information necessary to make the claim payable and why such material or information is necessary; and

4. an explanation of the steps to be taken if you want a claim denial decision reviewed.

**Circumstances Beyond Our Control**

To the extent that natural disaster, war, riot, civil insurrection, epidemic, or other emergency or similar event not within our control, results in facilities, personnel or our financial resources being unable to process claims for Covered Services, we shall have no liability or obligation for any delay in the payment of claims for such Covered Services, except that we shall make a good faith effort to make payment for such Services, taking into account the impact of the event. For purposes of this paragraph, an event is

not within our control if we cannot effectively exercise influence or dominion over its occurrence or non-occurrence.

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in your Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

Blue Cross and Blue Shield of Florida, Inc.

Robert I. Lufrano, M.D.
Chairman of the Board and Chief Executive Officer

# BCBSF Therapeutic Services Endorsement

This Endorsement is to be attached to and made a part of your Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Essential Hospital and Surgical Coverage Contract including any Endorsements attached thereto. If you have any questions concerning this Endorsement, please call us toll free at 800-FLA-BLUE.

Your Contract is amended as described below to clarify coverage for chemotherapy and radiation treatment Services.

## COVERED PHYSICIAN BENEFITS

The following **new** subsection is added:

**Chemotherapy and Radiation Treatment**

Medically Necessary chemotherapy and radiation treatment for proven malignant disease may be covered when rendered in a Physician's office even when not in connection with a Surgical Service.

## OTHER COVERED BENEFITS

The **Therapeutic Services** subsection is deleted in its entirety and replaced with the following:

**Therapeutic Services**

This Contract provides benefits for chemotherapy and radiation treatment for proven malignant disease when the Services are Medically Necessary, even when not in connection with a Surgical Service. Chemotherapy and radiation treatment may be rendered at any medically appropriate location by a Provider licensed to perform such Services, (e.g., Physician's office, Hospital Ambulatory Surgical Center, outpatient clinic).

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in your Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

Blue Cross and Blue Shield of Florida, Inc.

Robert I. Lufrano, M.D.
Chairman of the Board and Chief Executive Officer

Essential PPC IU65
24661 0811 BCA

# BCBSF 2012 Health Care Reform Endorsement

This Endorsement is to be attached to and made a part of your Blue Cross and Blue Shield of Florida, Inc. (herein "BCBSF") Essential Hospital and Surgical Coverage Contract including any Endorsements and/or Riders attached thereto. If you have any questions concerning this Endorsement, please call us toll free at 800-FLA-BLUE.

Except as otherwise noted, the provisions contained in this Endorsement are effective on your initial Effective Date occurring on or after **August 1, 2012** or first Anniversary Date occurring on or after **August 1, 2012**, whichever occurs first.

Unless otherwise noted, your Contract is amended as described below to comply with the Patient Protection and Affordable Care Act (PPACA), H.R. 3590, otherwise known as the Affordable Care Act.

All references to the **"Preventive Adult Wellness"** and **"Preventive Child Health Supervision Services"** categories throughout the Contract are hereby replaced with **"Preventive Health Services"** category.

## COVERED FACILITY BENEFITS

The following is <u>added</u> at the end of the **Emergency Services** category:

<u>Special Payment Rules for Non-Grandfathered Plans</u>

The Patient Protection and Affordable Care Act (PPACA) requires that non-grandfathered health plans apply a specific method for determining the allowed amount for Emergency Services rendered for an Emergency Medical Condition by Providers who do not have a contract with us.

Payment for Emergency Services rendered by a Non-Preferred Patient Care Provider that has not entered into an agreement with BCBSF to provide access to a discount from the billed amount of that Provider will be the greater of:

1. the amount equal to the median amount negotiated with all BCBSF Preferred Patient Care Providers for the same services;
2. the Allowed Amount as defined in the Contract;
3. the usual and customary Provider charges for similar services in the community where the services were provided; or
4. what Medicare would have paid for the services rendered.

In no event will Non-Preferred Patient Care Providers be paid more than their charges for the services rendered.

# COVERED PHYSICIAN BENEFITS

The **Preventive Adult Wellness Services** and **Preventive Child Health Supervision Services** categories are <u>deleted</u> in their entirety and <u>replaced</u> with the following.

**Preventive Health Services**

Preventive services are covered for both adults and children based on prevailing medical standards and recommendations which are explained further below. Some examples of preventive health services include, but are not limited to, periodic routine health exams, routine gynecological exams, immunizations and related preventive services such as Prostate Specific Antigen (PSA) tests, routine mammograms and pap smears.

In order to be covered, services shall be provided in accordance with prevailing medical standards consistent with:

1. evidence-based items or services that have in effect a rating of 'A' or 'B' in the current recommendations of the U.S. Preventive Services Task Force established under the Public Health Service Act;

2. immunizations that have in effect a recommendation from the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention established under the Public Health Service Act with respect to the individual involved;

3. with respect to infants, children, and adolescents, evidence- informed preventive care and screenings provided for in the comprehensive guidelines supported by the Health Resources and Services Administration; and

4. with respect to women, such additional preventive care and screenings not described in paragraph number one as provided for in comprehensive guidelines supported by the Health Resources and Services Administration. Women's preventive coverage under this category includes:

   a. well-woman visits;

   b. screening for gestational diabetes;

   c. human papillomavirus testing;

   d. counseling for sexually transmitted infections;

   e. counseling and screening for human immune-deficiency virus;

   f. contraceptive methods and counseling except when indicated as covered under a BlueScript Pharmacy Program Endorsement;

   g. screening and counseling for interpersonal and domestic violence; and

   h. breastfeeding support, supplies and counseling. Breastfeeding supplies are limited to one manual breast pump per pregnancy.

Exclusion:

Routine vision and hearing examinations and screenings are not covered, except as required under paragraph number one above. Sterilization procedures covered under this category are limited to tubal ligations only. Contraceptive implants are limited to Intra-uterine devices (IUD) only, including insertion and removal.

# GENERAL EXCLUSIONS

The following exclusions are deleted in their entirety:

— all obstetrical/maternity benefits in connection with or as the result of a normal delivery, except as specified in the section "Complications of Pregnancy";

— sterilization -vasectomies and tubal ligations;

— birth control pills when used as contraception;

— contraceptive devices or appliances;

The following exclusions are added:

— Contraceptive medications, devices, appliances, or other health care services, when provided for contraception, except as otherwise covered in the "Covered Physician Services" section.

— Maternity/Obstetrical Care, including Inpatient and outpatient maternity/obstetrical care services of a Midwife or Certified Nurse Midwife and/or Physician including prenatal care, delivery, and all services related to maternity/obstetrical care and services or early termination of pregnancy. This exclusion does not apply to maternity/obstetrical care that is covered under the Preventive Health Services category of the "Covered Physician Services" section.

— sterilization -vasectomies;

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in your Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in your Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

Blue Cross and Blue Shield of Florida, Inc.

*Patrick J. Geraghty*

Patrick J. Geraghty
Chairman of the Board and Chief Executive Officer

# BlueScript® Pharmacy Program Contraceptives Only

This Endorsement is to be attached to, and made a part of, your Blue Cross and Blue Shield of Florida, Inc. ("BCBSF") Contract. The Contract is hereby amended by adding the following BlueScript Pharmacy contraceptive coverage.

Your Contract is amended as described below to comply with the Patient Protection and Affordable Care Act (PPACA), H.R. 3590, otherwise known as the Affordable Care Act.

This Endorsement is effective on your initial effective date occurring on or after **August 1, 2012** or first Anniversary Date occurring on or after **August 1, 2012**, whichever occurs first.

If you have any questions concerning this Endorsement, please call us toll free at 800-FLA-BLUE.

## Introduction

Under this Endorsement, we provide coverage to you for certain Generic Prescription Drugs and Supplies prescribed for contraception and purchased at a Pharmacy. In order to obtain benefits under this Endorsement, you must pay, at the time of purchase, the applicable Copayment or percentage of the Non-Participating Pharmacy Allowance, per One-Month Supply, as indicated below:

| Participating Pharmacy | Non-Participating Pharmacy |
|---|---|
| $0 | 50% of the Non-Participating Pharmacy Allowance |

**All Drugs and Supplies other than Generic Prescription Drugs and Supplies prescribed and/or used for contraception are excluded under this Endorsement.**

In the Medication Guide, you will find lists of Prescription Drugs prescribed and used for many different treatments. Although the Medication Guide lists these Drugs, please be aware Prescription Drugs and Supplies prescribed or used for any purpose other than contraception, are not covered under this Endorsement. You may be able to reduce your out-of-pocket expenses by using Participating Pharmacies.

To verify if a Pharmacy is a Participating Pharmacy, you may access the Pharmacy Program Provider Directory on our website at www.floridablue.com or call the customer service phone number on your ID Card.

## Covered Prescription Drugs and Supplies

A Prescription Drug or Supply is covered under this Endorsement **only** if it is:

1. in the case of a Prescription Drug, a Generic Prescription Drug prescribed and/or used for contraception;
2. in the case of a Supply, a Covered Prescription Supply;
3. prescribed by a physician or other health care professional (except a Pharmacist) acting within the scope of his or her license;
4. dispensed by a Pharmacist;
5. Medically Necessary;
6. not specifically or generally limited or excluded herein or by the Contract; and
7. approved by the FDA, and assigned a National Drug Code.

## Coverage and Benefit Guidelines

In providing benefits under this Endorsement, we may apply the benefit guidelines set forth below, as well as any other applicable reimbursement rules specific to particular covered Services listed in the Contract.

### Contraceptive Coverage

All Generic Prescription oral contraceptives and diaphragms indicated as covered in the Medication Guide are covered under this Endorsement.

#### Exclusion

Contraceptive injectable Prescription Drugs, contraceptive patches and implants (e.g., Norplant, IUD) and Brand Name Drugs prescribed and/or used for contraception are excluded from coverage under this Endorsement.

## Limitations and Exclusions

### Limitations

Coverage and benefits for Covered Prescription Drugs and Supplies are subject to the following limitations in addition to all other provisions and exclusions of your Contract:

1. We will not cover more than the Maximum supply, as set forth in the Introduction section, per Prescription for Covered Prescription Drugs and Supplies.
2. Prescription refills beyond the time limit specified by state and/or federal law are not covered.

### Exclusions

Expenses for the following are excluded:

1. Any Drug or Supply prescribed and/or used for purposes other than contraception.
2. Brand Name Prescription Drugs prescribed and/or used for any purpose, unless approved through the exception process described below:

**Exception Process:** Exceptions may be considered for Brand Name oral contraceptive Prescription Drugs when designated Generic Prescription Drugs in the Medication Guide are not appropriate for you because of a documented allergy, ineffectiveness or side effects. In order for an exception to be considered, we must receive an "Exception Request Form" from your physician.

You can obtain an Exception Request Form on our website at www.floridablue.com, or you may call the customer service phone number on your ID Card and one will be mailed to you upon request.

3. Prescription Drugs that are covered and payable under a specific section of your Contract, which this Endorsement amends.

4. Any Drug or Supply which can be purchased over-the-counter without a Prescription, even though a written Prescription is provided (e.g., Drugs which do not require a Prescription) except for emergency contraceptives.

5. All Supplies other than Covered Prescription Supplies.

6. Any Drugs or Supplies dispensed prior to the Effective Date or after the termination date of coverage for this Endorsement.

7. Prescription Drugs and Supplies that are:

    a. in excess of the limitations specified in this Endorsement;

    b. furnished to you without cost;

    c. Experimental or Investigational;

    d. prescribed by a Pharmacist;

    e. listed in the Homeopathic Pharmacopoeia;

    f. not Medically Necessary;

    g. purchased from any source (including a pharmacy) outside of the United States; or

    h. prescribed by any health care professional not licensed in any state or territory (e.g., Puerto Rico, U.S. Virgin Islands or Guam) of the United States of America.

8. Drugs prescribed for uses other than the FDA-approved label indications.

9. Drugs that have not been approved by the FDA as required by federal law for distribution or delivery into interstate commerce.

10. Drugs that do not have a valid National Drug Code.

11. Any Drug prescribed in excess of the manufacturer's recommended specifications for dosages, frequency of use, or duration of administration as set forth in the manufacturer's insert for such Drug.

12. Any benefit penalty reductions or any charges in excess of the Non-Participating Pharmacy Allowance.

13. Self-prescribed Drugs or Supplies and Drugs or Supplies prescribed by any person related to you by blood or marriage.

14. Prescription Drugs designated in the Medication Guide as not covered based on (but not limited to) the following criteria:

a. the Drug is a Repackaged Drug;

b. the Drug is no longer marketed;

c. the Drug has been shown to have excessive adverse effects and/or safer alternatives;

d. the Drug is available Over-the-Counter (OTC);

e. the Drug has a preferred formulary alternative;

f. the Drug has a widely available/ distributed AB rated generic equivalent formulation;

g. the Drug has shown limited effectiveness in relation to alternative Drugs on the formulary; or

h. the number of members affected by the change.

Refer to the Medication Guide to determine if a particular Prescription Drug is excluded under this Endorsement.

## Pharmacy Alternatives and Payment Rules

For purposes of this Endorsement, there are two types of Pharmacies: Participating Pharmacies and Non-Participating Pharmacies. Under this Endorsement, the amount you must pay for Covered Prescription Drugs and Supplies depends on the participation status of the Pharmacy where purchased (i.e., Participating Pharmacy versus Non-Participating Pharmacy).

### Participating Pharmacies

Participating Pharmacies are Pharmacies participating in our BlueScript Pharmacy Program, or a National Network Pharmacy belonging to our Pharmacy Benefit Manager, at the time you purchase Covered Prescription Drugs and Supplies. Participating Pharmacies have agreed not to charge, or collect from you, for each Covered Prescription Drug and/or Covered Prescription Supply more than the amount set forth in the Introduction section. Under this Endorsement, there are two types of Participating Pharmacies:

1. Pharmacies in Florida that have signed a BlueScript Participating Pharmacy Provider Agreement with us; and

2. National Network Pharmacies.

To verify if a Pharmacy is a Participating Pharmacy, you may access the Pharmacy Program Provider Directory on our website at www.floridablue.com or call the customer service phone number on your ID Card.

Prior to purchase, you must present your BCBSF ID Card to the Participating Pharmacy. The Participating Pharmacy must be able to verify that we, in fact, cover you.

**Non-Participating Pharmacies**

A Non-Participating Pharmacy is a Pharmacy that has not agreed to participate in our BlueScript Participating Pharmacy Program and that is not a National Network Pharmacy.

Our payment to you for Covered Prescription Drugs and Supplies is based upon our Non-Participating Pharmacy Allowance. Non-Participating Pharmacies have **not** agreed to accept our Participating Pharmacy Allowance or our Pharmacy Benefit Manager's Participating Pharmacy Allowance as payment in full less any applicable cost share amounts due from you.

You may have to pay the full cost of the Covered Prescription Drugs and Supplies at the time of purchase and submit a claim to us for reimbursement. Our payment for Covered Prescription Drugs and Supplies will be based on the Non-Participating Pharmacy Allowance less the percentage of the Non-Participating Pharmacy Allowance set forth in the Introduction section.

To file a claim for reimbursement, you must obtain an itemized paid receipt and submit it with a properly completed claim form (with any required documentation) to:

Blue Cross and Blue Shield of Florida, Inc.
Attention: Prescription Drug Program
P. O. Box 1798
Jacksonville, Florida 32231

## Definitions

Certain important terms applicable to this Endorsement are set forth below. For additional applicable definitions, please refer to the definitions in the Contract that this Endorsement amends.

**Average Wholesale Price ("AWP")** means the average wholesale price of a Prescription Drug at the time a claim is processed as established by BCBSF based upon its utilization of a national drug database as determined by BCBSF, provided that any such national drug database must be accepted in the industry as a provider of average wholesale price, or similar pricing, data on a national scale.

**Brand Name Prescription Drug** means a Prescription Drug which is marketed or sold by a manufacturer using a trademark or proprietary name, an original or pioneer Drug, or a Drug that is licensed to another company by the Brand Name Drug manufacturer for distribution or sale, whether or not the other company markets the Drug under a generic or other non-proprietary name.

**Covered Prescription Drug** means a Drug, which, under federal or state law, requires a Prescription and which is covered by this Endorsement.

**Covered Prescription Drug(s) and Supply(ies)** means Covered Prescription Drugs and Covered Prescription Supplies.

**Covered Prescription Supply(ies)** means only those diaphragms indicated as covered in the Medication Guide.

**Day Supply** means a Maximum quantity per Prescription as defined by the Drug manufacturer's daily dosing recommendations for a 24-hour period.

**Dispensing Fee** means the fee a Pharmacy is paid for filling a Prescription in addition to payment for the Drug.

**Drug** means any medicinal substance, remedy, vaccine, biological product, drug, pharmaceutical or chemical compound that has at least one active ingredient that is FDA-approved and has a valid National Drug Code.

**FDA** means the United States Food and Drug Administration.

**Generic Prescription Drug** means a Prescription Drug containing the same active ingredients as a Brand Name Prescription Drug that either (i) has been approved by the FDA for sale or distribution as the bioequivalent of a Brand Name Prescription Drug through an abbreviated new drug application under 21 U.S.C. 355 (j); or (ii) is a Prescription Drug that is not a Brand Name Prescription Drug, is legally marketed in the United States and, in the judgment of BCBSF, is marketed and sold as a generic competitor to its Brand Name Prescription Drug equivalent. All Generic Drugs are identified by an "established name" under 21 U.S.C. 352 (e), by a generic name assigned by the United States Adopted Names Council, or by an official or non-proprietary name, and may not necessarily have the same inactive ingredients or appearance as the Brand Name Prescription Drug.

**Maximum** means the amount designated in our Medication Guide as the Maximum, including but not limited to, frequency, dosage and duration of therapy.

**Medication Guide** means the guide then in effect issued by us that may designate the following categories of Prescription Drugs: Preferred Generic Prescription Drugs; Preferred Brand Name Prescription Drugs; and Non-Preferred Prescription Drugs. The Medication Guide does not list all Non-Preferred Prescription Drugs due to space limitations, but some Non-Preferred Prescription Drugs and potential alternatives are provided for your information. The Medication Guide is subject to change at any time. Please refer to our website at www.floridablue.com for the most current guide or you may call the customer service phone number on your Identification Card for current information.

**National Drug Code (NDC)** means the universal code that identifies the Drug dispensed. There are three parts of the NDC, which are as follows: the labeler code (first five digits), product code (middle four digits), and the package code (last two digits).

**National Network Pharmacy** means a Pharmacy located outside of Florida that is part of the national network of Pharmacies established by our contracting Pharmacy Benefit Manager.

**Non-Participating Pharmacy** means a Pharmacy that has not agreed to participate in our BlueScript Pharmacy Program and is not a National Network Pharmacy.

**Non-Participating Pharmacy Allowance** means the amount upon which payment in such situations will be based for Covered Prescription Drugs and Supplies:

1. In the case of Generic Prescription Drugs and Supplies, the Non-Participating Pharmacy Allowance shall be approximately 33 percent of AWP plus a $1.00 Dispensing Fee or, if the amount billed for the applicable drug is less, the amount billed.

2. In the case of Brand Name Prescription Drugs and Supplies, the Non-Participating Pharmacy Allowance shall be approximately 82 percent of AWP plus a $1.00 Dispensing Fee or, if the amount billed for the applicable drug is less, the amount billed.

It is further provided, however, that if either: 1) a national drug database then used by BCBSF makes a "material modification" to its AWP data (as determined by BCBSF); or 2) BCBSF elects to utilize a new national drug database, BCBSF may modify the 33 percent of AWP figure and/or the 82 percent of AWP figure set out above so that the applicable modified figure sets out a replacement percent figure that is between: 1) the percent figure calculated to approximate the applicable Non-Participating Pharmacy Allowance in effect immediately prior to the applicable AWP database change; and 2) the 33 percent of AWP figure or the 82 percent of AWP figure, whichever is applicable.

**One-Month Supply** means a Maximum quantity per Prescription up to a 30-Day Supply as defined by the Drug manufacturer's dosing recommendations.

**Over-the-Counter (OTC) Drug** means a Drug that is safe and effective for use by the general public, as determined by the FDA, and can be obtained without a Prescription.

**Participating Pharmacy** means, as to Pharmacies located in Florida, a Pharmacy that has signed a Participating Pharmacy Provider Agreement with us to participate in the BlueScript Pharmacy Program. National Network Pharmacies are also Participating Pharmacies.

**Participating Pharmacy Allowance** means the maximum amount allowed to be charged by a Participating Pharmacy per Prescription for a Covered Prescription Drug or Covered Prescription Supply under this Endorsement.

**Pharmacist** means a person properly licensed to practice the profession of Pharmacy pursuant to Chapter 465 of the *Florida Statutes*, or a similar law of another state that regulates the profession of Pharmacy.

**Pharmacy** means an establishment licensed as a Pharmacy pursuant to Chapter 465 of the *Florida Statutes*, or a similar law of another state, where Pharmacist dispenses Prescription Drugs.

**Pharmacy Benefit Manager** means an organization that has established, and manages, a pharmacy network and other pharmacy management programs for third party payers and employers which has entered into an arrangement with us to make such a network and/or programs available to you.

**Prescription** means an order for Drugs or Supplies by a physician or other health care professional authorized by law to prescribe such Drugs or supplies.

**Prescription Drug** means any medicinal substance, remedy, vaccine, biological product, Drug, pharmaceutical or chemical compound which can only be dispensed pursuant to a Prescription and/or which is required by state law to bear the following statement or similar statement on the label: "Caution: Federal law prohibits dispensing without a Prescription". For purposes of this Endorsement, emergency contraceptives are considered Prescription Drugs because, in order to be covered hereunder, we require that they be prescribed by a physician or other health care professional (except a Pharmacist) acting within the scope of his or her license.

**Repackaged Drug(s)** means a pharmaceutical product that is removed from the original manufacturer container (Brand Originator) and repackaged by another manufacturer with a different NDC.

**Supply(ies)** means any Prescription or non-Prescription device, appliance or equipment including, but not limited to, syringes, needles, test strips, lancets, monitors, bandages, cotton swabs, and similar items.

This Endorsement shall not extend, vary, alter, replace, or waive any of the provisions, benefits, exclusions, limitations, or conditions contained in the Contract, other than as specifically stated in this Endorsement. In the event of any inconsistencies between the provisions contained in this Endorsement and the provisions contained in the Contract, the provisions contained in this Endorsement shall control to the extent necessary to effectuate the intent of Blue Cross and Blue Shield of Florida, Inc. as expressed herein.

Blue Cross and Blue Shield of Florida, Inc.

Patrick J. Geraghty
Chairman of the Board and Chief Executive Officer


**BlueCross BlueShield**
**of Florida**
An Independent Licensee of the
Blue Cross and Blue Shield Association

# Take Part.

## Understand the new world of health care.

### We're Here for You with the Latest on Health Care Reform

Health Care Reform will affect everyone differently. That's why we want to share information with you about your health insurance plan and how the new law affects your benefits.

You are currently in a plan that is considered a "grandfathered" health plan. What does this mean? It simply refers to any health insurance plan that was in effect on or before March 23, 2010. The biggest difference between grandfathered and non-grandfathered health plans is that a non-grandfathered plan will include enhanced preventive and emergency services benefits. Grandfathered plans may not include these enhanced benefits but will be affected by other benefit changes. Any changes required for grandfathered plans will be made at your next group health plan renewal date or individual product anniversary date that occurs on or after September 23, 2010.

### What this means to you ...

- If you are in a group health plan through your employer, you do not have to do anything at this time. Your employer selects the plan for the company and that determines if it is a grandfathered health plan or not.

- If you have an individual policy (not covered through an employer), you may keep your current health plan, if you wish to stay with your plan. But your plan may not include the new benefits or other changes that non-grandfathered plans are required to offer at this time. We have many new plans available and you can change your plan at any time to one that includes the enhanced benefits. Once you change your plan, you will then be in a non-grandfathered plan and your previous plan will no longer be available to you. Additionally, your premium rate may change.

### More on Health Care Reform ...

To help you understand how reform may affect you and your family, we've created **www.TakePartFlorida.com.** Here's what you'll find on the website:

- Timeline of all the changes and when they become effective over the next few years.

- Answers to commonly asked questions. Plus, you can submit a question and we'll respond.

- Informative videos featuring Health Care Reform experts.

- Calendar of free events.

If you have any questions about your health coverage, please call the toll-free customer service number on the back of your member ID card.

If you are in a group health plan, your plan may be subject to ERISA (Employee Retirement Income Security Act). If so, you may contact the Employee Benefits Security Administration (EBSA), a part of the U.S. Department of Labor, by calling 1-866-444-3272 or visiting their website at www.dol.gov/ebsa/healthreform. If you are an individual policy holder or member of a nonfederal government plan, you may contact the U.S. Department of Health and Human Services at www.healthreform.gov.

Si desea hablar sobre esta carta en español con uno de nuestros representantes, por favor llame al número de atención al cliente indicado en su tarjeta de asegurado y pida ser transferido a un representante bilingüe.

This information is being provided in an effort to alert you to some of the benefit changes required as a result of the Patient Protection And Affordable Care Act (PPACA), otherwise known as Health Care Reform (HCR). Please note that plan benefits are subject to change and may be revised based on guidance and regulations issued by the Secretary of Health and Human Services (HHS).This document does not attempt to cover all of the law's provisions and should not be used as legal advice for implementation activities. We encourage clients to seek professional advice including legal counsel, regarding how the new requirements may affect their specific plan.

70221 1010